FILED
CLERK, U.S. DISTRICT COURT

OCT 3 - 2017

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

THE UNITED STATES DISTRICT COURT

CV17-7267-R (RAO)
CASE NO.

GERALDINE PIERCE,

& SEAVON PIERCE

v.

PRESIDENT DONALD TRUMP, ET. AL.,
RESPONDENTS

(1) REQUEST FOR OPPORTUNITY TO BE
HEARD, FRE 201(e)

(2) REQUEST FOR COURT ORDER OF
E-FILING ; THAT THE COURT FILE
ALL FURTHER ACTIONS OF THIS
CASE TO GERALDINE PIERCE BY
E-MAIL, AND TO ALLOW FOR MATTERS
TO BE FILED BY E-MAIL

(3) FRE 201 (c)(2); REQUEST FOR
JUDICIAL NOTICE

LODGED

2017 SEP 27 PM 2: 13
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES

REQUEST FOR JUDICIAL NOTICE IS HERE MADE OF THE OVER (60) SEPERATE
PLAINTIFF(S) JOINI UPON THE RIGHT TO JOINT REMEDY, THE RIGHT TO JOINT
RELIEF.

JUDICIAL NOTICE AS DEFINED BY FRCP 19(a)(2) ; JOINDER BY COURT ORDER IS
REQUESTED OF THE LISTED PLAINTIFFS. THE COURT IS REQUESTED TO MAKE ORDER
AS DEFINED BY FRCP 19(a)(2), AND THAT JUDICIAL NOTICE BE MADE OF THESE
FACTS UPON THE RIGHT TO JOINT REMEDY AND JOINT RELIEF.

THAT THE COURT ALSO ADHERE TO THE REQUIREMENTS OF FRCP 19 (b), WHEN
JOINDER IS NOT FEASIBLE, AND FRCP 23 (g)(3) WHICH DESCRIBES " INTERIM
COUNSEL " TO ACT ON BEHALF OF A PUTATIVE CLASS BEFORE DETERMINING WHETHER
TO CERTIFY THE ACTION AS A CLASS ACTION.

FOR THE COURT TO RECORD, AND SEND ALL FURTHER ACTIONS FOR E-FILING TO ;

E-MAIL ADDRESS OF   GERALDINE PIERCE

★ PROOF OF SERVICE, I GERALDINE PIERCE, PERSONALLY DELIVERED THIS MOTION
TO THE COURT ON THE SIGNED DATE, GIVEN TO THE CLERK OF THE U.S. COURT.

GERALDINE PIERCE                    DATE

PAGE  1  of  1

LODGED

GERALDINE PIERCE
(Name)

XXXX W. 60th STR.
(Address)

L.A. CAL. 90043
(City, State, Zip)

(CDCR / Booking / BOP No.)

2017 SEP 27  PM 2: 13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

# United States District Court
## District of California

(see next pages)

SEE LISTED JOINT PLAINTIFFS
_____
(Enter full name of plaintiff in this action.)

                    Plaintiff,

v.

SEE LISTED JOINT DEFENDANTS
_____
_____
_____
_____
(Enter full name of each defendant in this action.)

                    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Case No._____
(To be supplied by Court Clerk)

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1331 and *Bivens*. If you wish to assert jurisdiction under different or additional authority, list them below.
SEE ATTACHED -- JOINT ACTION                                        .

## B. Parties

1. Plaintiff:  This complaint alleges that the civil rights of Plaintiff, _____SEE ATTACHED_____
                                                                         (print Plaintiff's name)
_____, who presently resides at _____
                                                        (mailing address or place of confinement)
_____N/A   SEE ATTACHED_____, were violated by the actions of the

below named individuals.  The actions were directed against Plaintiff at ___SEE ATTACHED___

N/A_____ on (dates) ___--___, ___--___, and ___--___.
(institution/place where violation occurred)              (Count 1)    (Count 2)    (Count 3)

*Bivens* SD Form
(Rev. 8/15)

JOINT FOR REMEDY/RELIEF

RIGHT TO JOINT REMEDY/RELIEF

(1) GERALDINE PIERCE(CONJOINED)
4003 W. 60th st
L.A. CAL. 90043

(2) CLASS OF PRISONERS/CONJOINED
- - - -
USA/CALIFORNIA

(3) CLASS OF THE MEDIA RIGHTS/CONJOINED
- - - -
USA

(4) CLASS OF THE PRESS RIGHTS/CONJOINED
- - - -
USA

(5) CLASS OF THE PUBLIC RIGHTS/CONJOINED
- - - -
USA/CALIFORNIA

(6) SEAVON PIERCE(CONJOINED)
- - - -
CALIFORNIA

(7) FOX GROUP LEGAL, ET.AL.,(CONJOINED)
2121 AVE OF THE STARS #700
L.A. CAL. 90067
P.O. BOX 900, L.A. CAL. 90213

(8) CONGRESS WATCH ET.AL.,(CONJOINED)
215 PENNSYLVANIA AVE. S.E.
WASHINTON D.C. 20003

(9) JUDICIAL WATCH, ET.AL.,(CONJOINED)
425 THIRD ST. S.W. #800
WASHINGTON D.C. 20024

(10) WIKILEAKS LAWYERS ET.AL.,(CONJOINED)
BOX 4080
VICTORIA 3052 AUSTRALIA

(11) NATIONAL PRESS CLUB, ET.AL.,(CONJOINED)
529 14th ST N.W.
WASHINGTON D.C. 20045

(12) AMERICAN SOCIETY/JOURNALIST
& AUTHORS, ET.AL., (CONJOINED)
1501 BROADWAY  SUITE# 302
NEW YORK, N.Y. 10036

(13) SOCIETY OF PROFESSIONAL JOURNALIST
(CONJOINED) 3909 N. MERIDIAN ST.
INDIANAPOLIS IN. 46208

(14) BAYVIEW-NEWSPAPER(CONJOINED)
4917 THIRD ST
SAN FRANCISCO, CAL. 94124

(15) SACRAMENTO BEE(CONJOINED)
2100 Q st
P.O. BOX 15779
SACRAMENTO CAL. 95852/95816

(16) L.A. TIMES, ET.AL., (CONJOINED)
202 W. FIRST ST.
L.A. CAL. 90012

(17) SAN FRANCISCO CHRONICLE(CONJOINED)
901 MISSION ST
SAN FRANCISCO, CAL. 94103

DEFENDANTS

(1) PRESIDENT DONALD J. TRUMP,
ET.AL.,
1600 PENNSYLVANIA AVE. N.W.
WASHINGTON D.C. 20500

(2) PIERCE V. GONZALES, PRESIDENT
BARACK OBAMA, 2011 U.S. DIST.
LEXIS 21888 (E.D. CAL. FEB.
17, 2011);13-15114, ET. AL.,

(3) U.S. GOVERNMENT, ET.AL.,
- - - -
USA

(4) FRESNO FEDERAL COURT, ET.AL.,
2500 TULARE ST
FRESNO  CAL. 93721

(5) BENJAMIN B. WAGNER(A.G.);
DEPT. OF JUSTICE, ET.AL.,
2500 TULARE ST
FRESNO, CAL. 93721

(6) KAMALA D. HARRIS, SENATOR
501 I st # 12-600
SACRAMENTO, CAL. 95814

(7) NANCY BELL, ET.AL.; D.O.J.
1300 I st
SACRAMENTO, CAL. 95814

(8) F.B.I./PUBLIC CORRUPTION DIV.
4500 ORANGE GROVE AVE
SACRAMENTO, CAL. 95814

(9) PUBLIC CORRUPTION DIV.
1300 I st -or- 501 I st
SACRAMENTO, CAL. 95814

(10)           JENIFFER L.
THURSTON
2500 TULARE ST.
FRESNO, CAL. 93721

(11)          CARLOS T. BEA
95 SEVENTH ST (9th Cir.)
SAN FRANCISCO, CAL. 94119

(12)          SUSAN P. GRABER
95 SEVENTH ST
SAN FRANCISCO, CAL. 94119

(13)         ANTHONY W.
ISHII
2500 TULARE ST.
FRESNO, CAL. 93721

(14) INSPECTOR GENERAL OFFICE ;
ET.AL.,
10111 OLD PLACERVILLE RD.
#110
SACRAMENTO, CAL. 95814

(15) CAL. DEPT. OF CORR.; ET.AL.,
1515 "S" st
SACRAMENTO, CAL. 95814

P. 2

(18) PRESS ENTERPRISE, ET. AL.,
3450 14th st
RIVERSIDE, CAL. 92501

(19) **WASHINGTON POST**
1150 15th st
WASHINGTON D.C. 20071

(20) **WASHINGTON TIMES**
3600 NEW YORK AVE.
WASHINGTON D.C. 20002

(21) **CNN, CNN NEWS ET. AL.,**
1 CNN CTR.
ATLANTA, GA 30303

(22) **CNN INTERNATIONAL**
1 CNN CTR.
ATLANTA, GA. 30348

(23) USA TODAY, ET. AL.,
7950 JONES BRANCH DR.
Mc LEAN, VA. 22108

(24) **ANTI-RACIST ACTION**
P.O. BOX 1055
CULVER CITY, CAL. 90232

(25) M.I.M. (UNDER LOCK & KEY)
P.O. BOX 40799
SAN FRANCISCO, CAL. 94612

(26) **PRISON FOCUS**
1904 FRANKLIN ST. SUITE 507
OAKLAND, CAL. 94612

(27) **THE WALL STREET JOURNAL**
1211 AVE OF THE AMERICAS
NEW YORK, N.Y. 10036

(28) **GEORGETOWN LAW JOURNAL ET. AL.,**
600 NEW JERSEY AVE. N.W.
WASHINGTON D.C. 20001

(29) GERAGOS & GERAGOS
633 S. FIGUEROA
L.A. CAL. 90017

(30) UNIVERSITY OF SOUTHERN CAL, ET. AL.,
699 EXPOSITION BLVD.
L.A. CAL. 90089

(31) YALE LAW SCHOOL
127 WALL ST
NEW HAVEN, CT. 06511

(32) STANFORD LAW SCHOOL
599 NATHAN ABBOT WAY
CROWN QUADRANGLE
STANDFORD, CAL. 94305

(33) FOX, FOX NEWS
1211 AVE OF THE AMERICAS
NEW YORK, N.Y. 10036

(16) OFFICE OF INTERNAL AFFAIRS
1515 "S" str, P.O. BOX 3009
SACRAMENTO, CAL. 95814

(17) WARDEN JONH SOTO ET. AL.,
44750 W. 60th ST.
LANCASTER, CAL. 93536

(18) WARDEN, CORCRAN STATE PRISON
ET. AL.,
4001 KING AVE.
CORCRAN, CAL. 93212

(19) C.O. REDDING
44750 W. 60th st
LANCASTER, CAL. 93536

(20) C.O. D. MOISA
44750 W. 60th st
LANCASTER, CAL. 93536

(21) C.O. LOPEZ-FLOREZ
44750 W. 60th st
LANCASTER, CAL. 93536

(22) C.O. M. QUEZADA
44750 W. 60th st
LANCASTER, CAL. 93536

(23) C.O. KARANIKOLAS
44750 W. 60th st
LANCASTER, CAL. 93536

(24) SGT. K. BELL
44750 W. 60th st.
LANCASTER, CAL. 93536

(25) C.O. M. BELTRAN
44750 W. 60th st.
LANCASTER, CAL. 93536

(26) SGT. D.B. HERNANDEZ
4001 KING AVE.
CORCRAN, CAL. 93212

(27) C.O. MAGANA
4001 KING AVE.
CORCRAN, CAL. 93212

(28) KERN VALLEY STATE PRISON,
ET.AL.,
3000 W. CECIL AVE.
DELANO, CAL. 93216

(29) U.S. SENATE ; INVESTIGATIONS
THE SENATE, CAPITOL BLDG.
WASHINGTON D.C. 20510

(30) CAL. PRISON OVERSITE
COMMITTEE, ET.AL.,
CAL. STATE CAPITOL, 1st FL.
SACRAMENTO, CAL. 95814

(31) F.B.I., ET. AL.,
11000 WILSHIRE BLVD # 1700
L.A. CAL. 90024

P. 3

(35) A.C.L.U.
915 15th st N.W. 7th floor
WASHINGTON, D.C. 20005
(36) ATTORNEY-RANDALL LEE
601 MONTGOMERY ST 9th FLOOR
SAN FRANCISCO, CAL. 94111
(37) ATTORNEY-MARTINDALE & HUBBELL, et.al.,
121 CHANION ROAD
NEW PROVIDENCE NJ 07974
(38) CHUCK TODD (AND/OR DIRECTOR)
30 ROCKEFELLER PLAZA
NEW YORK, N.Y. 10112
(39) PATRICIA V. BANKS, LEGAL SERVICES
969 E 43rd PLACE
L.A. CAL. 90011
(40) CHRISTINE FLORES, ORRICK HERRINGTON &
SUTCLIFFE
405 HOWARD ST.
SAN FRANCISCO, CAL. 94105
(41) LYNNE KOROUSH, PRESIDENT, LEGAL SERVICES
4615 BOLLENBACHER AVE.
SACRAMENTO, CAL. 95838
(42) LAW FIRM, FENWICK & WEST LLP
555 CALIFORNIA ST 12th floor
SAN FRANCISCO, CAL. 94104
(43) LAW FIRM, BEST, BEST & KRIEGER, LLP
500 CAPITOL MALL 18th FLOOR
SACRAMENTO, CAL. 95814
(44) LAW FIRM, DOWNEY BRAND, LLP
621 CAPITOL MALL 18th floor
SACRAMENTO, CAL. 95814
(45) LAW FIRM, BUCHALTER NEMER
1000 WILSHIRE BLVD. # 1500
L.A. CAL. 90017
(46) ATTORNEY-SHARON D. MAYO
THREE EMBARCADERO CENTRE
7677 OAKPORT ST # 1120
OAKLAND, CAL. 94621
(47) ATTORNEY-DAVID B. SAPP
1313 W. 8th st.
L.A. CAL. 90017
(48) ATTORNEY- MARK DALE ROSENBAUM
610 S. ARDMORE
L.A. CAL. 90005
(49) ATTORNEY- MARK A. NEUBAUER
2000 AVE OF THE STARS #530  N. TOWER
L.A. CAL. 90067
(50) THE PUBLIC ; UNLISTED PARTIES/FRCP 19
UNITED STATES
- - - -  USA

(32) ORIGINAL DEFENDANTS

(33) UNKNOWN(UNLISTED)

P.4

(51)  **L.A. TIMES-WASHINGTON POST**(CONJOINED)
1150 15th str. N.W.
WASHINTON D.C. 20071

(52)  **INTERNATIONAL HERALD POST**(CONJOINED)
299 W. 43rd str.
NEW YORK, N.Y. 10036

(53)  **ATTORNEY DALE GALIPO**(CONJOINED)
21800 BURBANK BLVD.
WOODLAND HILLS, CAL. 91367

(54)  **U.S NEWS & WORLD REPORT**(CONJOINED)
1050 THOMAS JEFFERSON ST. N.W.
WASHINGTON D.C. 20007

(55)  **ATTORNEY MARILEE MARSHALL**(CONJOINED)
595 E. COLORADO BLVD. #324
PASADENA, CAL.91101

(56)  **UNITED NATIONS, HUMAN RIGHTS**(CONJOINED)
UNITED NATIONS, HEADQUARTERS
NEW YORK, N.Y. 10118

(57)  **HUMAN RIGHTS WATCH**(CONJOINED)
350 5th AVE. 34th FLOOR
NEW YORK, N.Y. 10118

(58)  **NBC ; NBC NEWS ET.AL.,**(CONJOINED)
30 ROCKEFELLER PLAZA
NEW YORK, N.Y. 10112

(59)  **FOX NEWS ; FOX ; ET.AL.,**(CONJOINED)
1999 S. BUNDY DR.
L.A. CAL. 90025

(60)  **WASHINGTON EXAMINER**(CONJOINED)
1015 15th str. SUITE #
WASHINGTON D.C. 20005

(61)  **JULIE L. KESSLER; ATTORNEY #2400**(CONJOINED)
P.O. BOX 1582
MANNHATTAN BEACH, CAL. 90267

(62)  **INV. TIMOTHY T. WILLIAMS JR.** (CONJOINED)
445 S. FIGUEROA ST.
L.A. CAL. 90071

(63)  **NBC ; ET.AL.,** (CONJOINED)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CAL. 91608

(64)  **KELLI L. SAGER, ATTORNEY, ET.AL.,**
**KARLENE W. GOLLER, ATTORNEY**
865 S. FIGUEROA ST #2400
L.A. CAL.  90017

(65)  **A.C.L.U. ; ET.AL.,**
1313 W 8th str.
L.A. CAL. 90017

(66)  PARTIES OF INTREST
- - - -
USA

P.5

(67)  MEDIA COALITION INC.;
      PRESIDENT, LEGAL REPRESENTATIVES
      275 SEVENTH AVE SUITE # 1504
      NEW YORK NEW YORK 10001

(68)  NEWSPAPER ASSOCIATION OF AMER.
      4401 WILSON BLVD. suite 900
      ARLINGTON, VA. 22203

(69)  ALEX JONES ; INFOWARS.COM INC.,
      1011 MEREDITH DR.
      AUSTIN, TX. 78701

(70)  BUZZFEED INC.,
      989 MARKET STR.
      SAN FRANCISCO, CAL. 94103

(71)  ASSOCIATED PRESS; PRESIDENT ET.AL.,
      450  W. 33rd str.
      NEW YORK  NEW YORK  10001

5b

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____ see    RECORDS _____

Defendants: _____ SEE RECORDS _____

(b) Name of the court and docket number: __ SEE RECORDS _____
_____.

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____
_____ SEE RECORDS _____.

(d) Issues raised: _____
_____ SEE RECORDS _____
_____
_____
_____.

(e) Approximate date case was filed: __ SEE RECORDS _____.

(f) Approximate date of disposition: __ SEE RECORDS _____.

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, BP-8, BP-9, etc.] ? ☒ Yes ☒ No.   ACTIVE CONCEALMENT, BLOCKING REVIEW

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

___ REVIEW IS BEING DENIED/BLOCKED _____
_____
_____
_____
_____
_____
_____
_____.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

    1. An injunction preventing defendant(s): _____SEE ATTACHED_____

_____

_____

_____.

    2. Damages in the sum of $ __SEE ATTACHED__ .

    3. Punitive damages in the sum of $ __SEE ATTACHED__ .

    4. Other:_____SEE ATTACHED_____ .

_____.

**F. Demand for Jury Trial**

    Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

    In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

    The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

    You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

_9/28/17_____
Date

_____
Signature of Plaintiff

( JOINT ACTION )

DEMAND FOR TRIAL

(1)  5 USC 702-709, RIGHT TO REVIEW AGENCY ACTION

(2)  28 USC 1361, ENFORCEMENT OF DUTY OF U.S. EMPLOYEE

(3)  28 USC 2201 DECLARATORY JUDGEMENT ACT

(4)  CHALLENGE TO GOVERNMENTAL ACTION(S)

(5)  42 USC 1983 ; ENFORCEMENT OF 42 USC 1983;

(6)  F.R.C.P. 60(b) FRAUD, EXTRINSIC FRAUD/INTRINSIC FRAUD; (d) INDEPENDENT ACTION

(7)  ACTION OF FRAUD/CONCEALMENT

(8)  F.R.C.P. 36 ADMIT OR DENY, THE FACTS/VIOLATIONS/ACTS

(9)  MOTION FOR CLASS CERTIFICATION OF EACH SEPERATE CLASS; THE PARTIES OPPOSING THE CLASS HAS REFUSED TO ACT ON GROUNDS THAT APPLY TO THE CLASS AS SEPERATE CLASSES

(10) ENFORCEMENT OF RIGHT OF ACTION; RIGHT OF JOINT REMEDY; JOINT RELIEF;

(11) ENFORCEMENT OF RIGHT TO TRIAL, 7th AMEND.

(12) FRAUD ON THE COURT

* ORIGINAL ACTION OF PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114 CASE# 1:10-00285(JLT) OF FRESNO

JOINT ACTION OF EACH LISTED PLAINTIFF

1  THE RIGHT TO JOINT REMEDY, THE RIGHT TO JOINT RELIEF WITH ALL LISTED
2  PLAINTIFFS IS INVOKED. RIGHT OF ACTION AND ENFORCEMENT OF THIS RIGHT

3      THE RESPONDENTS HAVE RECEIVED REPORTS AND/OR COMPLAINTS OF ONGOING CONTINUING
4  ACTS WHICH CONCEAL THE FACTS AND/OR VIOLATIONS OF THE ORIGINAL ACTION. FURTHER
5  SEPERATE AND INDEPENDENT ACTS EXIST AS OF 2012 UNTIL PRESENT WHICH PREVENT THESE
6  FACTS FROM BEING CONSIDERED IN A HEARING, PROCEEDING OR COUNT UPON ALL THE FACTS
   AND EVIDENCE TO BE CONSIDERED.
7      THE RESPONDENTS HAVE REFUSED, AND OR FAILED TO PROCEED AS REQUIRED BY DUTY,
8  REGULATION, PROCEDURE OR OTHERWISE TO RESOLVE OR INVESTIGATE AS DEFINED BY LAW,
9  A CRIME REPORTED HOWEVER DEFINED OF THE DEFINED RESPONDENTS/DEFENDANTS. THESE
   ACTS ALSO EXIST UPON SIGNED WRITTEN AFFADAVITS OF THE DEFENDANTS IN THE ORIGINAL
10 ACTION ON MAY 27th 2009, GRANTED EQUATED TO ADMISSIONS AS DEFINED BY LAW OR
11 OTHERWISE.
12     THE FACTS EXIST AS SEPERATE FACTS RECEIVED BY THE FEDERAL JUDGE JENIFFER L.
   THURSTON OF FRESNO FEDERAL COURT, WHO HAS PROCEEDED UPON FACTS SEPERATE FROM THE
13 COMPLAINT TO BE FILED, HAS RECEIVED FACTS/EVIDENCE FROM THE DEFENDANTS, AND HAS
14 CONCEALED THE FULL FACTS AND EVIDENCE OBTAINED FOR ANY FURTHER ACTIONS.

15     THESE FACTS, ONGOING ACTS OF 2012 UNTIL PRESENT, HAVE BEEN SEPERATELY REPORTED
16 TO SEPERATE AGENCIES, THE RESPONDENTS/DEFENDANTS. UPON THESE REPORTS OF A CRIME,
17 ILLEGAL ACTS BY THE RESPONDENTS WITH EVIDENCE OF ADMISSIONS OF MAY 27th 2009 OF
18 A CONSTITUTIONAL VIOLATION AS EVIDENCE/AFFADAVITS, REPORTS OF A COMPLAINT OF
   ILLEGAL ACTS AS DEFINED BY LAW. THE DEFENDANTS HAVE DECLARED THAT NO FACTS
19 ALLEGATIONS, OF EVIDENCE EXIST WHICH REQUIRES FURTHER ACTION BY THE PUBLIC OFFICES
20 OR ORGANIZATIONS WHO HAVE ALSO CLAIMED TO HAVE CONDUCTED AN INVESTIGATION/INQUIRY
21 UPON THE INDIVIDUAL REPORTS WHICH EFFECTS EACH SEPERATE PLAINTIFF JOINT, WHO
   HAS BEEN INJURED HOWEVER DEFINED AS JOINT OR SEPERATE, UPON PUBLIC INTREST OR
22 OTHERWISE.
23
24     THESE ACTS ARE ONGOING ACTS, CONCEALED ACTS, A PATTERN OF CONDUCT EXIST OF THE
   SAME ACTS TO FORFEIT VALID CLAIMS BY THE 602/APPEAL PROCESS, THE ADMINISTRATIVE
25 PROCESS OF C.D.C.R., ACTS WHICH RENDER THE ADMINISTRATIVE PROCESS INADEQUATE IN
26 WHICH REVIEW IS BEING REQUESTED AS RELIEF OF THE CLASS OF PRISONERS WHICH INCLUDES
27 SEAVON PIERCE, 5 USC 702, THE RIGHT TO REVIEW, AND RENDER THE PROCESS AS
   INADEQUATE FOR REMEDY OF STAFF MISCONDUCT.
28
                                    7b

## THE FAILURE TO ACT BY U.S. PRESIDENT(S)
### 5 USC 702 - 709 (RIGHT TO REVIEW §702)

(A)

THE UNITED STATES PRESIDENT(S), HAVE FAILED TO ACT UPON THESE SEPERATE AND INDIVIDUAL ALLEGATIONS, REPORTS, ETC., AS MANDATED BY THE LAWS OF THE U.S. AS DEFINED BY, 28 USC 535(b) ...   ANY INFORMATION, ALLEGATION, MATTER, <u>OR COMPLAINT WITNESSED,</u> <u>DISCOVERED, OR RECEIVED IN A DEPARTMENT</u> OR AGENCY OF THE EXECUTIVE BRANCH ... (DEFINITIONS WHICH INCLUDE THE COURT(S), FRESNO FEDERAL COURT, AS A GOVERNMENTAL BODY OR ENTITY).

THE ALLEGATIONS, REPORTS, FILED COMPLAINTS AS VIOLATIONS OF, PUBLIC CORRUPTION, BRIBERY, FRAUD, CONCEALMENT, VIOLATIONS OF 18 USC 4, 241, 242, 1001, 28 USC 535(b), 591-598, RECEIVED BY THE DEPARTMENT, THE DEFENDANTS, VIOLATIONS SENT BY U.S. MAIL FROM G. PIERCE AND S. PIERCE, AS SEPERATE AND INDIVIDUAL ALLEGATIONS OR REPORTS SENT BY MAIL AS OF 2013 UNTIL PRESENT, see mail logs( ALL ATTACHED EXHIBITS ARE FILED AS AFFADAVITS OF THE DEFENDANTS/PLAINTIFFS.

(B)

UNDER THESE SAME FACTS, AND AS SEPERATE FACTS, COMPLAINT HAS BEEN FILED OF THE VIOLATION(S) ABOVE AS OF 2012 UNTIL PRESENT, AS SEPERATE AND INDIVIDUAL FILED COMPLAINTS, SENT BY U.S. MAIL, OF THE ACTS TO CONCEAL THE FEDERAL COMPLAINT FILED AGAINST THE UNITED STATES PRESIDENT, AND ATTACHED DEFENDANTS OF CASE NO. 1:10-00285(JLT), ALSO CONCEALED AS  ;   PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114, see exhibits of affadavits, admitted acts of violations located on the public record, 28 USC 1733.

THE FRESNO FEDERAL COURT, THE DEFENDANTS AS THE F.B.I., D.O.J., O.I.G., U.S. SELECT COMMITTEE ON ETHICS, CALIFORNIA PRISON OVERSITE COMMITTEE, PARTIES LISTED AND/OR UNLISTED, see MAIL LOGS.

THE DEFENDANTS HAVE FAILED TO ACT, FAILED TO REPORT, FAILED TO INVESTIGATE, HAVE FAILED TO ACT UNDER THE ADMINISTRATIVE REMEDY DESCRIBED BY REGULATION OR OTHERWISE, UPON THE INFORMATION, ALLEGATIONS OR EVIDENCE OF VIOLATIONS, HAVE FAILED TO CONDUCT AN INVESTIGATION OF THE U.S. PRESIDENT OR U.S. FEDERAL JUDGES AS FEDERAL VIOLATIONS UPON THE MATTERS RECEIVED, OR TO PROCEED AS REQUIRED UNDER THE AGENCIES ADMINISTRATIVE PROCEDURE(S) TO REMEDY AND/OR RESOLVE THE MATTERS OF THE COMPLAINT.

THE ALLEGATIONS, VIOLATIONS ALLEGED, HAVE NOT BEEN REPORTED AS MANDATED BY 28 USC 535(b), NOR 591-598, UPON RECEIPT OF SUFFICIENT EVIDENCE AND/OR ALLEGATIONS, FACTS WHICH INCLUDE SIGNED WRITTEN AFFADAVITS OF THE VIOLATION(S) SIGNED BY THE DEFENDANTS THEMSELVES, SUBMITTED IN CASE NO. 1:10-00285(JLT) WHICH STILL EXIST IN THE CASE AS EXHIBITS/AFFADAVITS .

(C)

THE DEFENDANTS HAVE CAUSED LEGAL INJURY, HAVE COMMITTED A LEGAL WRONG, VIOLATING
THE RIGHT TO FILE A COMPLAINT AND HAVE IT INVESTIGATED, HAVE CAUSED A INJURY IN FACT,
THE LOSS OF EVIDENCE TO BE GATHERED AND/OR PRESERVED, THE LOSS OF MATERIAL FACTS AS
WITNESSES, AND AVAILABLE REMEDY UNDER ADMINISTRATIVE PROCEDURE AS ENFORCEMENT TO
RESOLVE THE ALLEGATIONS, WRONGDOINGS WHICH DELAY, OBSTRUCT, OR PREVENT REMEDY OR
CONSIDERATION OF THE VIOLATIONS ATTACHED, ACTS WHICH PREVENT ONE FROM BRINGING A COURT
ACTION AGAINST THE DEFENDANTS, OF THE ATTACHED VIOLATIONS OF CASE NO. 1:10-00285(JLT).

ENFORCEMENT IS HERE REQUESTED, AND IS LATER REQUESTED IN THIS ACTION FOR THE
OPPOSING PARTIES TO CONDUCT THE ACTS DEFINED UNDER 28 USC 535, 591-598, AND RELIEF
IS REQUESTED OF THE DUTY OWED, AND DUTY VIOLATED.

THE FAILURE TO ACT HAVE TAINTED THE PROCEEDINGS, AND IS FURTHER EVIDENCE OF
" LEGAL PREJUDICE " REQUESTED TO BE FOUND AS A SPECIAL FINDING AS RELIEF.

THESE ACTS, THE FAILURE TO ACTS, THE FAILURE TO REPORT A CRIME, A VIOLATION AGAINST
A EMPLOYEE, A PUBLIC OFFICIAL, A PARTY TO THIS ACTION WHETHER LISTED OR UNLISTED,
ARE ACTS OF THE DEFENDANTS/RESPONDENTS WHICH HAVE PREVENTED, OBSTRUCTED, DELAYED,
TAINTED, THE FILING OF LEGAL ACTION AGAINST THE DEFENDANTS, ACTS WHICH HAVE CAUSED A
INJURY IN FACT, ACTS WHICH HAVE TAINTED THE CLAIMS AND FACTS TO BE CONSIDERED,
THE EVIDENCE TO BE PRESERVED, RESERVED OR PRESENTED AGAINST THE DEFENDANTS HOWEVER
DEFINED, ACTS WHICH HAVE CAUSED LEGAL INJURY, THE LOSS OF EVIDENCE AND CLAIMS.

ACTS WHICH INCLUDES THE DEFENDANTS AS THE DEPARTMENT OF CORRECTIONS FAILURE TO ACT,
REPORT ILLEGAL ACTS AND/OR ALLEGATIONS, FAILURE TO INVESTIGATE OR PROCEED AS REQUIRED
UNDER THE ADMINISTRATIVE PROCEDURE, PARTIES ALSO DEFINED AS THE PRISON OVERSITE
COMMITTEE, LOCATED AT THE CALIFORNIA STATE CAPITOL.

(D)                    <u>CLASS CERTIFICATION IS REQUESTED</u>

THE FAILURE TO ACT BY THE DEFENDANTS/RESPONDENTS, HAVE CAUSED INJURY, LEGAL INJURY,
TO THE CLASS OF PRISONERS, TO WHICH SEAVON PIERCE IS A CLASS MEMBER, OF WHOM IS TO BE
PROVIDED MEANINGFUL ACCESS TO THE COURTS, A ADEQUATE LAW LIBRARY.

THE VIOLATION OF MAY 27th 2009, ESTABLISHES A VIOLATION WHICH REQUIRES RELIEF OF
THE CLASS OF PRISONERS EFFECTED, TO PROCEED PAST THE ONE-YEAR TIMELIMITATION OF
A.E.D.P.A., AND THIS VIOLATION HAS CAUSED LEGAL INJURY UPON THE VALID CLAIMS,
MERITORIOUS CLAIMS TO BE PRESENTED IN CASE NO. 5:09-00310-VAP-CW, OF THE LOS ANGELES
COURT UPON WHICH A EVIDENTIARY HEARING WAS GRANTED UPON A SHOWING OF CLEAR AND
CONVINCING EVIDENCE ; THAT IF NOT FOR THIS VIOLATION, NO REASONABLE JURY WOULD HAVE
CONVICTED THE PRISONER, see DOCUMENT 50 OF THE ABOVE CASE, 28 USC 1733.

REVIEW IS REQUEST UNDER 5 USC 702-709, THE RIGHT TO REVIEW OF THESE CLASS MATTERS.

TO  :  PRESIDENT DONALD TRUMP

REPORT OF FEDERAL VIOLATIONS; PUBLIC CORRUPTION; CONCEALMENT OF PUBLIC CORRUPTION; 18 USC 4, 241, 242, 1001; 28 USC 535(b); 591(b);

FIRST, CONGRADULATIONS, AND SORRY TO BURDEN YOUR PRESIDENCY WITH THESE OVERT ACTS, INTENTIONAL ACTS. HERE REPORTED IS PUBLIC CORRUPTION, FRAUD, BRIBERY AND CONCEALMENT. VIOLATIONS ARE BEING CONCEALED AS DEFINED/DESCRIBED AS **PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114.** THE REPORT AND COMPLAINT OF PUBLIC CORRUPTION IS ATTACHED.

THE LAW AS PER 28 USC 535(b) REQUIRES THESE FACTS, ALL ALLEGATIONS TO BE REPORTED TO THE ATTORNEY GENERAL HOWEVER RECEIVED BY THOSE IN EXECUTIVE OFFICE see 28 USC 535(b).

THE ATTACHED FEDERAL JUDGES REFUSE TO CONSIDER OR ALLOW PRESENTATION OF VIOLATIONS AS CRIMINAL ACTS TO BE PRESENTED AGAINST PUBLIC OFFICIALS, AND I AM SUFFERING UNDER ACTIVE CONCEALMENT OF CONCERTED ACTS DESCRIBED AS THE GREEN WALL CORRECTIONAL OFFICER CRIME CONCEALMENT ORGANIZATION WITH LAW ENFORCEMENT PERSONS WHO COMMIT ACTS OF FRAUD TO CONCEAL ILLEGAL ACTS FOR EACHOTHER.

THESE FACTS ARE UPON THE PUBLIC RECORD AS IDENTIFIED ABOVE AND BRIEFLY. I HAVE LOSSED A BODY PART, A PIECE OF EAR, AND WAS LEFT ACTIVELY BLEEDING DENIED MEDICAL TO A WOUND WHICH REQUIRED ABOUT SEVEN SUTURES. UPON SUBMISSION OF THESE VIOLATIONS TO BE CONSIDERED. I WAS LATER ATTACKED AND THREATENED. I SUFFERED A BROKEN NOSE WHILE IN HANDCUFFS, HIT MULTIPLE TIMES IN THE FACE AND HEAD WITH METAL BATONS AND FIST WHILE IN HANDCUFFS.

NEITHER OF THESE ACTS HAVE BEEN INVESTIGATED AS DEFINED BY LAW, AND ARE BEING ACTIVELY CONCEALED. NO INJURIES HAVE BEEN REPORTED BY OVER 20 INDIVIDUAL OFFICERS. HOW AN INMATE LOSS A BODY PART OR RECEIVED A BROKEN NOSE WHILE IN HANDCUFFS HAVE NEVER BEEN DETERMINED, AND IS BEING ALLOWED, AND EXIST UPON THE DECLARATIONS THAT THE U.S. FEDERAL JUDGES ARE BEING PAID TO CONCEAL SUCH ACTS AND VIOLATIONS. HOWEVER DEFINED, REPORTED FEDERAL CRIMES ARE NOT BEING ACTED UPON OR INVESTIGATED UPON CLEAR EVIDENCE OF FRAUD, FAVOR AND CONCEALMENT.

THESE FACTS  EXIST UPON THE PUBLIC RECORD WITH THE CONJOINT ACTIONS OF THE MEDIA, THE PRESS AND EFFECTED PARTIES UNDER THE ACTS OF CONCEALMENT WHICH ALSO EXIST UPON THE ILLEGAL CONFISCATION OF MAIL AS FURTHER EVIDENCE. THIS EVIDENCE ALSO REFLECTS THE FILED PETITIONS TO COMPEL AND DECLARATORY JUDGEMENT ACTS TO BE ILLEGALLY REDEFINED AS CIVIL COMPLAINTS TO CONCEAL VIOLATIONS, THESE ACTS HERE REPORTED UNDER THE ABOVE STATUTORY MANDATES.

FAILED ACTS, REFUSAL OF RESPONDENTS, ITS AGENCY/OFFICERS

1.

UPON THE FEDERAL VIOLATIONS REPORTED, A STATUTORY DUTY EXIST, 28 USC 535(b)... EXPEDITICUSLY  REPORT THESE FACTS/ALLEGATIONS TO THE ATTORNEY GENERAL ... AND FOR THE ATTORNEY GENERAL TO INVESTIGATE... A DUTY OF THE F.B.I. TO UNDERTAKE AND COMPLETE AN IMPARTIAL AND THOROUGH INVESTIGATION, UPON THE REPORT OF THE FEDERAL CRIMES, VIOLATIONS OF THIS JOINT ACTION ...  .

2.

UNDER 28 USC 591(a), UPON THE REPORT OF FEDERAL CRIMES, INFORMATION OR ALLEGATION. THE ATTORNEY GENERAL MUST CONDUCT A TWO STEP INVESTIGATION WHICH INCLUDES THE THRESHOLD DETERMINATION OF "WHETHER GROUNDS TO INVESTIGATE EXIST " AND THE DETERMINATION WHETHER THEIR ARE " REASONABLE GROUNDS TO BELIEVE THAT FURTHER INVESTIGATION IS WARRANTED " AND THE INVESTIGATORY, EVIDENTIARY, AND TIME RESTRICTIONS ON THE ATTORNEY GENERAL IN COMPLYING WITH THE **ETHICS IN GOVERNMENT ACT** PROCEDURE(S), 28 USC 592(a).

3. THE ATTORNEY GENERAL SHALL CONDUCT A PRE-LIMINARY INVESTIGATION UPON RECEIPT OF THE ALLEGATIONS/INFORMATION OR IF 90 DAYS HAS ELAPSED, HE IS REQUIRED TO REPORT TO A SPECIAL , COURT (THE SPECIAL DIVISION) CREATED FOR THE PURPOSE OF APPOINTING INDEPENDENT COUNSEL(S), 28 USC 49. IF THE ATTORNEY GENERAL(S) DETERMINES THAT, " THERE ARE NO REASONABLE GROUNDS TO BELIEVE THAT FURTHER INVESTIGATION IS WARRANTED",   ONE SHALL NOTIFY THE SPECIAL DIVISION OF THIS RESULT. IN SUCH A CASE, " THE DIVISION OF THE COURT SHALL HAVE NO POWER TO APPOINT AN INDEPENDENT COUNSEL, 28 USC 592(b)(1). IF, HOWEVER, THE ATTORNEY GENERAL HAS DETERMINED THAT THERE ARE REASONABLE GROUNDS TO BELIEVE THAT FURTHER INVESTIGATION OR PROSECUTION IS WARRANTED, " ONE SHALL APPLY TO THE DIVISION OF THE COURT FOR THE APPOINTMENT OF AN INDEPENDENT COUNSEL. THE ATTORNEY GENERAL APPLICATION TO THE COURT, " SHALL CONTAIN SUFFICIENT INFORMATION TO ASSIST THE COURT IN SELECTING AN INDEPENDENT COUNSEL ...  .

4.

AS PER 28 USC 535(b) A DUTY TO REPORT INFORMATION/ALLEGATIONS OF A CRIME EXIST AS A STATUTORY DUTY.

AS PER 28 USC 591(a), and (b), 591-598, THE **ETHICS IN GOVERNMENT ACT**, A DUTY TO INVESTIGATE, A PRE-LIMINARY INVESTIGATION OF ACTS WHICH INCLUDE SUCH COVERED PERSONS AS HIGH RANKING FEDERAL OFFICIALS ETC..

AS PER DUTY OF REGULATION, POLICY AND PROCEDURE OF THE F.B.I. TO INVESTIGATE...

9a

5.
         JENIFFER L. THURSTON, HAS RECEIVED SEPERATE FACTS AND EVIDENCE FROM THE DEFENDANTS UPON A COMPLAINT FILED AGAINST THE DEFENDANTS OF COMPLAINT NUMBER 1:10-00285(JLT) OF THE FRESNO FEDERAL COURT ; PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114. THESE ACTS TOOK PLACE UPON THE SCREENING PROCESS, BEFORE THE COMPLAINT IS ACTUALLY FILED FOR SUIT.

THE SEPERATE FACTS AND EVIDENCE ILLEGALLY RECEIVED WERE RELIED UPON BY FEDERAL JUDGE(S) JENIFFER L. THURSTON OF THE FRESNO FEDERAL COURT. THESE SEPERATE FACTS AND EVIDENCE ARE RECORDED UPON THE PUBLIC RECORD HERE ENTERED AS FACTS AND EVIDENCE AS PER, 28 USC 1733.

THE ATTORNEY GENERAL(S), THE RESPONDENTS LISTED, HAVE RECEIVED THESE FACTS REPORTED AS CRIMES ON SEPERATE AND INDIVIDUAL OCCASIONS FROM 2012 UNTIL PRESENT WITH FURTHER INFORMATION/EVIDENCE OF ONGOING AND CONTINUING ACTS WHICH INCLUDES THE PLAINTIFFS JOINT IN THIS ACTION UNDER THE RIGHT TO JOINT RELIEF AND JOINT REMEDY.

THE FEDERAL JUDGE, THE FEDERAL COURT, RECEIVED FACTS AND EVIDENCE FROM BOTH SIDES WITHOUT CONDUCTING A TRIAL OR THE REQUIRED PROCEEDINGS. THE ACTS ARE EQUATE    A TRIAL WHICH WEIGHS LIABILITY BY A JUDGE WITHOUT ALLOWING ONE TO PROCEED AS LAW REQUIRED.

6.
         JENIFFER L. THURSTON, THE FRESNO FEDERAL COURT ET.AL., HAVE CONCEALED THE FACTS AND EVIDENCE RECEIVED FROM THE DEFENDANTS, HOWEVER DEFINED AS A DEFENSE OR OTHERWISE. THE FACTS AND EVIDENCE CONSIDERED SEPERATE FROM THE COMPLAINT NUMBER 1:10-00285(JLT) FILED AGAINST THE DEFENDANTS IN THE FRESNO FEDERAL COURT, ACTS WHICH CONCEAL THE VIOLATIONS AS ONGOING ACTIVE CONCEALMENT.

THE FEDERAL COURT, FEDERAL JUDGE, HAS DISPUTED FACTS, ALLEGED DIFFERENT FACTS OR EVIDENCE NOT FILED IN THE COMPLAINT, AND FURTHER EVIDENCE EXIST TO PREVENT OR DENY THESE FACTS FROM BEING SENT TO PUBLIC ORGANIZATIONS, INVESTIGATION AGENCIES WHICH INCLUDES THE JOINT PLAINTIFFS WHO INDEPENDENTLY INVESTIGATE.

THE ATTORNEY GENERAL(S), THE RESPONDENTS LISTED, HAVE RECEIVED REPORTS OF THESE ILLEGAL ACTS DEFINED AS FEDERAL CRIMES WHICH MAY INVOLE PERSONS COVERED UNDER THE ETHICS IN GOVERNMENT ACT.

7. THE RESPONDENTS, SEPERATE AND INDIVIDUAL ACTS FROM 2012 UNTIL PRESENT. HAVE FAILED AND/OR REFUSE AS THE FEDERAL BUREAU OF INVESTIGATIONS TO, " UNDERTAKE AND COMPLETE AN IMPARTIAL AND THOROGH INVESTIGATION UNDER THE DUTY(S) AND FEDERAL REGULATIONS OF THE F.B.I.. "

THE RESPONDENTS HAVE RECEIVED SEPERATE REPORTS, FURTHER INFORMATION, REPORTS OF SEPERATE AND INDIVIDUAL ACTS OF DEFINED FEDERAL CRIMES. NO LISTED RESPONDENT, EACH F.B.I. AGENCY OR OTHERWISE, HAS CONDUCTED A INVESTIGATION UPON THE SEPERATE OR ONGOING AND CONTINUING ACTS WHICH INCLUDES THE PLAINTIFF JOINT AS WITNESSES TO THE FEDERAL VIOLATIONS REPORTED, MATTERS OF THE ACTIONS DEFINED AS PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114.

UPON THE REPORT OF A FEDERAL CRIME, UPON A COMPLAINT OF ILLEGAL ACTS AS DEFINED BY FEDERAL LAW AS ACTS OF THE DEFENDANTS HOWEVER DEFINED, UPON THE SUBMISSION OF DOCUMENTS OF AFFADAVITS OF THE DEFENDANTS, OFFICIALS, UPON THE SEPERATE ACTS REPORTED TO THE F.B.I.. NO INVESTIGATION HAS BEEN CONDUCTED UNDER THE DUTY AND REGULATIONS OF THE INDIVIDUAL OFFICIALS OR PUBLIC OFFICE AS SEPERATE OFFICES OF THE F.B.I. AS LISTED DEFENDANTS/RESPONDENTS OR OTHERWISE, ACTS OF THE ILLEGAL CONFISCATION OF MAIL, OR ACTS TO CONCEAL THE ACTUAL DOCUMENTS FILED BY THE APPLICANT TO THE FEDERAL COURT WHICH REFLECTS THAT THE COURT REMOVED PLAINTIFFS BEFORE THE ACTION WAS TO BE FILED AGAINST THE DEFENDANTS OF THE ABOVE ACTION(S).

THE EVIDENCE REFLECTS ACTS COMMITTED ON BEHALF OF THE DEFENDANTS, PUBLIC OFFICIALS, FACTS WHICH SUPPORT EVIDENCE OF THE CRIME OF BRIBERY, THE ENTERING OF JUDGEMENT UPON FAVOR OR IN EXCHANGE FOR FAVOR BY THE ATTACHED RESPONDENTS.

8. THE PUBLIC CORRUPTION AND CIVIL RIGHTS DIVISION(S), THE RESPONDENTS AS SEPERATE, ON SEPERATE AND INDIVIDUAL OCCASIONS. HAVE RECEIVED CREDIBLE INFORMATION OF FEDERAL VIOLATION, OR ALLEGATIONS UNDER THE STANDARDS OF THE ETHICS IN GOVERNMENT ACT, 28 USC 591-598. THE EVIDENCE INCLUDES THE SIGNED WRITTEN AFFADAVITS, ADMISSIONS OF THE VIOLATIONS SUBMITTED TO THE FEDERAL COURT OF MAY 27th 2009 BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS ET.AL., MATTERS OF THE DEFINED ACTIONS OF PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114, AND OF FURTHER EVIDENCE OF THE ILLEGAL CONFISCATION OF MAIL TO THE PLAINTIFF JOINT IN THIS ACTION, MAIL WHICH EFFECTS BOTH THE SENDER AND RECIPIENT OF MAIL. THESE FACTS WERE REPORTED ON SEPERATE AND INDIVIDUAL DATES/OCCASIONS, see MAIL LOGS, 28 USC 1733.

9.

THE PUBLIC CORRUPTION AND CIVIL RIGHTS SECTION, EACH LISTED RESPONDENT AS A SEPERATE OFFICE, AS ONGOING AND CONTINUING ACTS AS OF 2012 UNTIL PRESENT. HAVE RECEIVED ALLEGATIONS/INFORMATION OF FEDERAL CRIMES BY THE ATTACHED FEDERAL JUDICIAL OFFICERS, 18 USC 4, 241, 242, 1001, 18 USC 4, OR OTHERWISE, ACTS OF THE FRESNO FEDERAL COURT, MATTERS OF THE ORIGINAL ACTIONS DEFINED AS **PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114.**

AS REPORTS, AS FURTHER EVIDENCE OR INFORMATION, THE INFORMATION INCLUDES THE ACTS OF THE PUBLIC RECORD, THE ACTS WHICH REMOVE/EXCLUDE THE PLAINTIFFS AS THE PRESS OR MEDIA FROM THE ABOVE ACTION(S) BEFORE THEY ARE FILED OR CONSIDERED AS JOINT ACTIONS.

INFORMATION OF THE FAILED AND/OR REFUSED STATUTORY DUTY AS DEFINED BY 28 USC 535(b) OF THE FEDERAL OFFICERS TO REPORT SUCH FACTS OR ALLEGATIONS TO THE ATTORNEY GENERAL, see also 18 USC 4 AS A DUTY TO REPORT A CRIME KNOWN.

THESE FACTS ALSO EXIST UPON THE ILLEGAL CONFISCATION OF MAIL TO THE JOINT PLAINTIFF(S) AND KNOWLEDGE OF THE DUTY TO RESPOND OF THE RECIPIENTS OF PUBLIC OFFICE ETC..

THESE FACTS SPECIFICALLY OF MATTERS OF FEDERAL JUDICIAL OFFICERS, HAVE BEEN REPORTED AND ALSO EXIST UNDER THE SAME ONGOING, CONTINUING ACTS OF THE ETHICS IN GOVERNMENT ACTS, WHEN ALLEGATIONS INCLUDES PERSONS COVERED UNDER THE ACT HOWEVER DEFINED.

10.

THE RESPONDENTS, AS SEPERATE, AS SEPERATE PUBLIC OFFICES, ET.AL., ON SEPERATE OCCASIONS, see MAIL LOGS, 28 USC 1733. RECEIVED SEPERATE REPORTS OF EXCESSIVE FORCE, MATTERS ALSO ATTACHED TO THE MATTERS AS FURTHER EVIDENCE, FURTHER INFORMATION OF THE MATTERS DEFINED AS **PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114.**

THE JOINT PARTY OF G. PIERCE, FILED AND SENT CERTIFIED MAIL TO THE RESPONDENTS AND RECEIVED FURTHER SEPERATE DOCUMENTS, FACTS AND EVIDENCE OF THE ONGOING AND CONTINUING ACTS, OF A CRIME . THE EVIDENCE SENT AND RECEIVED BY THE RESPONDENTS INCLUDES THE SIGNED WRITTEN AFFADAVITS OF LIEUTENANT ARMONDO MARTINEZ THAT " STAFF " CAUSE THE INJURIES TO THE FACE AND HEAD OF S. PIERCE WHILE IN HANDCUFFS.

NO LISTED RESPONDENT UPON THE REPORT OF EXCESSIVE FORCE, OR FURTHER EVIDENCE HOWEVER DEFINED, HAS CONDUCTED AN INVESTIGATION.

9d

AS A PUBLIC ORGANIZATION/AGENCY, OR AS PUBLIC OFFICIALS UNDER THE DUTY TO REPORT A CRIME OR INVESTIGATE UNDER THE REGULATIONS OF THE SPECIFIC AND INDIVIDUAL PUBLIC OFFICE, UPON CREDIBLE FACTS AND/OR ALLEGATIONS THAT A CRIME HAS TAKEN PLACE, THAT A CRIME HAS TAKEN PLACE UNDER THE STANDARDS OF THE ETHICS IN GOVERNMENT ACT, OR ANY DEFINED DUTY TO REPORT OR INVESTIGATE UPON THE RECEIPT OF CREDIBLE OR SPECIFIC REPORT OF A CRIME.

11.
THE RESPONDENTS AS LISTED          , HAVE RECEIVED ON SEPERATE OCCASIONS AS OF 2012 UNTIL PRESENT, THE REPORT OF FEDERAL CRIMES UNDER THE STATUTORY DUTY OF THE UNITED STATES, 28 USC 535(b), TO REPORT ALLEGATIONS, INFORMATION UNDER THE STANDARDS OF 28 USC 535(b) TO REPORT SPECIFIC FACTS TO THE ATTORNEY GENERAL(S).

THE FEDERAL JUDGES HAVE RECEIVED ALLEGATIONS OF THE FAILURE AND/OR REFUSAL TO REPORT, AND THE EVIDENCE OF THE ILLEGAL CONFISCATION OF MAIL, 28 USC 1733, ACTS OF CONCEALMENT AS ACTS OF THE DEFENDANTS OF THE ORIGINAL ACTION AS ONGOING ACTS, CONTINUING ACTS, WHICH ALSO INCLUDES THE ACTS OF EXCESSIVE FORCE, THREATS TO KILL, ETC., ACTS OF CONCEALMENT BY THE ORIGINAL DEFENDANTS WHO HAVE ALSO BEEN REMOVED FROM THE ORIGINAL ACTION AS THE INSPECTOR GENERAL, INTERNAL AFFAIRS OFFICE ET.AL., ACTS OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS.

THE FACTS INCLUDES A PATTERN OF CONDUCT UNDER THE POLICY TO REPORT ILLEGAL ACTS AND/OR CRIMES COMMITTED BY EMPLOYEES OF C.D.C.R., ACTS ALSO REPORTED TO THE CORRESPONDING AGENCIES, EACH SEPERATE RESPONDENT.

NO INVESTIGATION HAS BEEN CONDUCTED UPON THE REPORT OF A CRIME, OR OF EXCESSIVE FORCE FOR ONE TO DECLARE OR CONCLUDE THAT EXCESSIVE FORCE OF A CRIME HAS NOT TAKE PLACE UPON THE REPORT OF A CRIME AGAINST THE CORRECTIONAL OFFICERS, OR DEFINED RESPONDENTS.

THE PERSON OF SEAVON PIERCE STILL HAS A HALF CIRCLE SCAR WHICH CORRESPONDS WITH THE BATON TO THE FACE WHILE IN HANDCUFFS, A WOUND WHICH REQUIRED SUTURES THOUGH SKIN TAPE WAS USED. THIS SCAR IS STILL PRESENT AS EVIDENCE ON THE FACE OF S. PIERCE AND AS FURTHER EVIDENCE THAT NO INVESTIGATION HAS TAKEN PLACE.

UPON THESE FACTS, THE ATTACHED JUDGES REFUSE TO ALLOW PROCEEDINGS UNDER MANDAMUS, WHEN NO ADEQUATE REMEDY IS AVAILABLE, AND A STATUTORY DUTY EXIST OF THE FEDERAL JUDGES AS PER 28 USC 535(b) A DUTY TO REPORT, FACTS WHICH HAVE ALSO BEEN REPORTED TO THE ATTORNEY GENERAL(S).

THE FACTS EXIST AS CONCERTED ACTS OF CONCEALMENT OF MATTERS WHICH INCLUDE HIGH RANKING FEDERAL OFFICIALS UNDER THE REQUIREMENTS AND DUTY OF 28 USC 591, 535.

12.

AS CONCERTED ACTS, AS OF APPROXAIMATELY 2010 WHEN THE ORIGINAL ACTION WAS RECEIVED BY THE FRESNO FEDERAL COURT. MULTIPLE ACTS EXIST WHICH DENY AND/OR PREVENT RESOLUTION OF A VIOLATION AGAINST A OFFICER, A OFFICER OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS THROUGH THE ADMINISTRATIVE 602/APPEAL PROCESS OR BY THE OVERSIGHT AGENCIES LISTED AS DEFENDANTS, RESPONDENTS.

THESE SAME EXACT FACTS EXIST BY THE FEDERAL JUDICIAL OFFICERS AS MULTIPLE ACTS WHICH DENY AND/OR PREVENT RESOLUTION OF A VIOLATION AGAINST A FEDERAL AGENCY OR OFFICER REGARDLESS OF THE ALLEGED VIOLATION.

13.

THESE FACTS ALSO EXIST AS " A PATTERN OF CONDUCT " IDENTIFIED AS A CODE OF SILENCE WHEN EVIDENCE OR FACTS EXIST AS A VIOLATION AGAINST LAW ENFORCEMENT, OR LAW ENFORCEMENT ASSOCIATED PERSONS. CALIFORNIA HAS DOCUMENTED THESE SUCH ACTS AS A CODE OF SILENCE UPON THESE SAME EXACT FACTS OF WHICH THE FEDERAL JUDGES HAVE PARTICIPATED.

THESE FACTS ARE HERE PRESENTED AS " SPECIAL CIRCUMSTANCES " IN WHICH A " SPECIAL INVESTIGATION " IS REQUESTED. THESE ACTS EXIST AGAINST THE U.S. GOVERNMENT, ITS OFFICERS, ACTS OF THE FEDERAL JUDICIAL OFFICERS IN WHICH INDEPENDENT REVIEW OF THE AGENCIES ACTIONS IS REQUESTED, TO PROVIDE A SEPERATE REPORT FROM A MISCONDUCT AND/OR PUBLIC CORRUPTION EXPERT (INDEPENDENT AGENCY ET.AL.).

THE FACTS HERE EXIST AS EVIDENCE OF THE OFFICERS, LAW ENFORCEMENT OFFICIALS HOWEVER DEFINED AS BEING AGAINST THE REQUESTED OR REQUIRED RELIEF AGAINST THE PERSONS, DEFENDANTS, RESPONDENTS DEFINED OR ASSOCIATED WITH LAW, OR LAW ENFORCEMENT. NO REMEDY, NO FACTS EXIST IN WHICH THE APPLICANTS AS JOINT CAN OBTAIN A UNBIASED DECISION, THE RECORD HERE AGAIN BEING ENTERED AS EVIDENCE, 28 USC 1733. THE RECORD REFLECTS ACTS WHICH PREVENT OR DENY APPLICATION OF THE APPLICABLE LAW(S) TO THE PROCEEDINGS TO REMEDY OR RESOLVE THE VIOLATIONS, WHICH INCLUDES THE ADMITTED SIGNED AFFADAVITS OF VIOLATIONS PRESENTED TO THE FEDERAL COURT AS AN INJUNCTION, PETITION TO COMPEL OR RIGHT TO DECLARATORY RELIEF.

THESE SAME ACTS HAVE BEEN IDENTIFIED AS A " CODE OF SILENCE " AND DUMBING DOWN VALID CLAIMS, ACTS WHICH DENY AND PREVENT  RELIEF OF THE LISTED JOINT PLAINTIFFS ET.AL., OF THE MATTERS OF THE VIOLATIONS TO BE RESOLVED.

THE DEFENDANTS HAVE COMMITTED ACTS WHICH DENY OR REFUSE THESE VIOLATIONS FROM BEING HEARD IN A PROCEEDING OR HEARING AND THE RIGHT OF ACTION, AND THE RIGHT TO TRIAL IS REQUESTED TO BE ENFORCED UPON THE VIOLATIONS OF THIS ACTION AS RELIEF.

NO INVESTIGATION AS DEFINED BY LAW HAS BEEN CONDUCTED BY THE RESPONDENTS UPON THE REPORT(S) AND/OR COMPLAINTS WHICH ALLEGE A FEDERAL CRIME, OR CRIME HOWEVER DEFINED.

DUTY OWED TO PLAINTIFF(S)    28 USC 1361

SUFFICIENT EVIDENCE/ALLEGATIONS, HAVE BEEN SENT, RECEIVED BY THE ATTORNEY GENERAL(S), ATTORNEY GENERAL(S) OFFICE(S), OF CRIMES, ACTS OF THIS JOINT ACTION HERE FILED.

INDIVIDUAL AND SEPERATE ALLEGATIONS REGARDING THE SAME JOINT ACTION, HAVE BEEN RECEIVED UNDER THE DUTY OF THE **ETHICS IN GOVERNMENT ACT**, 28 USC 591-598, WHICH INCLUDES, " THE RECEIPT OF ADDITIONAL INFORMATION . . . " OF THESE CONTINUING AND ONGOING ACTS OF 2012 UNTIL PRESENT(WHICH HAS ALSO CAUSED LEGAL INJURY, INDIVIDUAL INJURY(S), COMPENSATORY DAMAGES, NOMINAL DAMAGES, TO BE DETERMINED).

SUFFICIENT ALLEGATIONS HAS BEEN RECEIVED AS REQUIRED BY 28 USC 591, AND THE ATTORNEY GENERAL(S) HAVE FAILED AND/OR REFUSED TO PERFORM THE DUTY AS MANDATED UNDER THE LAWS OF THE UNITED STATES WHEN SUFFICIENT ALLEGATIONS/INFORMATION IS RECEIVED UNDER 28 USC 591-598.

A DUTY IS OWED TO THE JOINT PLAINTIFF(S) UNDER THIS APPLICATION OF 28 USC 1361, FOR THE OFFICER, EMPLOYEE OF THE UNITED STATES, THE AGENCY OF THE ATTORNEY GENERALS OFFICE, TO PERFORM THIS DUTY WHICH EFFECTS THE PLAINTIFFS JOINT WHO RIGHTS CONTINUE TO BE VIOLATED AS DEFINED BY THE 1st AMENDMENT TO COMMUNICATE, EACH PARTY HAS BEEN EFFECTED.

THE DUTY OF 28 USC 591(a), INSTRUCTS, . . . THE ATTORNEY GENERAL **SHALL** CONDUCT A PRELIMINARY INVESTIGATION . . . WHEN THE ATTORNEY GENERAL RECEIVE INFORMATION SUFFICIENT TO CONSTITUTE GROUNDS TO INVESTIGATE WHETHER ANY PERSON DESCRIBED IN SECTION (b) **MAY** HAVE VIOLATED ANY FEDERAL CRIMINAL LAW . . . 591(d) INSTRUCTS . . . THE ATTORNEY GENERAL **SHALL** CONSIDER ONLY . . . (d)(2); THE ATTORNEY GENERAL **SHALL** DETERMINE WHETHER GROUNDS TO INVESTIGATE EXIST NOT LATER THAN 30-DAYS AFTER THE INFORMATION IS FIRST RECEIVED . . . IF THE ATTORNEY GENERAL IS UNABLE TO DETERMINE, WITHIN THAT 30-DAY PERIOD, WHETHER THE INFORMATION IS SPECIFIC AND FROM A CREDIBLE SOURCE, THE ATTORNEY GENERAL **SHALL**, AT THE END OF THAT 30-DAY PERIOD, COMMENCE A PRELIMINARY INVESTIGATION WITH RESPECT TO THAT INFORMATION . . .

AN AFFIRMATIVE DUTY, A PRE-EXISTING DUTY, A DUTY TO ACT EXIST OF THE MATTERS OF THIS ACTION RECEIVED BY THE ATTORNEY GENERAL(S) IN WHICH ENFORCEMENT AND A ACTION TO COMPEL THE U.S. OFFICER, AGENCY OF THE DUTY OWED TO THE PLAINTIFFS JOINT WHOS RIGHTS TO COMMUNICATE ARE ACTIVELY BEING DENIED, AND THE RIGHTS OF ALL PLAINTIFF(S) JOINT AS DEFINED BY 18 USC 241, 242, OF THE CIVIL RIGHTS ENFORCEMENT, FEDERAL VIOLATIONS/ALLEGATIONS WHICH HAVE ALSO BEEN RECEIVED BY THE ATTORNEY GENERAL REGARDING THE LISTED PLAINTIFFS, MATTERS OF THIS ACTION.

10a

## ACTION UNDER 1361

(1)    THE JOINT APPLICANTS HAVE A RIGHT TO REPORT INFORMATION, A RIGHT TO THE RELIEF SOUGHT, FOR THE RESPONDENTS TO PERFORM A DUTY, A STATUTORY DUTY WHEN SPECIFIC ALLEGATIONS WHICH REFLECT THAT A FEDERAL CRIME HAS BEEN COMMITTED UNDER THE STANDARDS OF THE ETHICS IN GOVERNMENT ACT, AND 28 USC 535(b).

(2)    A DUTY OF THE RESPONDENT(S) APPLY, A STATUTORY DUTY UPON THE INFORMATION RECEIVED FROM THE ACTIONS WHICH EFFECT THE LISTED PLAINTIFF, A DUTY OF PUBLIC OFFICE AND A DUTY TO PROTECT THE CONSTITUTION. AS INDIVIDUAL DUTIES THESE DUTIES EXIST WHICH INCLUDE (a) AN AFFIRMATIVE DUTY (b) A PRE-EXISTING DUTY (c) A DUTY TO ACT UNDER THE RULES, REGULATION, POLICY AND PROCEDURES OF EACH SEPERATE RESPONDENT.

(3)    NO OTHER REMEDY EXIST TO ENFORCE THE RESPONDENTS TO PERFORM THE DEFINED DUTIES, STATUTORY DUTIES OF THE LAWS OF THE UNITED STATES. THE REQUEST FOR ENFORCEMENT BY CONGRESS OF THE 14th AMENDMENT IS NOT BEING PROCESSED OR EXCEPTED BY THE FEDERAL JUDICIAL OFFICERS OF THE COURT. NO ACTION ATTACHED TO THE MATTERS DEFINED AS PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114, HAVE BEEN EXCEPTED BY THE COURT AFTER THE ORIGINAL ACTION WAS FILED, OR PROCESSED AS REQUIRED TO PROVIDE REMEDY UPON THESE MATTERS.

## 5 USC 702, RIGHT TO REVIEW

A PERSON, PERSONS JOINT, SUFFERING A LEGAL WRONG BECAUSE OF AGENCY ACTION, OR ADVERSELY AFFECTED OR AGGRIEVED BY AGENCY ACTION WITHIN THE MEANING OF A RELEVANT STATUTE, IS ENTITLED TO JUDICIAL REVIEW THEREOF.

THE AGENCY OR OFFICERS THEREOF, FAILED AND/OR REFUSE TO ACT IN AN OFFICIAL CAPACITY OR UNDER COLOR OF LAW, LEGAL AUTHORITY, UPON THE TOTALITY, AND INDIVIDUAL ALLEGATIONS/REPORTS OF FEDERAL CRIMES OF MATTERS OF THE ETHICS IN GOVERNMENT ACT WHICH COVERS SPECIFIC PERSONS AS OFFICERS OF THE UNITED STATES, AS A AGENCY OR ITS OFFICERS WHEN A CRIME HAS BEEN REPORTED.

AS THE UNITED STATES, AND ITS OFFICERS, ITS AGENCY(S), ITS PRESIDENT ( ITS CHIEF EXECUTIVE OFFICER OR OTHERWISE) ET.AL., THE LISTED RESPONDENTS, PERSONAL RESPONCIBILTY, OFFICIAL DUTY FOR COMPLIANCE EXIST UPON THE STATUTORY MANDATE AS DEFINED BY THE UNITED STATES, ITS AGENCY OR OTHERWISE AS A STATUTORY DUTY, PRE-EXISTING DUTY, AFFIRMATIVE DUTY, DUTY TO ACT, DUTY OF OFFICE/AGENCY.

THE DUTY(S) TO BE REVIEWED INCLUDES THE DUTY TO INVESTIGATE, TO PROCEED UPON THE REPORT OF A CRIME WHEN RELIABLE, CREDIBLE, ALLEGATIONS OR A REPORT AS INDIVIDUALLY APPLIED UNDER THE AGENCY'S STANDARDS AND DUTY TO ACT, DUTY TO REPORT SUCH INFORMATION/ALLEGATIONS TO THE ATTORNEY GENERAL, SUPERIORS, OR ANOTHER FOR FURTHER ACTION(S) WHEN A CRIME OR ALLEGATIONS OF A CRIME HAS BEEN REPORTED, TO EACH INDIVIDUAL OFFICIAL, AGENCY, THE LISTED RESPONDENT(S).

## ACTION OF 28 USC 2201, DECLARATORY JUDGEMENT ACT
### RIGHT OF ACTION, RIGHT TO TRIAL

1.
DECLARATORY JUDGEMENT PROVIDES RIGHT OF ACTION, THAT ANY PERSON OF INTREST, OR WHO DESIRES A DECLARATION OF HIS OR HER RIGHTS OR DUTIES WITH RESPECT TO ANOTHER, OR IN RESPECT TO, IN CASES OF ACTUAL CONTROVERSY RELATING TO THE LEGAL RIGHTS AND DUTIES OF THE RESPECTIVE PARTIES . . . WHETHER OR NOT FURTHER RELIEF IS OR COULD BE CLAIMED AT THE TIME ... .

2.
DECLARATORY JUDGEMENT OF THE DUTIES OF EACH INDIVIDUAL OFFICIAL, AGENCY, OFFICER OF THE UNITED STATES, EACH LISTED DEFINED RESPONDENT UPON THE RECEIPT OF THE REPORT OF A CRIME (2) THE REPORT OF THE ATTACHED MATTERS AS SEPERATE AND INDIVIDUAL REPORTS FOR THE TIME OF 2012 UNTIL PRESENT (3) AS A AFFIRMATIVE DUTY (4) A PRE-EXISTING DUTY (5) A DUTY UNDER THE DUTY AND OATH OF OFFICE (6) A DUTY TO ACT (7) A DUTY UNDER THE LAWS OF THE UNITED STATES, STATUTORY DUTIES OF LAW, OR ITS AGENCY AS A SEPERATE AND INDIVIDUAL SECTION/DIVISION OR OTHERWISE, AS A LISTED RESPONDENT.

ON OR AFTER, FROM 2012 UNTIL PRESENT, THE RESPONDENTS HOWEVER DEFINED, HAVE REFUSED TO REPORT, INVESTIGATE, REFUSED TO ACT UNDER A DUTY TO ACT, UPON ANY REPORT OF A CRIME OR ILLEGAL ACTS ATTACHED TO THE MATTERS DEFINED AS    ; PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114 AS ONGOING AND CONTINUING ACTS, ACTS WHICH DENY OR PREVENT CONSIDERATION OF THESE MATTERS IN A COURT OR PROCEEDING, ACTS DEFINED AS " ACTIVE CONCEALMENT " WHICH HAS ALSO BEEN REPORTED UNDER THE DUTIES OF THE RESPONDENT(S) TO REPORT OR INVESTIGATE EACH SEPERATE REPORT, NEW INFORMATION, OR FACTS TO BE CONSIDERED.

A DECLARATION OF THE LIABILITIES OF THESE FAILED ACTS , REFUSAL OF THE INDIVIDUAL RESPONDENTS, ITS AGENCY, THE AGENCY, LISTED RESPONDENTS/DEFENDANTS HOWEVER DEFINED OF THESE ACTS OF 2012 UNTIL PRESENT.

3.
    A STATUTORY DUTY EXIST, A FAILURE TO ACT, AND/OR REFUSAL TO ACT UNDER THE
DEFINED LAWS OF THE UNITED STATES EXIST. THESE LIABILITIES EXIST TO BE DECLARED
UPON THE REFUSAL TO ACT, DUTY TO ACT, OF EACH SEPERATE REPORT, RECEIPT OF
INFORMATION. THESE LIABILITIES EXIST ALSO FOR THE FURTHER ESTABLISHMENT OF CLAIMS
SOUGHT IN THIS ACTION, OF LIABLE PARTIES WITHIN THE AGENCY(S), AND ANY ACTS WHICH
PREVENT ONE FROM OBTAINING COUNSEL OR HAVING THESE MATTERS HEARD OR CONSIDERED
IN COURT UNDER AVAILABLE REMEDY BUT FOR THE FALSE DECLARATIONS, ACTS OF THE
OFFICERS OF THE UNITED STATES, ITS AGENCIES, LISTED DEFENDANTS/RESPONDENTS, ACTS
WHICH ALSO EXIST TO FORCE ONE TO FORFEIT CLAIMS.

4.
    LIABILITIES OF " LEGAL PREJUDICE " SUFFERED BY THE PLAINTIFF(S) OF THE ACTIONS
DEFINED AS ; PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS
21888 (E.D. CAL. FEB. 17, 2011);13-15114, OF THE JOINT PLAINTIFFS HOWEVER DEFINED.
    A RIGHT TO JOINT REMEDY, A RIGHT TO JOINT RELIEF, HOWEVER DEFINED, THESE
RIGHTS HAVE BEEN VIOLATED UNDER BOTH 28 USC 2201 and 42 USC 1983, OF EACH LISTED
PLAINTIFF, AND A SPECIAL FINDING IS ALSO REQUESTED AS RELIEF OF THE PLAINTIFFS
HOWEVER DEFINED, AS JOINT AND SEPERATE.

5.
    A DECLARATION OF THE RIGHTS OF EACH PARTY JOINT OF THE RIGHT TO JOINT REMEDY,
THE RIGHT TO JOINT RELIEF, UPON THE ACTS WHICH REMOVE/EXCLUDE THE PARTIES TO BE
JOINED AS PLAINTIFFS EXIST TO BE DECLARED AS THE LAW REQUIRES A DETERMINATION AS
PER F.R.C.P. 19(b). THE VIOLATIONS EXIST UPON BOTH PLAINTIFFS WHO HAVE THE RIGHT
AS JOINT, AND ACTS TO PREVENT COMMUNICATIONS/CORRESPONDENTS TO CONCEAL SUCH
VIOLATIONS UNDER 18 USC 241, 242, OR OTHERWISE EXIST AS ACTS TO CONCEAL CLAIMS
OF THE RIGHTS WHICH EXIST AS JOINT.
    THE LISTED PLAINTIFF(S), PARTIES TO BE JOINT IN THE ACTIONS AS DEFINED ABOVE,
WERE ILLEGALLY REMOVED/EXCLUDED FROM THE ACTION(S), EACH SEPERATE ACTION WHICH
HAS CAUSED LEGAL INJURY, AND THE LIABILITIES OF EACH ACT IS REQUESTED UNDER
THE DECLARATORY ACT AS JOINT PLAINTIFF(S).

## THE PLAINTIFFS JOINT HAVE SUFFERED INJURY

1. THE PLAINTIFFS JOINT HAVE SUFFERED INJURY, HAVE SUFFERED A VIOLATION OF THE RIGHT TO BE JOINT, TO BRING A JOINT ACTION, RIGHT TO JOINT REMEDY, THE RIGHT TO BRING A ACTION.

2. THE PLAINTIFFS HAVE SUFFERED A " INJURY IN FACT ", HAVE SUFFERED LEGAL INJURY OF THE MATTERS TO BE RESOLVED WITHIN THE SPECIFIC TIMEFRAMES OF THE RESPONDENTS.

3. THE PLAINTIFFS AS JOINT HAVE SUFFERED THE LOSS OF EVIDENCE, THE LOSS OF EVIDENCE TO BE GATHERED, THE EVIDENCE HELD BY THE ATTACHED DEFENDANTS OR ORGANIZATIONS WHICH ESTABLISH CLAIMS, EVIDENCE OF FRAUD, EVIDENCE WHICH CONTRADICTS THE STATEMENTS OF THE RESPONDENTS, EVIDENCE WHICH EXISTED DURING A LIMITED TIME PERIOD; EVIDENCE THAT THE RESPONDENTS COMMITTED ACTS AS A PATTERN OF CONDUCT TO CAUSE LEGAL INJURY.

4. THE PLAINTIFFS AS JOINT HAVE SUFFERED ANY AND ALL REQUIREMENTS OF SUCH AGENCIES TO RESOLVE SUCH ILLEGAL ACTS UPON REPORT, KNOWLEDGE AND DUTY TO RESOLVE SUCH ACTS. REMEDY UNDER THE AGENCY HAS BEEN DENIED

5. THE LOSS OF WITNESSES TO SUPPORT THESE FACTS, THIS ACTION, THE LOSS OF A WITNESS, LOSS OF A WITNESS TO EACH SEPERATE VIOLATION.

6. THE LOSS OF MATTERS TO BE DISCLOSED HOWEVER DEFINED, A FINDING OF WRONGDOING OF A DEFENDANT/RESPONDENT WHICH ESTABLISHES A CLAIM, MATERIAL FACTS OF A VIOLATION HOWEVER DEFINED UPON THE FACTS WHICH ESTABLISHES THIS ACTION, JOINT MATTERS OF EFFECTED PARTIES.

7. HAS SUFFERED THE LOSS OF ANY PERFORMANCE OF REQUIRED ACTS BY THE AGENCY AND ITS OFFICERS UPON THESE SPECIFIC FACTS TO RESOLVE MATTERS DEFINED AS A CRIME, MISCONDUCT OR A VIOLATION HOWEVER DEFINED WHICH ALSO ESTABLISH LIABILITIES, AND A RIGHT WHEN A VIOLATION HAS OCCURED AS JOINT PLAINTIFFS UPON THE SAME ACTS AND FACTS.

8. AS JOINT, THE APPLICANTS HAS SUFFERED " LEGAL PREJUDICE " OF ACTS WHICH REMOVE PARTIES FROM THE ACTIONS/COMPLAINT, AND FAILED, REFUSED TO CONSIDER THE JOINT ACTS, ALL FACTS WHICH EXIST AS THE SAME FACTS OF ILLEGAL ACTS REGARDING MAIL, A FEDERAL VIOLATION WHICH INJURES BOTH THE SENDER AND RECIPIENT UPON THE SAME ACTS AND FACTS OF MAIL.

9. MORATORY DAMAGES ; TO BE DETERMINED    (b) AS JOINT AND SEPERATE

10. COMPENSATORY DAMAGES ; TO BE DETERMINED (b) AS JOINT AND SEPERATE

11. PROSPECTIVE DAMAGES ; TO BE DETERMINED (b) AS JOINT AND SEPERATE

12. LEGAL INJURY ; DAMAGES TO BE DETERMINED (b) AS JOINT AND SEPERATE

13. NO OTHER ADEQUATE REMEDIES ARE AVAILABLE, OVER 30 INDEPENDENT, INDIVIDUAL PUBLIC ORGANIZATIONS HAVE BEEN REQUESTED TO INVESTIGATE, REPORT, TO PROCEED AS REQUIRED BY LAW, RULES OR ITS OWN REGULATIONS; FACTS WHICH ALSO ESTABLISHES " A CODE OF CONDUCT ", SEPERATE AND INDIVIDUAL REPORTS/COMPLAINTS HAVE BEEN FILED NO ACTION HAS BEEN TAKEN AS A REPORT OR COMPLAINT.

11a

## MINISTERIAL AND NON-DISCRETIONARY DUTY
### 28 USC 1361

1. RELIEF IS REQUESTED, EACH REQUEST FOR RELIEF UNDER 28 USC 1361 REQUEST (1) AFFIRMATIVE DUTY (2) PRE-EXISTING DUTY AND (3) DUTY TO ACT OF THE RESPONDENTS/DEFENDANTS.

2. DUTY TO CONDUCT A PRELIMINARY INVESTIGATION TO DETERMINE WHETHER FURTHER INVESTIGATION IS REQUIRED WITHIN 30 DAYS AS PER 28 USC 591, WHEN ALLEGATIONS/INFORMATION IS RECEIVED OF COVERED PERSONS.

3. DUTY TO APPLY FOR INDEPENDENT COUNSEL WHEN THE TIME OF THE PRELIMINARY INVESTIGATION HAS ELAPSED UNDER 28 USC 591, 592.

4. DUTY TO REPORT THE RECEIPT OF FACTS OR ALLEGATIONS OF A CRIME, OR MISCONDUCT OF A PUBLIC OFFICIAL TO THE APPROPRIATE AUTHORITIES.

5. DUTY OF 18 USC 4, WHEN A CRIME IS KNOWN, HAS BEEN REPORTED, WHEN DATA UNDER THE STANDARDS OF 18 USC 4, HAS BEEN RECEIVED BY THE UNITED STATES OFFICERS/EMPLOYEES OF MATTERS AS OF 2012 UNTIL PRESENT OF A FEDERAL CRIMES HOWEVER DEFINED OF ATTACHED ILLEGAL ACTS.

6. STATUTORY DUTY AS PER 28 USC 535(b) OF INFORMATION RECEIVED BY THE FEDERAL OFFICERS OF THE UNITED STATES.

7. DUTY TO CONDUCT AN INDEPENDENT INVESTIGATION BY THE FEDERAL AGENCY AND ITS OFFICERS AS THE FEDERAL BUREAU OF INVESTIGATIONS UPON THE REPORT OF A FEDERAL CRIME OF THE SEPERATE AND INDEPENDENT REPORTS/COMPLAINT THAT A FEDERAL CRIME HAS OCCURED BY THE SPECIFIC PERSONS/ORGANIZATION

8. DUTY OF THE FEDERAL OFFICER IN RECEIPT OF SUCH DATA OF A FEDERAL CRIME, TO FILED A REPORT, AND DRAW A CONCLUSION UPON THE REPORT OF A FEDERAL CRIME, THE CRIMES REPORTED ATTACHED TO THESE MATTERS OF PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114

9. 25 USC 3331; ... I WILL WELL AND FAITHFULLY DISCHARGE THE DUTIES OF THE OFFICE ... THE APPLICABLE RESPONDENT HAS FAILED, AND/OR REFUSE TO DISCHARGE THE DUTIES OF THE OFFICE UPON THE REPORTED ACTS OF A CRIME, COMPLAINT OF A CRIME AS DEFINED BY LAW OR OTHERWISE

10. UPON CREDIBLE INFORMATION OF FEDERAL CRIMES, FEDERAL CRIMES WHICH INVOLVES THE U.S. PRESIDENT ET.AL., THE F.B.I. HAS A DUTY TO CONDUCT A THOROUGH INVESTIGATION. A DUTY OF THE F.B.I. TO UNDERTAKE AND COMPLETE AN IMPARTIAL AND THOROUGH INVESTIGATION. THESE MATTERS STILL INCLUDE THE U.S. PRESIDENT HOWEVER DEFINED.

RELIEF OF RIGHT TO REVIEW
5 USC 702-709

1.   RELIEF IS REQUESTED ON THE AGENCY ACTION, AND(b) OF THE AGENCY DECISION/DETERMINATION(S)
UPON THE RECEIPT OF ACTS/ALLEGATION OF A CRIME, UPON THE ONGOING CONTINUING ACTS OF 2012
UNTIL PRESENT AS SEPERATE INDIVIDUAL ACTS .

2.   REVIEW OF THE AGENCIES ACTION AND DETERMINATION OF AN ALLEGED OR DECLARED CONCLUSION
OF A INVESTIGATION OF EACH CRIME/VIOLATION; ITS DETERMINATION THAT NO FACTS, ALLEGATIONS
OR EVIDENCE EXIST OF A CRIME OR OTHERWISE WHICH REQUIRES FURTHER ACTION OF THE AGENCY AND
ITS OFFICERS.

3.   REVIEW OF THE AGENCIES ACTIONS AND DETERMINATIONS UPON THE EVIDENCE PROVIDED, RECEIVED
AS A REPORT OR COMPLAINT; ITS DETERMINATION THAT THE REPORTS, COMPLAINT OR ALLEGATIONS
DO NOT ESTABLISH AS EVIDENCE OR OTHERWISE, ANY FACTS WHICH REQUIRE AN INDEPENDENT
INVESTIGATION BY THE AGENCY AND ITS OFFICERS, ANY INDEPENDENT OBLIGATIONS WHICH REQUIRES
THE AGENCY AND ITS OFFICERS TO RESOLVE SUCH ACTS.

4.   REVIEW OF THE AGENCIES ACTIONS AND DETERMINATIONS THAT UPON THE NEW FACTS, NEW ACTS,
INFORMATION WHICH FURTHER SUPPORTS A CRIME, THAT UPON THE FURTHER REPORTS OR COMPLAINT;
THAT NO FACTS ESTABLISH GROUNDS, FACTS OR EVIDENCE, FOR FURTHER ACTION BY THE AGENCY
AND ITS OFFICERS OF REPORTS/COMPLAINTS FROM 2012 UNTIL PRESENT.

5.   REVIEW OF THE AGENCIES ACTIONS AND DETERMINATIONS THAT UNDER THE ETHICS IN GOVERNMENT
ACT, NO FACTS, EVIDENCE, OR ALLEGATIONS CONSIDERED REQUIRED FURTHER ACTION(S) FROM THE
ATTORNEY GENERALS OFFICE, ITS AGENCY OR ITS OFFICERS AS PER 28 USC 591-598.

6.   REVIEW OF THE AGENCIES ACTIONS AND DETERMINATIONS UPON THE REPORT OF THE DEFINED
CRIMES ATTACHED TO THIS ACTION; ITS DETERMINATION NOT TO REPORT THESE FACTS TO THE
APPROPRIATE AUTHORITIES UPON RECEIPT OF INFORMATION WHICH ALLEGE A CRIME, A CRIME
AGAINST THE UNITED STATES, A FEDERAL CRIME, MISCONDUCT IN OFFICE, MISPRISON; ITS
DETERMINATION THAT NO FACTS, ALLEGATION OR EVIDENCE CONSIDERED REQUIRED FURTHER
ACTION TO REPORT THESE ACTS/ALLEGATIONS TO THE APPROPRIATE AUTHORITIES.

7.   REVIEW OF THE FEDERAL COURT AND ITS OFFICERS TO REPORT ALLEGATIONS AS DEFINED BY
28 USC 535(b), OF ALLEGATIONS, REPORT OF ILLEGAL ACTS RECEIVED OF FEDERAL OFFICERS;
ITS DETERMINATION(S) THAT NO FACTS, ALLEGATIONS OR OTHERWISE EXIST, EXIST TO REQUIRE
THE OFFICER TO REPORT TO THE ATTORNEY GENERAL UNDER THE STATUTORY DUTY.

8.   REVIEW OF THE FEDERAL COURT AND ITS OFFICERS TO REPORT MATTERS DEFINED AS ;  18 USC 4,
A STATUTORY DUTY UPON KNOWLEDGE OF A CRIME HOWEVER DEFINED UPON THIS INFORMATION.

9.   REVIEW AS APPLIED TO THE AGENCY/(S) REGULATIONS, POLICY AND PROCEDURE TO DETERMINE
WHETHER EVIDENCE OF A CRIME EXIST UPON THE COMPLAINT/REPORT RECEIVED BY THE LISTED
DEFENDANT/RESPONDENT; THAT FACTS, ALLEGATIONS OR EVIDENCE DO NOT EXIST WHICH REQUIRES
FURTHER ACTION OF A DETERMINATION OF LIABILITY OF THE ACTS REPORTED OR COMPLAINT

*  MATTERS ATTACHED TO THE ACTIONS DEFINED AS PIERCE V. GONZALES, PRESIDENT BARACK
OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114 AS ONGOING AND
CONTINUOUS ACTS, ACTS OF CONCEALMENT, CONCERTED ACTS

11c

10. REVIEW WITH THE WITNESSES ALSO LISTED AS JOINT PLAINTIFFS WHO ALSO RETAIN FACTS AND EVIDENCE TO BE CONSIDERED BY THE AGENCY. THE WITNESSES WHO HAVE NOT RECEIVED MAIL, INFORMATION OF THE REPORTED CRIMES, COMPLAINS; THE PLAINTIFFS JOINT ARE ENTERED AS WITNESSES, EVIDENCE WHICH REFLECT THAT A VIOLATION OF REGULATION, OR DUTY HOWEVER DEFINED FOR THE AGENCY TO FURTHER ACTION; THAT THE AGENCY, HAS NOT CONSIDERED ALL FACTS AND EVIDENCE TO CONCLUDE THAT A CRIME HAS NOT OCCURED, EVIDENCE THAT ALL FACTS HAVE NOT BEEN CONSIDERED UNDER THE AGENCIES ACTIONS OR DETERMINATION; WHICH HAS INJURED THE JOINT PARTIES

REVIEW OF ACTIONS AND DETERMINATIONS WHICH DECLARE OR FIND THAT NO VIOLATION OF MAIL EXIST AGAINST THE PLAINTIFF(S) AS JOINT, THAT NO MATERIAL FACTS OF A VIOLATION HAS BEEN PREVENTED FROM BEING SENT TO THE PLAINTIFFS ( OF FROM THE PLAINTIFFS), ACTS WHICH PREVENT JOINT REMEDY, JOINT RELIEF, FROM BRINGING A JOINT ACTION AS ACTS OF THE DEFENDANTS

\* REVIEW OF EACH SEPERATE AGENCY OF EACH RECEIVED REPORT OF MATTERS AS OF 2012 UNTIL PRESENT AS ONGOING ACTS, CONTINUING ACTS ; UPON THE DETERMINATION THAT NO FACTS OR EVIDENCE REVIEWED OR SOUGHT ESTABLISHES A VIOLATION WHICH REQUIRES FURTHER ACTION OF THE DEFENDANTS/RESPONDENTS ; AS CRIMINAL OR ADMINISTRATIVE VIOLATIONS PRESENTED TO THE DEFENDANTS/RESPONDENTS AS A AGENCY

THESE ACTS HAVE CAUSED INJURY AS ALLEGED ELSEWHERE; HAS CAUSED THE LOSS OF MATERIAL FACTS AND EVIDENCE OF THE PLAINTIFFS AS JOINT AND SEPERATE, FROM THE TIME OF 2012 UNTIL PRESENT; FACTS WHICH ALSO ESTABLISH LIABILITY/CLAIMS AGAINST THE DEFENDANTS TO BE PRESENTED IN THIS ACTION (SEE MAIL LOGS OF SEAVON PIERCE)

REQUEST FOR DECLARATORY RELIEF
28 USC 2201, CREATION OF REMEDY

1. REQUEST REMEDY OF A SPECIAL INVESTIGATION OF THE FEDERAL CRIMES REPORTED FROM THE ONGOING CONTINUING ACTS OF 2012 UNTIL PRESENT, A DETERMINATION OF ACTIVE CONCEALMENT OF THE MATTERS DEFINED AS PIERCE V. GONZALES, PRESIDENT BARACK OBAMA ...

2. REQUEST FOR DECLARATORY JUDGEMENT OF " LEGAL PREJUDICE " OF THE ACTS, VIOLATIONS OF THE RIGHT TO JOINT REMEDY, JOINT RELIEF OF MATTERS FILED AS JOINT WITH THE LISTED PLAINTIFFS WHO HAVE BEEN REMOVED FROM THE FILED ACTION BEFORE THE ACTION WAS FILED.

3. DECLARATORY RELIEF UPON THE ACTS WHICH PREVENT THE PLAINTIFFS FROM OBTAINING WITNESSES UPON THIS ACTION, FROM PRESENTING FACTS, SEPERATE FACTS FROM OTHER PARTIES TO THIS ACTION, AS ONGOING ACTS, CONTINUING ACTS WHICH PREVENTS ONE FROM PRESENTING. FACTS, OR OBTAINING INFORMATION WHICH THIS ACTION IS BEING PRESENTED AS JOINT OR OTHERWISE

4. A DECLARATION OF THE LIABILITIES OF EACH SEPERATE AND INDIVIDUAL AGENCY, THE LISTED RESPONDENTS WHO HAVE FAILED OR REFUSE TO ADHERE TO THE STATUTORY DUTY OF THE ETHICS IN GOVERNMENT ACT, 28 USC 591-598.
   A DETERMINATION OF WHETHER FAILED ACTION FROM THE AGENCY AND ITS OFFICERS HAVE CAUSED THE LOSS OF EVIDENCE OF ITS FAILED AND/OR REFUSED DUTY.

5. DECLARATION OF LIABILITY OF THE MAY 27th 2009 AFFADAVITS OF THE GRANTED COMPLAINT EQUIVOLENT AND/OR ALSO DEFINED AS A AGREEMENT OF THE ACTS OF A VIOLATION

6. DECLARATION OF WHETHER A " PUBLIC INTREST " EXIST WHICH REQUIRES THE RESPONDENTS TO INTERVENE AND RESOLVE MATTERS REPORTED AS A VIOLATION OF A CRIME REPORTED FROM 2012 UNTIL PRESENT UPON THE MATTERS DEFINED AS PIERCE V. GONZALES, PRESIDENT BARACK OBAMA ...

7. DECLARATION OF WHETHER THE FACTS AND/OR EVIDENCE, THE ALLEGATIONS SUBMITTED TO THE RESPONDENTS ESTABLISH GROUNDS FOR THE AGENCY TO ACT, RESOLVE MATTERS DEFINED AS A VIOLATION OF LAW

8. THE RIGHT OF EACH LISTED PLAINTIFF, THE LIABILITIES OF EACH PLAINTIFF AS JOINT OF ACTS WHICH ESTABLISHES THAT CORRESPONDENTS HAVE BEEN VIOLATED, PREVENTED, INTERFERED WITH REGARDING THE EXCHANGE OF DATA OR INFORMATION OF THESE MATTERS DEFINED AS PIERCE V. GONZALES, PRESIDENT BARACK OBAMA,... THE LAW DEFINES THAT THE VIOLATION INJURES BOTH THE SENDER AND RECIPIENT OF MAIL

9. THE LIABILITIES OF THE DUTY TO INVESTIGATE A VIOLATION TO HAVE BEEN COMMITTED AGAINST THE LISTED PLAINTIFFS BY THE LISTED RESPONDENTS; LIABILITIES UPON THE FAILURE AND/OR REFUSAL TO INVESTIGATE A CRIME TO HAVE BEEN COMMITTED AGAINST THE INDIVIDUAL PARTY HOWEVER DEFINED

RELIEF REQUESTED UNDER 42 USC 1983

1.   RELIEF IS REQUESTED OF A " SPECIAL INVESTIGATION " OF THE ACTS, MISCONDUCT, ACTS DEFINED AS CRIMES, ACTS OF CONCEALMENT, FRAUD, GOVERNMENTAL INTERFERENCE... ETC., IN WHICH A REPORT SHALL BE CONDUCTED OF A INDEPENDENT ' INVESTIGATOR OF THE ACTS OF CONCEALMENT OF VIOLATIONS

2.   ENFORCEMENT OF THE RIGHT TO TRIAL, THE 7th AMENDMENT RIGHT TO TRIAL OF THESE MATTERS WHICH DEFINE THIS ACTION

3.   ENFORCEMENT OF RIGHT TO JOINT REMEDY, JOINT RIGHT TO RELIEF OF THE ATTACHED PLAINTIFFS LISTED IN THIS ACTION

4.   RELIEF IS REQUESTED OF INDEPENDENT REVIEW OF EXCESSIVE FORCE, ACTS WHICH CONCEAL EXCESSIVE FORCE; INDEPENDENT REVIEW FOR THE SPECIFIC DETERMINATION OF CONCEALMENT OF THE ACT(S) OF EXCESSIVE FORCE; AND A DEMAND FOR TRIAL IS MADE UPON THIS CLAIM, AND/OR REQUEST FOR REVIEW BY A JURY

5.   ENFORCEMENT OF DUTY TO INVESTIGATE UPON EACH AGENCY AND ITS OFFICERS, THE APPLICABLE LISTED DEFENDANTS/RESPONDENTS, FOR DETERMINATION OF WHETHER A CRIME AS REPORTED FROM 2012 UNTIL PRESENT HAS OCCURED

6.   RELIEF IS REQUESTED TO OBTAIN AFFADAVITS OF THE DEFINED WITNESSES REGARDING THESE FACTS, VIOLATIONS OF THE 1st AMENDMENT; REMEDY WHICH ALLOWS FOR RESPONCE UNDER PROCESS OR ORDER OF THE COURT

7.   A SPECIAL FINDING BY THE COURT OF WHETHER THESE MATTERS DEFINE A " PUBLIC INTREST " IN WHICH A DUTY, A FURTHER DUTY, IN WHICH THE RESPONDENTS MUST RESOLVE SUCH MATTERS DEFINED AS A CRIME UNDER DUTY OF PUBLIC OFFICE(THE DISCLOSURE OF MISBEHAVIOR BY PUBLIC OFFICIALS IS A MATTER OF PUBLIC INTREST AND THEREFORE DESERVES CONSTITUTIONAL PROTECTION..., BRAWNER V. CITY OF RICHARDSON)
    (b) IN WHICH SUCH MATTERS MUST BE FIRST RESOLVED BEFORE A CLAIM CAN BE ENTERED, OR RELIEF SOUGHT

8.   A SPECIAL FINDING OF WHETHER THE PLAINTIFFS AS JOINT AND SEPERATE HAVE SUFFERED " LEGAL PREJUDICE " UPON THE ACTS WHICH REMOVE THE JOINT PARTIES FROM THE ACTIONS BEFORE THE ACTIONS HAVE BEEN FILED UPON MATTERS FROM 2012 UNTIL PRESENT ; AND RELIEF IS REQUESTED AS DEFINED BY LEGAL PREJUDICE AGAINST THE DEFENDANTS/RESPONDENTS MATTERS DEFINED AS PIERCE V. GONZALES, PRESIDENT BARACK OBAMA ... OF THESE MATTERS, OF THE ORIGINAL ACTION

9.   REVIEW OF ACTIONS OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS OF " BLOCKING, OR PREVENTING VALID CLAIMS FROM BEING HEARD AS STAFF MISCONDUCT COMPLAINS BY THE HIRING AUTHORITY, CONCLUSIONS WHICH MANDATE INTERVENTION BY THE INTERNAL AFFAIRS OFFICE ... ACTS WHICH FORCE ONE TO FORFEIT VALID CLAIMS AND DENY/PREVENT RESOLUTION UNDER THE ADMINISTRATIVE PROCEDURE... ACTS COMITTED AGAINST THE CLASS OF PRISONERS AND FURTHER RELIEF TO REMEDY SUCH ACTS WHICH PREVENT RELIEF UPON VALID CLAIMS

10.

RELIEF AS A SPECIAL FINDING OF " A PATTERN OF CONDUCT ", OR " CONCERTED ACTS " WHICH REMOVED PLAINTIFFS JOINT UPON ACTIONS FILED AS " PIERCE V. GONZALES, PRESIDENT BARACK OBAMA ... "

11.   A DETERMINATION OF LIABILITIES, WHETHER THE COURT, WHETHER THE DEFENDANTS ET.AL., HAVE VIOLATED THE " PRISONERS RIGHTS " OF THE DEFINED AFFADAVITS OF MAY 27th 2009 OF THE CLASS OF PRISONERS, ACTS WHICH DEFINE A " STATE IMPEDIMENT " . THE LAW DEFINES THAT "GRANTED" IS EQUIVCLENT TO A ADMISSION, OF A VIOLATION AGAINST A CLASS OF PRISONERS.
A DETERMINATION OF THE EFFECTS OF EACH JOINT PLAINTIFF AS A LAWYER OF THE ACTS WHICH CONCEAL THESE FACTS FROM A CLASS OF PRISONERS   (c) A DETERMINATION OF WHETHER THESE ACTS OF CONCEALMENT HAVE PREVENTED THE PERSON OF SEAVON PIERCE FROM OBTAINING COUNSEL HOWEVER DEFINED TO HAVE THIS ACTION PRESENTED WHICH INCLUDES THESE FACTS

12.   JOINT MONATORY DAMAGES WITH EACH LISTED PLAINTIFF;   TO BE DETERMINED UPON EACH SEPERATE ACT/CLAIM TO THIS ACTION WHICH REQUIRES PERFORMANCE UNDER STATUTORY DUTY OR DUTY OF THE AGENCY AND ITS OFFICERS

13.   JOINT COMPENSATORY DAMAGES WITH EACH LISTED PLAINTIFF ;   TO BE DETERMINED UPON EACH SEPERATE ACT/CLAIM TO THIS ACTION WHICH REQUIRES PERFORMANCE, FOR DEFECTIVE PERFORMANCE, FAILURE OF PERFORMANCE

14.   JOINT PROSPECTIVE DAMAGES WITH EACH LISTED PLAINTIFF  ; TO BE DETERMINED UPON EACH SEPERATE ACT/CLAIM TO THIS ACTION WHICH REQUIRES FURTHER ACTIONS

15.   RELIEF IS REQUESTED UNDER THE RIGHT OF REVIEW, THE ADMINISTRATIVE PROCEDURE ACT OF THE 602/APPEAL PROCESS OF STAFF MISCONDUCT OF THE CLASS OF PRISONERS, 5 USC 701-709, 5 USC 702. REVIEW IS REQUESTED, AND A SPECIAL FINDING THAT THE ADMINISTRATIVE PROCESS IS INADEQUATE FOR REMEDY OF STAFF MISCONDUCT OF THE CLASS OF PRISONERS OF WHOM THE PROCESS IS IN PLACE.
THE EVIDENCE INCLUDES THE ACTS TO " SCREEN OUT " VALID CLAIMS, ACTS OF FRAUD, INTENTIONAL FALSE STATEMENTS AS A PRACTICE, PREVIOUSLY DECLARED BY THE FEDERAL COURT(S) TO BE ACTS OF "DUMBING DOWN CLAIMS ". THESE ACTS EXIST AT ALL APPEAL LEVELS OF THE AGENCY/ADMINISTRATION DEPARTMENT.
(b) RELIEF IS ALSO REQUESTED IF CLASS CERTIFICATION IS DENIED OF THE SAME FACTS AND ACTS INVOKING THE SAME RIGHT TO REVIEW.

16.

SPECIAL FINDING THAT THE COURT HAS RECEIVED SEPERATE FACTS/EVIDENCE OF THE ORIGINAL ACTION ; A FINDING OF FRAUD, AND EXTRINSIC/INTRINSIC FRAUD ; THAT THE ORIGINAL PROCEEDINGS HAVE BEEN TAINTED

17.   SPECIAL FINDING THAT ALL CLAIMS, ALL CLAIMS OF WHICH A DEFENDANT IS ATTACHED IN THE ORIGINAL ACTION HAS NOT BEEN CONCLUDED TO ALLOW FOR A JUDGEMENT OF ALL THE FACTS AND CLAIMS AS REQUIRED BY LAW

18.   THAT ACTIVE CONCEALMENT OF THE VIOLATIONS OF THE ORIGINAL ACTION, OF FACTS AND EVIDENCE, MATERIAL FACTS EXIST WHICH REQUIRES AN AUTOMATIC ENTRY OF JUDGEMENT; THAT THE VIOLATION(S) HAVE BEEN ESTABLISHED UPON THE ACTS OF FRAUD/MISCONDUCT, CONCEALMENT

19.   ENFORCEMENT BY CONGRESS OF THE 14th AMENDMENT, CONGRESSIONAL POWER TO ENFORCE, BY APPROPRIATE CRITICAL SANCTION, THE RIGHTS OF EQUAL PROTECTION OF LAW, TO BRING THESE MATTERS TO TRIAL, 14th AMEND, § 5, OF THESE FACTS ALLEGED.

20.   ENFORCEMENT OF RIGHT TO TRIAL OF 28 USC 2201, FRCP 38, 39, 57; SEE REQUESTED RELIEF AS DECLARATORY RELIEF OF THIS ACTION

21.   A FINDING OF " MISCONDUCT " BY THE DEFENDANTS OF THE ORIGINAL ACTION, ACTS WHICH INTERFERE WITH MATTERS OF LITIGATION, FAILED ACTS, REFUSED ACTS TO RESOLVE OR REMEDY AS REQUIRED, COMPLAINTS REGARDING CORRESPONDENCE OR COMMUNICATIONS; ACTS WHICH CONCEAL VIOLATIONS BY THESE ACTS OF FAILING, REFUSING TO RESOLVE, REMEDY A COMPLAINT OF MATTERS DURING 2012 UNTIL PRESENT

22.   A FINDING THAT THE ACTIONS BY THE U.S. GOVERNMENT ET. AL., OF THE GOVERNMENTAL ACTIONS CHALLENGED, ARE UNCONSTITUTIONAL, AS SEPERATE INDIVIDUAL ACTS, AS ALLEGED IN THIS ACTION AS A GOVERNMENTAL ACTION WHICH HAS BEEN CHALLENGED

23.   A FINDING THAT, THE POLICIES, PRACTICES, AND ACTS COMPLAINED OF HEREIN, ACTS COMMITTED BY THE RESPONDENTS; ARE ILLEGAL, ARE UNCONSTITUTIONAL, ACTS WHICH CONCEAL VIOLATIONS UNDER THE CONSTITUTION AND FEDERAL LAW

24.   ENFORCEMENT OF REGULATION OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS TO RESOLVE THESE MATTERS ATTACHED. ENFORCEMENT TO PROCEED AS REQUIRED BY THE REGULATION OF C.D.C.R. OF THE FAILED AND/OR REFUSED ACTS TO PROCEED AS DEFINED BY REGULATION; ACTS WHICH INCLUDES THE PROCESSING OF APPEALS, STAFF MISCONDUCT COMPLAINTS, MATTERS OF 2012 UNTIL PRESENT

25.   ENFORCEMENT OF REGULATION OF THE OFFICE OF THE INSPECTOR GENERAL, AND ITS OFFICERS TO PERFORM, CONDUCT ITS DUTY, TO PERFORM AN INDEPENDENT INVESTIGATION OF ILLEGAL ACTS OF STAFF DEFINED AS A CRIME;   AND INDEPENDENT INVESTIGATION OF STAFF MISCONDUCT UNDER THE RULES AND REGULATIONS; AND INDEPENDENT DETERMINATION UPON THESE FACTS

26.   ENFORCEMENT OF REGULATION OF THE OFFICE OF THE INTERNAL AFFAIRS, AND ITS OFFICERS TO CONDUCT ITS DUTY, TO PERFORM AN INDEPENDENT DETERMINATION OF THE ALLEGED CRIMINAL ACTS OF STAFF AFTER CONDUCTING A INDEPENDENT INVESTIGATION OF WHETHER THE STAFF IN QUESTION HAS COMMITTED A CRIME; AND A INDEPENDENT DETERMINATION OF THESE SAME FACTS OF STAFF MISCONDUCT AS DEFINED BY POLICY, PROCEDURE, RULES AND REGULATION ; FACTS WHICH INCLUDES A DUTY TO REPORT INJURIES SUSTAINED DURING A INCIDENT

27.   A FINDING THAT THE PLAINTIFF(S) HOWEVER DEFINED, AS JOINT AND SEPERATE, ARE ENTITLED TO COUNSEL AS PER 28 USC 591, 592, OF MATTERS DEFINED AS PIERCE V. GONZALES, PRESIDENT BARACK OBAMA ... OF THE REPORTS/COMPLAINT RECEIVED/SENT TO THE DEPARTMENT OF JUSTICE, ET.AL., ACTS OF 2012 UNTIL PRESENT; ENTITLED TO COUNSEL AFTER THE 90 DAY PERIOD HAS EXSPIRED, OR ELAPSED ... (b) AND ANY DAMAGES FROM THESE FAILED, REFUSED ACTS, ACTS OF THE DEFENDANTS WHO HAVE FAILED TO INVESTIGATE OR REPORT A CRIME

28.   * ALL REQUESTED RELIEF IS HERE RE-ALLEGED UNDER 42 USC 1983, HOWEVER DEFINED;

( SEE OTHER REQUESTED RELIEF )

29. A FINDING THAT ; THE ACTS OF THE DEFENDANT(S), HAVE DEPRIVED THE PLAINTIFFS OF MATERIAL FACTS TO PRESENT CLAIMS, OR THE ESTABLISHMENT OF CLAIMS IN THE ORIGINAL ACTION OF CASE NO. 1:10-00285(JLT), AND (b) THE ACTION BEFORE THIS COURT (MATERIAL FACTS-ANDERSON V. LIBERTY LOBBY, INC., 477 U.S. 242, 248, 106 S. Ct. 2505 (1986)); THE DEFENDANTS HAVE COMMITTED ACTS WHICH PREVENT THE PLAINTIFFS FROM ESTABLISHING CLAIMS, PRESENTING FACTS WHICH ESTABLISH CLAIMS OR EVIDENCE

30. A FINDING THAT ; CONCEALMENT HAS BEEN ESTABLISHED OF CLAIMS OR FACTS OF THE ORIGINAL ACTION/CLAIMS AS SEPERATE AND JOINT PLAINTIFFS

31. A FINDING THAT THE RESPONDENTS HAVE FAILED TO INVESTIGATE AS THE DEPARTMENT OF JUSTICE, UNDER APPLICATION FOR CIVIL/CRIMINAL ENFORCEMENT OF EACH ALLEGED FEDERAL CRIMINAL ACTS, FACTS ALSO APPLICABLE UNDER THE GOVERNMENT IN ETHICS ACT ; EACH SEPERATE DEPARTMENT OF JUSTICE LISTED AS DEFENDANTS ET. AL.; AS SEPERATE AND JOINT PLAINTIFFS

32. A FINDING THAT THE ACTS OF THE DEFENDANTS HAVE COMMITTED ACTS WHICH PREVENT THE PLAINTIFFS FROM JOINT REMEDY, JOINT RELIEF, WITH THE LISTED PLAINTIFFS; HAVE PREVENTED ONE FROM OBTAINING COUNSEL, ASSISTANCE OR REPRESENTATION IN LEGAL MATTERS HOWEVER DEFINED

33. ENFORCEMENT OF 42 USC 1983 AGAINST THE DEFENDANTS/RESPONDENTS HOWEVER DEFINED OF THE CONSTITUTION AS STATUTORY MANDATES OF EACH ATTACHED CONSTITUTIONAL APPLICATION OF THIS ACTION ;
A FINDING OF A STATUTORY VIOLATION OF EACH CLAIM AS DEFINED BY THE CONSTITUTION BY THE DEFENDANTS/RESPONDENTS; AND ENFORCEMENT

34. ENFORCEMENT OF THE STATUTORY DUTY OF THE CONSTITUTION TO ALLOW THE EXERCISE OF RIGHTS AS DEFINED BY 42 USC 1983, TO EXERCISE THE 7th AMENDMENT RIGHT TO TRIAL, TO HAVE THESE FACTS HEARD BY A JURY, AS JOINT AND/OR SEPERATE PLAINTIFFS

35. TO FIND A STATUTORY VIOLATION OF THE CONSTITUTION BY THE DEFENDANTS ET. AL., AS LISTED DEFENDANTS OF THE VIOLATIONS PRESENTED AGAINST THE DEFENDANTS IN THIS ACTION

STATEMENTS AND FACTS OF GERALDINE PIERCE

I, GERALDINE PIERCE, A PARTY JOINT FOR RELIEF, JOINT FOR REMEDY, HAVE FILED A
COMPLAINT/REPORT OF EXCESSIVE FORCE, see ATTACHED EXHIBIT, AND AGENCY INQUIRY/REPORT
NUMBERS AS PUBLIC DOCUMENTS ETC..

I HAVE REPORTED THESE ILLEGAL ACTS, THE CRIME OF EXCESSIVE FORCE TO, THE OFFICE OF
INTERNAL AFFAIRS, PRESIDENT OF THE UNITED STATES, OFFICE OF INSPECTOR GENERAL, THE
FBI , THE DEPARTMENT OF JUSTICE (WASHINTON D.C.), THE RESPONDENTS LISTED AND UNLISTED
AS A PUBLIC ORGANIZATION, AND CDCR.

THE DEFENDANTS/RESPONDENTS, HAVE FAILED TO ACT, HAVE FAILED TO CONDUCT A
INVESTIGATION, TO PROCEED AS DEFINED OR DESCRIBED BY THE AGENCIES POLICY, PROCEDURE,
REGULATIONS, OF THE DEFINED LAWS UPON THE COMPLAINT OF EXCESSIVE FORCE, AND HAVE FAILED
TO CONDUCT AN INVESTIGATION UPON THE FACTS AND EVIDENCE TO BE INVESTIGATED.

THE RIGHT TO FILE A REPORT AND HAVE IT INVESTIGATED HAS BEEN VIOLATED, TO HAVE THE
MATTERS RESOLVED  UNDER THE ADMINISTRATIVE REMEDY, FOR THE DEFENDANT/RESPONDENT TO PERFORM
THE REQUIRED ACTS TO REMEDY AND/OR RESOLVE THE MATTERS OF EXCESSIVE FORCE UNDER ITS
AUTHORITY, ADMINISTRATIVE PROCEDURE.

THE REPORT(S), HAVE BEEN FILED BY ME, AND MY SON AS THE SAME COMPLAINT, WITH FURTHER
EVIDENCE FILED BY SEAVON PIERCE HOWEVER DEFINED, AS NEW EVIDENCE OR OTHERWISE, SEPERATE
AND INDIVIDUAL COMPLAINTS HAVE BEEN FILED AS OF NOVEMBER 2013 UNTIL PRESENT, AND THE
VIOLATIONS EXIST AS SEPERATE AND INDIVIDUAL VIOLATIONS.

THE EVIDENCE, FURTHER EVIDENCE RECEIVED BY THE RESPONDENTS/DEFENDANTS, EVIDENCE OF
LT. ARMONDO MARTINEZ, THAT ON 11-13-13, THAT " STAFF " CAUSED THE INJURIES TO THE HEAD
AND FACE OF SEAVON PIERCE ON 11-13-13. ARE STILL IN CONFLICT WITH THE STAFF WHO HAVE
DECLARED THAT " NO INJURIES OCCURED " DURING THIS SAME INCIDENT WHICH INCLUDES
PHOTOGRAPHS OF THE INJURIES RECORDED, see FOLLOWING EXHIBIT(S), AND FULL REPORT(S).

REVIEW OF THESE FACTS IS REQUESTED, AS BOTH CANNOT BE FOUND AS TRUE, AND THE ILLEGAL
ACTS COMPLAINED OF ARE UNRESOLVED, THE AGENCY HAS FAILED TO ACT AND PROVIDE THE
AVAILABLE ADMINISTRATIVE REMEDY UPON THE INDIVIDUAL AND SEPERATE REPORTS OF EXCESSIVE
FORCE.

                                                9/23/17

GERALDINE PIERCE                                    DATE

THE BONE FRACTURE TO THE NOSE HAS NOT BEEN FOUND UNDER THE AGENCIES ADMINISTRATIVE PROCESS. NOR UPON THE DOCUMENTS WHICH REFLECT THAT A BONE FRACTURE OCCURED ON 11-13-13 DURING THIS SAME INCIDENT IN WHICH THE REPORTS REFLECT THAT NO STAFF INVOLVED IN THE INCIDENT REPORTED  THE BONE FRACTURE, A FRACTURE DEFINED AS A SERIOUS BODILY INJURY.

NO INJURY HAS BEEN FOUND TO HAVE BEEN CAUSED BY STAFF UPON THE ADMISSIONS THAT " I PULLED/PUSHED  INMATE PIERCE WHO HIT HIS FACE AGAINST THE WALL ". FACTS ALLEGED AGAINST THE STATEMENTS OF SEAVON PIERCE WHO HAVE ALLEGED THAT STAFF HIT HIM IN THE FACE WITH A BATON, A METAL BATON. ACTS WHICH CAUSED THE INJURY OF A BONE FRACTURE WHICH HAS STILL NOT BEEN REPORTED, AND INCLUDES A HALF MOON SCAR STILL IN THE FACE.

NO MISCONDUCT HAS BEEN FOUND UPON THE MISSING PHOTOGRAPHS OF OFFICER. D. NOISA. AND ALL OFFICERS INVOLVED(EVIDENCE THAT PUNCHES WERE USED TO HIT SEAVON PIERCE IN THE FACE WHILE IN HANDCUFFS).

A STATEMENT, OR RESPONCE UPON QUESTIONING, THAT THE INJURIES WERE CAUSED BY A FALL OR SELF INFLICTED, IS NOT RELIANT UPON THE EVIDENCE OF THE ALLEGED CRIME SCENE,  NOR ARE CONSISTANT WITH THE HALF MOON SCAR STILL LOCATED UPON THE FACE OF SEAVON PIERCE. THE SCAR IS CONSISTANT WITH A ROUND BATON, MARKING NOT CONSISTANT WITH CONTACT WITH A FLAT SURFACE.

IN ALL THE ALLEGED INVESTIGATIONS, AND/OR ADMINISTRATIVE REVIEW, MY SON HAS NOT BEEN INTERVIEWED BY THE AGENCY AS A WITNESS, OR TO PROVIDE WITNESS. NO REQUEST FOR FURTHER WITNESSES HAS BEEN REQUESTED, OR FURTHER EVIDENCE HAS BEEN REQUESTED UNDER THE ALLEGED ADMINISTRATIVE PROCESS BY THE RESPONDENT(S) UPON THE REPORT OF EXCESSIVE FORCE, AND EVIDENCE TO BE GATHERED TO CONCLUDED WHETHER EXCESSIVE FORCE HAS TAKEN PLACE BY THE CULPABLE OFFICERS.

I HAVE FILED A COMPLAINT OF EXCESSIVE FORCE TO THESE PUBLIC ORGANIZATIONS, TO THE DEFENDANTS, see EXHIBIT A, E2, CERTIFIED MAIL ATTACHED. THE COMPLAINT HAS BEEN SENT BY ME, AND SEPERATELY SENT BY MY SON, AS OF 2013 UNTIL PRESENT.

THE DEFENDANTS/RESPONDANTS, HAVE RECEIVED FURTHER EVIDENCE SINCE THE FIRST COMPLAINT, FURTHER EVIDENCE OF EXCESSIVE FORCE, AND HAVE FAILED TO ACT UPON THE ORIGINAL COMPLAINT AND FURTHER EVIDENCE.

<u>(* SEE FOLLOWING EXHIBITS AS PAGES  1 - 33)</u>

GERALDINE PIERCE                    9/23/17
                                    DATE

## REQUESTED    RELIEF    OF    GERALDINE PIERCE

1)    IN REQUESTING REVIEW, UPON THE RIGHT TO REVIEW, 5 USC 702 - 709, OF THE AGENCY(S) ACTION(S) UPON THE REPORT OF EXCESSIVE FORCE, THE RIGHT TO FILE A REPORT AND HAVE THE COMPLAINT/REPORT INVESTIGATED BY THE PUBLIC AGENCY.

2)    IN REQUESTING RELIEF AS REMEDY, THE REMEDY AVAILABLE UNDER THE AGENCY UPON ACTS WHICH REFLECT THAT EXCESSIVE FORCE OCCURED ON 11-13-13. WHATEVER REMEDY IS DEFINED BY THE AGENCY.

3)    REQUEST THAT THE COURT FIND THAT SUFFICIENT DATA, EVIDENCE EXIST, AND HAS BEEN SUBMITTED TO THE AGENCY TO RESOLVE MATTERS UNDER A FINDING THAT EXCESSIVE FORCE EXIST OR THAT SUFICIENT FACTS EXIST FOR AN EXCESSIVE FORCE INVESTIGATION. ACTS WHICH INCLUDE CONCEALMENT OF EXCESSIVE FORCE OF 11-13-13.

4)    THAT REVIEW BE PROVIDED UPON EACH SEPERATE AND INDIVIDUAL REPORT, COMPLAINT OF EXCESSIVE FORCE, OF THE 11-13-13 INCIDENT, AS ONGOING ACTS SINCE 2013. THE ONGOING VIOLATIONS OF THE DENIAL TO FILE A REPORT OF EXCESSIVE FORCE AND HAVE THESE MATTERS INVESTIGATED BE RESOLVED BY EACH INDIVIDUAL AGENCY, AND THAT THE FINDING AND CONCLUSIONS BE AVAILABLE AS PUBLIC INFORMATION UNDER THE FREEDOM OF INFORMATION ACT AS THE AGENCY IS REQUIRED TO FIND AND PRODUCE AS PUBLIC INFORMATION.

5)    RELIEF IS REQUESTED OF THE ACTS OF EXCESSIVE FORCE, UPON A FINDING OF EVIDENCE OF EXCESSIVE FORCE, REMEDY UPON A FINDING OF EXCESSIVE FORCE AND/OR CONCEALMENT OF EXCESSIVE FORCE OF 11-13-13. FOR THE AGENCY TO PROVIDE ALL REMEDY AVAILABLE UPON A FINDING OF EXCESSIVE FORCE AND/OR CONCEALMENT OF EXCESSIVE FORCE, AS SEPERATE AND INDIVIDUAL AGENCIES.

6)    FOR ENFORCEMENT OF THE RIGHT TO HAVE THE EXCESSIVE FORCE COMPLAINT AND/OR REPORT INVESTIGATED AS DEFINED BY LAW, BY THE INDIVIDUAL AGENCY;   THE RIGHT TO AN INVESTIGATION OF EXCESSIVE FORCE UPON THE FILING OF MY COMPLAINT.

7)    FOR A FINDING THAT THE LISTED AGENCIES HAVE NOT INVESTIGATED THE ALLEGATIONS OR COMPLAINT OF EXCESSIVE FORCE, AS SEPERATE AND INDIVIDUAL AGENCIES, UPON THE REPORT OF A CRIME.

12c

## CONJOINED ACTION EXHIBIT " A "

THE REPORT OF EXCESSIVE FORCE THAT I HAVE FILED TO THE RESPONDENTS AS THE CALIFORNIA DEPARTMENT OF CORRECTIONS WHICH HAS ALSO BEEN FILED TO THE RESPONDENTS WITH MY PERMISSION AND AS FURTHER EVIDENCE ; THE RESPONDENTS HAVE RECEIVED REPORTED ILLEGAL ACTS AS THE FBI, THE DEPT. OF JUSTICE, CDCR, INSPECTOR GENERALS OFFICE, see ALSO MAIL LOGS BY SEAVON PIERCE FROM CDCR HERE ENTERED AS EVIDENCE THAT THE RESPONDENTS HAVE ALSO RECEIVED FURTHER INFORMATION.

* see REPORT OF 11-22-13  BY G. PIERCE ALSO SIGNED AND SENT BY S. PIERCE


** SEE B - E AS FURTHER EVIDENCE

1 of 33

November 22, 2013

APRIL 24TH, 2014

Excessive force, unnecessary force has been used against my son located at Lancaster state prison which occurred on November 13, 2013 on B-Yard (B-Yard program office). My son received a broken nose and multiple injuries to the head and face. A weapon/object was used against my son while in handcuffs being hit and physically attacked by multiple officers.

I'm requesting a outside investigation and prosecution upon the illegal acts. I'm requesting the preservation of all physical evidence and a copy of all proceedings which includes the x-ray images and video recording (Title 15 sec. 3268.1 (d) and (e) of all evidence, which includes evidence of all declarations of observers and those who received information of excessive force requiring reporting, due process and evidence gathering..

This is a staff complaint against all involved employees' required to appropriately respond, report misconduct, any employee who uses force or observes a staff use of force shall report it (title 15, 3268.1 (a)(1), (c). which involves appropriate response from the warden upon notice/ knowledge of facts which allege excessive force by employees of the Lancaster Department of Corrections, Warden being the Chief Executive "Officer".

Multiple prior complaints were received, requesting investigation's prior to this excessive force incident which includes the Officer of Internal Affairs, the Office of Inspector General, Director of

Corrections, Courts and Warden under the continuing violations, fraud, threats and concerted acts.

I'm requesting an investigation by the internal affairs, office of Inspector General and Internal Affairs of CDCR under P.C.832.5 and any law applies under excessive force, staff misconduct and the preservation of all evidence under procedural duty, administrative duty, due process or evidence to maintain/provide a defense upon any false allegations or statements to conceal the excessive force or injuries sustained during the attack, with a weapon/object by staff while in handcuffs and or restraints. (COWARDS)

Had prior investigations been properly proceeded upon, under duty of office or otherwise, these illegal acts could/would have been prevented.  These acts and inactions have placed my son's LIFE IN DANGER.

My health has been gravely affected by the incident and something need to be done to insure that other prisoners will not find themselves in similar situations we are all human beings regardless of the hated that causes some people to mistreat others. What could he have done that was so bad that he had to take a beating in hand cuffs.  Stop the madness!

Geraldine Pierce

GERALDINE PIERCE
W. 60TH ST.
L.A. CAL. 90043

3 of 33

4.24.14

SEANON PIERCE
#F13921
LANCASTER STATE PRISON

4.22.14

EXHIBIT " B "

PHOTOGRAPHED INJURIES OF OFFICER ACOSTA, BADGE# 74553 of 11-13-13, RECORDING OVER 15 INDIVIDUAL INJURIES TO THE HEAD AND FACE AREA OF SEAVON PIERCE AS PHOTOGRAPHS 21 - 34. SUCH INJURIES NOT REPORTED BY THE MEDICAL STAFF ON THE FOLLOWING PAGE. ✶ ONE OF THESE REPORTS DO NOT EXIST AS TRUE ! AND A CRIME AND/OR ACTS OF FRAUD EXIST HAD AN INVESTIGATION TAKEN PLACE WHICH ALSO REQUIRES THE RESPONDENTS TO RESOLVE SUCH CRIMINAL ACTS AS REQUIRED BY LAW.

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C - STAFF REPORT**
CDCR 837-C (REV. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**1 OF 3**

INCIDENT LOG NUMBER
LAC-BPG-13-11-0685

| NAME: LAST | FIRST | MI | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|---|
| ACOSTA | ~~—~~ | NMI | 11/13/2013 | 8:03 |

| POST # | POSITION | YEARS OF SERVICE | | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|---|
| 201212 | ISU #5 | 6  YR. | 7 MO. | 11/14/2013 | FAC "B" PRG OFFICE |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE |
|---|---|---|---|
| S/S/H | 03:00-15:00 | Battery on a Peace Officer Resulting in Use of Force | 3005-c1 Force or Violence |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES |
|---|---|---|
| RESPONDER | (S) C/O C. LOPEZ<br>(S) C/O D. MOISA<br>(S) C/O S. REDDING<br>(S) C/O A. ROSAIO | (S) PIERCE F13921 |

| FORCE OBSERVED BY YOU | FORCE USED BY YOU - TYPE OF WEAPON / SHOTS FIRED / FORCE | | | | | CHEMICAL AGENTS USED | |
|---|---|---|---|---|---|---|---|
| NONE | ☑ N/A | WEAPON | WARNING | EFFECT: | LAUNCHER: | EFFECT#: | CHEMICAL TYPE: |
| | | ☐ MINI 14 | | | ☐ 37MM | | ☐ OC |
| | FORCE: | ☐ .38 CAL | | | ☐ L8 | | ☐ CN |
| | ☐ EXPANDABLE BATON | ☐ 9MM | | | ☐ 40MM | | ☐ CS |
| | ☐ PHYSICAL FORCE | ☐ SHOTGUN | | | ☐ 40 MM MULTI | | ☐ OTHER |
| | ☐ X10 | | | | ☐ HFWRS | | |

| EVIDENCE COLLECTED BY | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☑ Yes<br>☐ No | 34 DIGITAL PHOTOS, SUSPECTED SALIVA/NAPKIN | MAIN EVIDENCE LOCKER #1 | ☐ Yes<br>☑ No | ☐ Yes<br>☑ No |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☐ Yes<br>☑ No | ☑ N/A | ☑ N/A | ☑ N/A<br>DESC: | ☐ Yes<br>☑ No |

**NARRATIVE:**
On Wednesday, November 13, 2013, at approximately 0803 hours alarm activation occurred on Facility 'B'; based on the institutional radio transmissions of a Battery on Staff it was determined by members of the Investigative Services Unit to respond to Facility 'B' to provide assistance if necessary. Upon our arrival I was informed by the Program Lieutenant of the Battery on Staff that occurred in the Facility "B", Program Office. As I entered the program office I observed what appeared to be blood in the right corner of the entrance way. I was then informed by responding staff of saliva (spit) on the floor in front of the holding module entrance. After securing the crime scene I entered the holding module area and observed an inmate with a spit mask on identified as Inmate Pierce, F13921, F8B4-238L sitting inside a holding module.

I exited the holding module area and began taking a series of photographs of the injuries of Officers C. Lopez and S. Redding sustained during the battery, the crime scene and the injuries of Inmate Pierce.

The digital photographs were taken in the following sequence:

The photographs of Officer S. Redding are depicted as follows:

Photo #1 – Frontal view of Officer S. Redding.

Photo #2 – Mid range depicting chest and facial area.

☑ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID# | DATE |
|---|---|---|---|---|
| *[signature]* | Correctional Officer | 74553 | ~~—~~ | 11/14/2013 |

| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| LT. A. Merage | 11/15/13 | ☑ Yes  ☐ No | ☐ Yes  ☑ No | 11/15/13 |

STATE OF CALIFORNIA

CRIME / INCIDENT REPORT
PARTC1 - SUPPLEMENT
COCR 837-C1 (REV. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

2 or 3

INCIDENT LOG NUMBER
LAC-BPG-13-11-0685

| NAME - LAST | FIRST | MI |
|---|---|---|
| ACOSTA | | NMI |

TYPE OF INFORMATION
☑ CONTINUATION OF REPORT   ☐ CLARIFICATION OF REPORT   ☐ ADDITIONAL INFORMATION

Photo #3 – Mid range of left leg (above knee) depicting discoloration.

Photo #4 – Close up of left leg depicting redness to the knee.

Upon completion of photographing Officer Redding's injuries I instructed Officer A. Rosario to photograph the injuries Officer D. Moisa sustained during the battery. I then commenced photographing the crime scene in the following order:

Photo #5 - Overview depicting the entrance of Facility "B" Program Office.

Photo #6 - Overview depicting evidence marker #1 from the entrance of Facility "B" Program Office.

Photo #7 - Overview depicting evidence markers #'s 1 and 2.

Photo #8 – Overview of evidence marker #1 depicting what appears to be saliva.

Photo #9 – Close up of evidence marker # 1.

Photo #10 – Close up of evidence marker # 1 depicting what appears to be saliva.

Photo #11 – Overview of evidence marker #2 depicting what appears to be blood.

Photo #12 – Mid range of evidence marker #2 depicting what appears to be blood.

Photo #13 – Mid range of evidence marker #1 from the entrance of Facility "B" Program Office depicting what appears to be saliva..

Photo #14 – Close up of evidence marker #1 depicting what appears to be saliva.

Photo #15 – Overall view of evidence marker #1 depicting holding module entrance door and Facility "B" Program Office entrance door.

Upon completion of processing the crime scene and the collecting of evidence; I took a series of photographs of Officer C. Lopez depicting injures, he sustained during the battery.

Photo #16 - Frontal view of Correctional Officer C. Lopez.

Photo #17 - Mid range depicting chest and facial area.

Photo #18 - Close up on what appears to be blood spatter to the right leg of Officer Lopez Jumpsuit.

Photo #19 - Mid range of Officer Lopez hands depicting redness to the top of the left hand between thumb and wrist.

Photo #20 – Close up of Officer Lopez left hand depicting redness and a scratch between the left thumb and wrist.

I then took a series of photographs of Inmate Pierce.

Photo #21 – Mid range view depicting chest and facial area.

☑ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL OFFICER | BADGE # 74553 | Staff ID# | DATE 11/14/2013 |
|---|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) CORRECTIONAL SERGEANT LT | DATE RECEIVED 11/14/2013 | APPROVED ☑ Yes ☐ No | CLARIFICATION NEEDED ☐ Yes ☑ No | DATE 11/14/2013 |

STATE OF CALIFORNIA
CRIME / INCIDENT REPORT
PARTC1 - SUPPLEMENT
CDCR 837-C1 (REV. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| | | | | |
|---|---|---|---|---|
| | | 3 of 3 | INCIDENT LOG NUMBER LAC-BPG-13-11-0685 | |

| NAME LAST ACOSTA | FIRST ~~XXXXX~~ | MI NMI |
|---|---|---|

TYPE OF INFORMATION
☑ CONTINUATION OF REPORT      ☐ CLARIFICATION OF REPORT      ☐ ADDITIONAL INFORMATION

Photo #22 — Overall view.

Photo #23 - Close range view depicting cut to nose, lip and what appears to be dried blood.

Photo #24 — Close range view depicting redness to forehead and what appears to be dried blood over the right eye.

Photo #25 — Mid range view depicting scratch to the left side of head, redness behind of ear, redness to left side of neck and scratch to the nose.

Photo #26 — Close range view depicting redness to the neck area.

Photo #27 — Mid range view depicting back of head and mid back.

Photo #28 — Close range view depicting redness and scratch to back of head (Lower right side).

Photo #29 — Close range view depicting redness to the back of the head (Lower right side).

Photo #30 — Close range view depicting scratch and redness to lower right side of head.

Photo #31 — Mid range view of face (right profile) depicting redness.

Photo #32 — Close range view depicting face (right profile) depicting redness, scratch to right side of head and what appears to be dried blood.

Photo #33 — Close range view depicting redness to lower chin area and what appears to be dried blood.

Photo #34 — Close range view depicting cut to lower lip (left side), scratch above upper lips (left side) and what appears to be dried blood.

Upon completion of photographing Inmate Pierce I returned to the Security Squad Office. I took a series of photographs a napkin utilized to collect the suspected saliva. The evidence and photographs were submitted into main evidence locker #1.

This concludes my report.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL OFFICER | BADGE # 74553 | Staff ID# | DATE 11/14/2013 |
|---|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) CORRECTIONAL | DATE RECEIVED 11/14/2013 | APPROVED ☑ Yes ☐ No | CLARIFICATION NEEDED ☐ Yes ☐ No | DATE 11/14/2013 |

STATE OF CALIFORNIA

**MEDICAL REPORT OF INJURY OR UNUSUAL OCCURRENCE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT *(circle)* | | ON THE JOB INJURY | DATE |
|---|---|---|---|---|---|
| CSP/LAC | BRAND | USE OF FORCE  —  INJURY  —  UNUSUAL OCCURRENCE | PRE-ADSEG ADMISSION | 11/13/13 |

| THIS SECTION FOR INMATE ONLY | NAME   LAST   DIGGLE | FIRST   SEAVON | CDC NUMBER   F-13921 | HOUSING LOC.   B4-238 | NEW HOUSING LOC. |
|---|---|---|---|---|---|

| THIS SECTION FOR STAFF ONLY | NAME   LAST | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDO's |
|---|---|---|---|---|---|

| THIS SECTION FOR VISITOR ONLY | NAME   LAST | FIRST | MIDDLE | DOB   02/9/175 | OCCUPATION |
|---|---|---|---|---|---|
| | HOME ADDRESS | CITY | STATE | ZIP | HOME PHONE |

| PLACE OF OCCURRENCE   Program. | DATE/TIME OF OCCURRENCE   11/13/13 @0808. | NAME OF WITNESS(ES) |
|---|---|---|

| TIME NOTIFIED   0808 | TIME SEEN   0840 | REPORTED BY   Healing Cou program | MODE OF ARRIVAL *(circle)*   AMBULATORY  LITTER  WHEELCHAIR  ON SITE | AGE | RACE   B/Black | SEX   M. |
|---|---|---|---|---|---|---|

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

STATED " I NEED THE SPIT MASIL TO BE TAKING AS EVIDENCE!

| INJURIES FOUND?   YES / NO | |
|---|---|
| Abrasion/Scratch | (1) |
| Active Bleeding | (2) |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | (16) |
| Other | |
| | 17 |
| | 18 |
| | 19 |

16 — — 1+2 1

| O.C. SPRAY EXPOSURE? | YES (NO) |
|---|---|
| DECONTAMINATED? | YES (NO) |
| Self-decontamination instructions given? | YES (NO) |
| Refused decontamination? | YES (NO) |
| Q 15 min. checks | / / / |
| Staff issued exposure packet? | YES / NO |

| RN NOTIFIED/TIME   NARDI 0845 | PHYSICIAN NOTIFIED/TIME   DR. LEE 0900 |
|---|---|

TIME/DISPOSITION   RTC @ 0905 Send to tta for X-ray of face.

| REPORT COMPLETED BY/TITLE   *(PRINT AND SIGN)*   M. Ghroun Qllll  Lvn | BADGE #   216935 | RDOs   T4 F. |
|---|---|---|

*(Medical data is to be included in progress note or emergency care record filed in UHR)*

CDCR 7219 (Rev. 11/05)    DISTRIBUTION:    ORIGINAL - Custody    CANARY - Inmate/Employee    PINK - Health and Safety / RTW Coordinator *(only work related injury)*

## EXHIBIT " C "

SIGNED WRITTEN AFFADAVITS, A CRIME/INCIDENT REPORT WHICH DEFINES THE LOCATION AND
CAUSE OF INJURIES    ;
                         (INJURY LOCATIONS 1. HEAD CAUSE:STAFF
                                           2. FACE-STAFF


UPON THESE ADMISSIONS OF THE CAUSE OF INJURIES AND THE FULL REPORTS. THE MULTIPLE
OFFICERS DENY ANY INJURIES OCCURED, AND THREE SEPERATE INSTITUTIONS OF THE CALIFORNIA
DEPARTMENT OF CORRECTIONS, THE PUBLIC OFFICIALS, AND PUBLIC AGENCIES, THE RESPONDENTS
HAVE NOT REPORTED ANY ILLEGAL ACTS, NOR HAVE FOUND THESE SAME FACTS ADMITTED OR THE
INJURY OF THE BROKEN NOSE WITH THE ATTACHED REPORT OF A BROKEN NOSE.

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART B1 - INMATE**
CDCR 837-B1 (REV. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
OV-1.5.4

Page 4 of 10

| INSTITUTION | FACILITY | | INCIDENT LOG NUMBER |
|---|---|---|---|
| LAC | BPG | | LAC-BPG-13-11-0685 |

INMATE (ENTIRE SHEET)

| NAME: LAST | FIRST | | MI | CDC # | SEX | ETHNICITY | FBI #: | | CII # |
|---|---|---|---|---|---|---|---|---|---|
| PIERCE | SEAVON | | | F-13921 | M | BLA | 150132WA5 | | A08703380 |

| PARTICIPANT | CLASS SCORE | FVRTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | RELEASE Date Type | EXTRACTION | COB | HOUSING |
|---|---|---|---|---|---|---|---|---|---|
| SUSPECT | 100 | NO | 01/27/2005 | 02/23/2012 | 04/23/2046 | EPRD | NO | 02/01/1375 | FB34-238L |

| CURRENT INMATE LEVEL | | | | | COMMITMENT OFFENSE | COUNTY OF COMMITMENT |
|---|---|---|---|---|---|---|
| IV | ☐ N/A ☐ MHCB | ☑ CCCMS ☐ DDP | ☐ EOP ☐ DPP | ☐ CMH | ROBBERY 2ND | RIVERSIDE |

☐ N/A    DESCRIPTION OF INJURIES, LOCATIONS AND CAUSE
SWELLING AND ABRASIONS TO THE FACE AND HEAD (INJURY LOCATIONS: 1. HEAD CAUSE: STAFF - 2. FACE - STAFF - )

| ☑ N/A | ☐ TREATED AND RELEASED | ☐ HOSPITALIZED | NAME/ LOCATION OF HOSP/ TREATMENT FACILITY |
|---|---|---|---|
| ☐ DECEASED DATE | | ☐ REFUSED TREATMENT ☑ N/A | |

| Reason For Death: | Is There ASCA Serious Injury | ☑ N/A   PRISON GANG / DISRUPTIVE GROUP | VALIDATED / ASSOCIATED |
|---|---|---|---|
| | ⊙ No  ○ Yes | | |

## EXHIBIT " D "

AT PAGE 11 of 34 THE QUESTION EXIST OF AN OFFICER    :
    Q33. DID YOU REPORT THAT PIERCE RECEIVED ANY INJURYE
    A33. NO
    Q34. DID YOU USE EXCESSIVE FORCE AGAINST INMATE PIERCE
    A34. DEEMED IRRELEVANT
    Q35. DID YOU USE UNNECESSARY FORCE AGAINST INMATE PIERCE
    A35. DEEMED IRRELEVANT


NO COURT, NO INSTITUTION WHICH EMPLOYES PEACE OFFICER OF THOSE UNDER A OATH AND DUTY TO REPORT CRIMES ALLOW. FOR ONE TO DEEM IRRELEVANT ACTS OF ANY CRIME.
    THE OFFICER ADMITS TO NOT REPORTING THE SAME INJURIES PHOTOGRAPHED WHICH INCLUDES THE SERIOUS BODILY INJURY OF A BROKEN NOSE, THE BONE FRACTURE, AND NO DETERMINATION HAS BEEN PRODUCED UNDER AN INVESTIGATION WHICH FIND A VIOLATION UPON THESE ADMITTED FACTS UNDER A DUTY TO REPORT.


AT PAGE 12 of 34 THE QUESTION EXIST ;
    Q55. DID THIS OFFICER HIT PIERCE IN THE BACK OF THE HEAD
    A55. DEEMED IRRELEVANT


    THE ACTS EXIST TO BE RESOLVED BY THE RESPONDENTS WHICH ATTACH, AND FACTS EXIST OUTSIDE THE LAW WHICH ARE NOT BEING RESOLVED AS CRIMES, AS THE ACT OF EXCESSIVE FORCE UPON THE REPORT I HAVE FILED.

STATE OF CALIFORNIA
RULES VIOLATION REPORT - PART C

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE __11__ OF __34__

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| F-13921 | PIERCE | B13-11-0017 | CSP-LAC | 12/12/13 |

☐ SUPPLEMENTAL    ☐ CONTINUATION OF: ☐ CDC 115 CIRCUMSTANCES   ☐ HEARING   ☒ I.E. REPORT   ☐ OTHER: _____

Q33. Did you report that Pierce received any injury?
A33. No

Q34. Did you use excessive force against Inmate Pierce?
A34. Deemed Irrelevant
Q35. Did you use unnecessary force against Inmate Pierce?
A35. Deemed irrelevant

Q36. Did you follow all regulations, rules and policies concerning this incident?
A36. Deemed Irrelevant

Q37. To what side of Pierce were you when Pierce was placed against the wall?
A37. Refer to my 837 Incident Report

Q38. Did you see Pierce get hit by a baton?
A38. Deemed irrelevant

Q39. How far away were you when Pierce spat at you?
A39. About 1 to 2 feet

Q40. Were you still holding Pierce having control?
A40. I maintained control of Pierce with my left hand.

Q41. Did you have a prior incident with inmate Pierce>
A41. Deemed Irrelevant

Q42. Did you punch Inmate Pierce with your right hand?
A42. Deemed Irrelevant

Q43. Can you explain how you receive the reported injury to your left hand?
A43. Deemed Irrelevant

Q44. How many times did you observe Pierce kick officer Redding?
A44. Deemed Irrelevant

Q45. Did you observe Pierce kick Officer D. Moisa?
A45. Deemed Irrelevant

Q46. What part of Pierce's body come in contact with?
A46. Deemed Irrelevant

Q47. After Pierce fell on the ground, did you immediately attempt to pin Pierce to the ground?
A47. Deemed Irrelevant

Q48. Did Pierce try to get up after he fell?
A48. Refer to my 837 Incident Report

| SIGNATURE OF WRITER | DATE SIGNED |
|---|---|
| J. Martinez, Correctional Officer | 12/25/13 |

| COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
|---|---|---|---|
| ☑ | | 12-25-73 | 1400 |

CDC 115-C (4/09) (AK-JG/Rev 9-01-2011)

bc OSP 99 ELE25082

STATE OF CALIFORNIA
**RULES VIOLATION REPORT - PART C**

DEPARTMENT OF CORRECTIONS AND REHABILITATION
PAGE __12__ OF __34__

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| F-13921 | PIERCE | B13-11-0017 | CSP-LAC | 12/12/13 |

☐ SUPPLEMENTAL   ☐ CONTINUATION OF: ☐ CDC 115 CIRCUMSTANCES   ☐ HEARING   ☒ I.E. REPORT   ☐ OTHER: _____

Q49. Did you observe any Officer kick Inmate Pierce?
A49. No

Q50. Did you indicate to I.S.U. that Pierce hit his face against the door?
A50. Don't Recall
Q51. Did you indicate to I.S.U. that Pierce received an injury?
A51. Don't recall

Q52. Did you indicate to any officer that Pierce received a serious bodily injury?
A52. Deemed Irrelevant

Q53. If so which Officer?
A53. Deemed Irrelevant

Q54. Do you recall opening the door to the holding cell?
A54. Deemed Irrelevant

Q55. Did this officer hit Pierce in the back of the head?
A55. Deemed Irrelevant

Q56. Did you observe any officer hit Pierce in the back of the head?
A56. Deemed Irrelevant

Q57. Did inmate Pierce attempt to resist staff during the escort to the B Program Office?
A57. No

Q58. Is it your understanding that Pierce only resisted staff when surrounded by staff?
A58. Deemed Irrelevant

Q59. Did you isolate and participate in surrounding Pierce upon entry in to the B Yard Program Office?
A59. No

Q60. Did you hear any statements from staff telling Pierce to "Shut Up, Be Quiet"?
A60. Deemed Irrelevant

Q61. Did you hear any statements of staff attempting to force Pierce to except a cell phone?
A61. Deemed Irrelevant

Q62. Did you observe Pierce with a cell phone?
A62. No

Q63. Did you observe a cell phone removed from Pierce's person?
A63. No

Q64. Did you hit Inmate Pierce at any time?
A64. Deemed Irrelevant

| SIGNATURE OF WRITER | | DATE SIGNED |
|---|---|---|
| J. Martinez, Correctional Officer | | 12/25/13 |
| GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
| ☑ COPY OF CDC 115-C GIVEN TO INMATE | 12-25-13 | 1401 |

CDC 115-C (4/09) (AK-JG/Rev 9-01-2011)

bc OSP 99 ELE25082

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

RULES VIOLATION REPORT - PART C

PAGE  13  OF  34

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| F-13921 | PIERCE | B13-11-0017 | CSP-LAC | 12/12/13 |

☐ SUPPLEMENTAL   ☐ CONTINUATION OF: ☐ CDC 115 CIRCUMSTANCES   ☐ HEARING   ☒ I.E. REPORT   ☐ OTHER: _____

Q65. Did you hit inmate Pierce with any object?
A65. Deemed Irrelevant

Q66. Did you observe Pierce being hit with any object?
A66. Deemed Irrelevant

Q67. Was the attack on Inmate Pierce to carry out a threat from the California Department of Corrections?
A67. Deemed Irrelevant

Q68. Are you attempting to retaliate against Pierce for pending litigation against Department of Corrections of California?
A68. Deemed Irrelevant

Q69. Was the attack on Pierce carried out as an example to other inmates?
A69. Deemed Irrelevant

Q70. Was the attack on Pierce carried out to conceal false reports of Correctional Officers?
A70. Deemed Irrelevant

Q71. Are you aware of the threat of murder against the family of Inmate Pierce by employees of the Department of Corrections?
A71. Deemed Irrelevant

Q72. Are you attempting to force Pierce to except the illegal settlement/judgment entered by the Department of Corrections (defendant's) and federal judge Jennifer L. Thurston of Fresno?
A72. Deemed Irrelevant

Q73. Are you attempting to force inmate Pierce to conceal illegal communication of Federal Judge Jennifer L. Thurston with Lancaster Officials?
A73. Deemed Irrelevant

Q74. Was the acts carried out as concerted acts to conceal federal crimes in relation to mail of Inmate Pierce?
A74. Deemed Irrelevant

Q75. Are you attempting to conceal corruption of the Fresno federal court?
A75. Deemed Irrelevant

Q76. Are you attempting to conceal evidence of constitutional violation which mandates relief to multiple prisoners?
A76. Deemed Irrelevant

Q77. Are you aware of allegations of threats of murder by Lancaster staff upon the family of Inmate Pierce?
A77. Deemed Irrelevant

Q78. Are you aware of monetary payments to conceal constitutional violations against U.S. or California prisoners?
A78. Deemed Irrelevant

Q79. Are you attempting to conceal any matters under case number 1:10-00285(JCT) or Fresno with Lancaster personal?
A79. Deemed Irrelevant

Q80. Did you observe any unnecessary use of force used upon Pierce by any officer?

| | SIGNATURE OF WRITER | DATE SIGNED |
|---|---|---|
| | J. Martinez, Correctional Officer | 12/25/13 |
| ☐ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) | DATE SIGNED 12-25-72 | TIME SIGNED 1400 |

CDC 115-C (4/09) (AK-JG/Rev 9-01-2011)

bc OSP 99 ELE25082

STATE OF CALIFORNIA
**RULES VIOLATION REPORT - PART C**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE __14__ OF __34__

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| F-13921 | PIERCE | B13-11-0017 | CSP-LAC | 12/12/13 |

☐ SUPPLEMENTAL   ☐ CONTINUATION OF: ☐ CDC 115 CIRCUMSTANCES   ☐ HEARING   ☒ I.E. REPORT   ☐ OTHER: ____

A80. No

Q81. Was the attack on Pierce carried out upon the threat of the green wall?
A81. Deemed Irrelevant

Q82. When you pulled Pierce to the right, were you successful at your attempt?
A82. Refer to my 837 Incident Report

Q83. What was the first body part pf Pierce to hit the ground?
A83. Refer to my 837 Incident Report

Q84. Pierce received an injury behind the right ear, can you state how Pierce recievd the injury behind his right ear?
A84. I don't know

Q85. When you pulled Pierce to the right, Did Pierce hit his forehead against the door?
A85. Refer to my 837 Incident Report

Q86. Did Pierce start to bleed on his own?
A86. Deemed Irrelevant

Q87. What caused Inmate Pierce's nose to bleed?
A87. Deemed Irrelevant

Q88. Reports describe a cut to Pierce's nose?
A88. Deemed Irrelevant

Q89. When you stated directly in front of the door that leads to the holding cell which direction were you facing?
A89. Towards the door.

Q90. Which direction was Pierce facing exactly?
A90. Refer to my 837 Incident Report

Q91. Where was Officer D. Moisa when you restrained Pierce to the floor?
A91. Deemed Irrelevant

Q92. Where exactly was he standing?
A92. Deemed irrelevant

Q93. Where were Officer Karanikolas during this time?
A93. Deemed Irrelevant

Q94. Did you observe Officer Karanikolas kick Pierce?
A94. Deemed Irrelevant

Q95. Did you observe Officer Karanikolas hit Pierce with a baton?
A95. Deemed Irrelevant

| | SIGNATURE OF WRITER | | DATE SIGNED |
|---|---|---|---|
| ☑ COPY OF CDC 115-C GIVEN TO INMATE | J. Martinez, Correctional Officer | | 12/25/13 |
| | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
| | | 12/25/13 | 1400 |

CDC 115-C (4/09) (AK-JG/Rev 9-01-2011)

bc OSP 99 ELE25082

STATE OF CALIFORNIA
RULES VIOLATION REPORT - PART C

DEPARTMENT OF CORRECTIONS AND REHABILITATION
PAGE __15__ OF __34__

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| F-13921 | PIERCE | B13-11-0017 | CSP-LAC | 12/12/13 |

☐ SUPPLEMENTAL   ☐ CONTINUATION OF: ☐ CDC 115 CIRCUMSTANCES   ☐ HEARING   ☒ I.E. REPORT   ☐ OTHER: _____

Q96. Have you concealed any reportable acts or facts of this matter which would alter the outcome of facts or allegations?
A96. Deemed Irrelevant

Q97. Was a spit mask used to conceal the injury Pierce received to the face?
A97. Deemed Irrelevant

**STAFF WITNESS(ES) STATEMENT:** Correctional Officer M. Beltran

C/O M. BELTRAN provided answers to the following question(s) per Inmate PIERCE:

Q1. Did you observe Inmate Pierce on 11-13-13 after stated Battery on staff?
A1. No

Q2. Did you fill out a report in which you identified injuries sustained by Inmate Pierce?
A2. No

Q3. Is this report an accurate description of the injuries that Inmate Pierce sustained?
A3. Don't Know

Q4. Does your report indicate that the nose injury of Pierce is directly on the right side of the nose?
A4. I stayed in 4 block

Q5. Does the cut/scratch/abrasion indicate a up and down cut or a cut from side to side?
A5. I wasn't there

Q6. Your report indicates that Inmate Pierce only received four injuries, are these all the injuries that you witnessed?
A6. I saw no injuries

Q7. Are these all the injuries of Inmate Pierce, the injuries recorded in your report?
A7. I saw no injuries

Q8. Can you testify under oath that the injury is on the bridge of the nose going in the direction of the line you marked as diagonal?
A8. Medical does 7219's

Q9. Inmate Pierce is indicating that the injury he received is on the right side of the nose in a left to right or horizontal fashion, is this statement true or false?
A9. I saw no injuries

Q10. Did you sign the report or fill out the report in this matter?
A10. Deemed Irrelevant

Q11. Do you recall a person requesting that you sign the report/form?
A11. No

Q12. With review of all known documentation, describe, where the injury upon Pierce nose start and where does it end?
A12. I was in Building 4, saw no injuries

| SIGNATURE OF WRITER | DATE SIGNED |
|---|---|
| J. Martinez, Correctional Officer | 12/25/13 |

| ☐ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
|---|---|---|---|
| | | 12/25/13 | 1400 |

CDC 115-C (4/09) (AK-JG/Rev 9-01-2011)

bc OSP 99 ELE25082

EXHIBIT " E "

TWO PAGES HERE EXIST OF A " FRACTURE NASAL BONE " BY A DOCTOR R. WATERS MD  AND K. LEE, ON THE DATE OF 11-13-13 at 10:39AM.

THESE FACTS HAVE STILL NOT BEEN FOUND BY THE RESPONDENTS WHO HAVE RECEIVED THESE FACTS AS PUBLIC OFFICIALS, PUBLIC AGENCIES, THE RESPONDENTS AS OF 11-13-13. EVEN UPON AN ALLEGED INVESTIGATION TO BE CONDUCTED AND/OR TO HAVE BEEN CONDUCTED. THESE FACTS STILL HAVE NOT BEEN FOUND. NO REPORT OF SEAVON PIERCE RECEIVING A BROKEN NOSE ON 11-13-13 HAS BEEN FOUND HOWEVER DEFINED UPON REPORT OF THE ACTS OF EXCESSIVE FORCE.

F13921

Page 1 of 1

**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**          California State Prison Los Angeles County

| | |
|---|---|
| Name: | SEAVON PIERCE |
| DOB: | 02/01/1975 |
| Exam Name: | XR FACIAL BONES \| 70150 |
| Referring Physician: | K. Lee, MD |

Patient ID:    11194878
Secondary ID: F13921

Exam Date:    11/13/2013 10:39 AM

CLINICAL INDICATION: ALTERCATION SMALL LAC ACROSS BRIDGE OF NOSE SORE AREA
BENEATH RT EYE.
COMPARISON: None.
TECHNIQUE: 6 views of the facial bones

FINDINGS:

A mildly depressed fracture involves the nasal bone tip. No additional
fractures are identified.

IMPRESSION:

FRACTURE NASAL BONE.          Known

Report Electronically Signed by:  R Waters MD
Report Electronically Signed on:  11/13/2013 10:45 AM

11/15/2013

K. Lee. D.O.
Staff Physician
CSP-Los Angeles County

CSP-LAC HC Records - Received

NOV 1 9 2013

Confidential Saved 2014-04-29 18:50Z

## EXHIBIT " E2 "

EVIDENCE OF CORRESPONDENCE/PARTIAL EVIDENCE OF FILED REPORTS AND NEW FACTS OR EVIDENCE RECEIVED BY THE RESPONDENTS



**U.S. Department of Justice**

Federal Bureau of Investigation

---

Washington, D. C. 20535-0001

May 27, 2016

Ms. Geraldine Pierce
████ West 60ᵗʰ Street
Los Angeles, CA  90043

Dear Ms. Pierce:

     I am writing in response to the letter your son mailed to the FBI which is postmarked April 20, 2016.

     The FBI's Sacramento Field Office reviewed allegations your son was assaulted in 2013 and determined that no investigation was warranted.

                   Sincerely yours,

                   Stephen E. Kam
                   Chief, Civil Rights Unit
                   Criminal Investigative Division

①- Mr. Seavon Pierce, #F13921
   Kern Valley State Prison
   Post Office Box 5101
   Delano, CA  93216

*Robert A. Barton, Inspector General*    *Office of the Inspector General*

April 26, 2016

Seavon Pierce F13921
Kern Valley State Prison
P.O. Box 3130
Delano CA 93216

Dear Seavon Pierce:

The Office of the Inspector General has received your correspondence.

As stated in our earlier letters to you, we are unable to provide further assistance. We conducted a review into the issues you raised and determined no intervention is warranted by our office at this time.

The Office of the Inspector General has no jurisdiction to conduct an investigation, unless specifically requested by the Governor, the Senate Committee on Rules, or the Speaker of the Assembly. However, as part of our statutory mandates, our regional field office staff monitors the internal affairs investigations and employee disciplinary process of CDCR and works directly with prison administrators to resolve issues at the local level. Since CDCR employee investigations are confidential, the Office of the Inspector General cannot provide you with information regarding the results of any ensuing CDCR investigations.

Thank you for bringing your concerns to our attention. The Office of the Inspector General considers this matter closed.

INTAKE AND REVIEW UNIT
Office of the Inspector General

SV: 16-0017475-02 (16-0001227-PI)

21 of 33

*Edmund G. Brown, Jr., Governor*

10111 OLD PLACERVILLE RD, SUITE 110, SACRAMENTO, CALIFORNIA 95827    PHONE (916) 255-1102    FAX (916) 255-1404

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
**KERN VALLEY STATE PRISON**
P.O. Box 3130
Delano, CA 93216-3130

February 15, 2017

Inmate S. Pierce, F13921
Facility A, Building 7, Cell 113
Kern Valley State Prison

This memorandum is in response to your hand written letter sent to the Office of Internal Affairs, Headquarters, dated January 25, 2017 regarding allegations of staff misconduct while housed at California State Prison-Los Angeles County (CSP).   In the letter submitted, you allege staff misconduct and numerous allegations considered of a serious nature.

An inquiry was conducted by the Facility Supervisor to gather additional information in order to review your issues and concerns.   On February 14, 2017, the Facility A Supervisors provided you with a face to face interview in order to discuss your issues and concerns.   During the interview, you told custody staff the complaint letter you submitted was missing documents and supports of your claim of staff misconduct. During the interview, you claim CSP- Los Angeles Staff broke your nose and failed to document their actions.

The inmate appeal process was designed for inmates to express their dissatisfaction with any decision or act that they could prove as having an adverse effect upon their welfare [CCR Title 15, Section 3084.1(a)].   By utilizing the inmate appeal process, you will both address your issue through the appropriate chain of command and receive information regarding the current CDC procedure and policy that either justifies the action taken or remedies the problem so it is in accordance with the applicable rules.

You are encouraged to utilize the existing administrative remedy by submitting any additional CDCR 602 Appeal Forms and placing it in your assigned housing unit appeals box in order for it to be processed accordingly.  If you have already filed a CDC 602 appeal on this or any other issue, then you are advised to contact the assigned responder in regards to your grievance(s).  No further correspondence from this office will be forthcoming regarding this issue.

D. STEBBINS
Associate Warden, Complex I
Kern Valley State Prison

Cc:  C. PFEIFFER, Warden                    22   of   33

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                        Edmund G. Brown., Governor

DIVISION OF ADULT INSTITUTIONS
California State Prison-Los Angeles County
44750 60th Street West



February 15, 2017


Pierce, Seavon F13921
Kern Valley State Prison
PO Box 5101
Delano, CA 93216

Dear Mr. Pierce:

This letter is in response to correspondence addressed to the Office of Internal Affairs
(OIA). Your correspondence has been forwarded to me for review and response. The
correspondence was in regards to your allegation of staff misconduct at California State
Prison–Los Angeles County (LAC).

Your correspondence has been noted and during a review of your appeal history, your
complaint has been appropriately addressed. Please refer to Appeal Log Number
LAC-13-04222. Your complaint has been appropriately addressed by R. L. Briggs,
Chief, Office of Inmate Appeals.  Should you have any further complaints you are
encouraged to utilize the CDC 602 (Inmate/Parolee Appeal) process.  The California
Code of Regulations (CCR) Title 15, Section 3084.1, 2, provides specific information on
filing an inmate appeal to address concerns such as noted above.

Additionally, the Department's policy is that all inmates have a right to be treated
respectfully, impartially, and fairly by all employees. Furthermore, the Department does
not promote irresponsible or unethical conduct, or conduct reflecting discredit upon
themselves, or the Department.

If you have any further questions or concerns, please direct them to your Program
Sergeant.


E. JORDAN
Associate Warden
California State Prison-Los Angeles County


23 of 33

CDC 1617 (3/89)

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND. G. BROWN, *Governor*

**DIVISION OF ADULT INSTITUTIONS**
**California State Prison-Los Angeles County**
**44750 60th Street West**
**Lancaster, CA 93536-7620**



September 7, 2016

Seavon Pierce, F13921
Kern valley State Prison (KVSP)
A7-113
P.O. Box 5101
Delano CA. 93216

Mr. Pierce:

This is in response to your letter dated August 8, 2016, addressed to the Director of Corrections. I wish to inform you that the correspondence you submitted was forwarded to my office for review.

In a review of your correspondence, you have alleged an array of issues including retaliation, conspiracy, bribery, withholding evidence, and alleged "code of silence" activity at California State Prison-Los Angeles County (LAC); you request an investigation.

Please note, a copy of your correspondence and this letter has been forwarded to the Inmate Appeals Office to be reviewed as a staff complaint. The Inmate Appeals Process is the best course of action; therefore, I would direct you to review the procedure outlined in the Department Operations Manual (DOM), Section 31140.11, in that all inmate complaints will be processed in accordance with DOM, Section 54100.1 "Inmate/ Parolee Appeals". The Departments policy is that all staff, inmates, parolees and private citizens have a right to be treated respectfully, impartially, and fairly. *The California Code of Regulations, Title 15, Chapter 1, Article 8, commencing with section 3084, sets forth the procedures to be followed by inmates and parolees when they can reasonably demonstrate that a departmental decision, action, condition, or policy has an adverse affect upon their welfare.* Pursuant to these procedures the appropriate methodology for you to seek relief is to utilize the Inmate/Parolee Appeal Form, CDC 602. This procedure further provides for three levels of review, and specifies that the third level constitutes the Secretary's decision and shall be conducted under the supervision of the Chief, Inmate Appeals Branch. The appeal system is the appropriate avenue to address issues that demonstrate as having an adverse effect upon your welfare.

A copy of your correspondence will be kept on file for future reference. Should you have any further questions or concerns please contact me via mail.

Sincerely,

*U. Gamboa*                          24   of   33

U. GAMBOA
Investigative Services Unit Sergeant
California State Prison-Los Angeles County

cc: Sandra Alfaro, Associate Director, High Security, Division of Adult Institutions

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

## OFFICE OF THE OMBUDSMAN

1515 S Street, Sacramento, CA 95811
P.O. Box 942883
Sacramento, CA 94283-0001

March 17, 2017

S Pierce F13921
SAC B2-027
P.O. Box 290066
Represa, CA 95671

Subject: **RECEIPT OF CORRESPONDENCE**

Your letter to the Office of the Ombudsman has been received. Due to the high volume of inquiries received, the Ombudsman cannot intervene in all individual cases. However, please note that the Office monitors all correspondence to identify systemic issues, which is a critical element of the Ombudsman's roles as a liaison between institutions and Headquarters and as a policy advisor for the Administration.

☒ Your recent letter to the Office of the Ombudsman was received and based on a review of your letter and of the appropriate policies and procedures relevant to your concerns, the Ombudsman has determined that: **I am in receipt of your letter postmarked February 9, 2017 requesting a Staff Complaint investigation. Our Office does not have the authority to conduct staff investigations. Additionally, we cannot circumvent the appeal process. The prescribed avenue for inmates to address a staff complaint would be the use of the CDCR 602 Inmate/Parolee Appeal process, CCR Title 15, Section 3084.1. If you haven't already done so and believe there has been ongoing misconduct by staff, you may file a staff complaint with that institution thereby allowing the Hiring Authority an opportunity to first review your concerns and respond before advancing the appeal to the third level for review. Our Office would be happy to monitor the appeal for a timely and accurate response if you mail us a copy. If you cannot obtain a copy you can send us a handwritten copy but please be sure to note, "Copy" at the top of the appeal. All mail to the Office of the Ombudsman is confidential. To assure your mail is processed as such, please write, "Confidential" on envelopes addressed to this office.**

### ***A COPY OF YOUR COMPLAINT WAS FORWARDED TO THE WARDEN

☒ A review of the information you provided indicates that you have not exhausted your administrative remedies to resolve your issue and/or staff complaint. In accordance with CCR, Title 15 § 3084, you may appeal any departmental decision, action, condition, or policy which you can demonstrate as having a material adverse effect upon your welfare. Please file an appeal to resolve this matter. If you would like to send a copy, the Office can monitor your appeal for a timely and accurate response. Please note: this Office does not process appeals, nor does contacting this Office extend your timeframe for filing an appeal.

☐ An inquiry relative to your issue has been forwarded to the appropriate staff for review.

☐ No review will be conducted. This issue is outside of the scope of this Office.

Thank you for contacting the Office of the Ombudsman.

Scott Jacobs, Ombudsman
Office of the Ombudsman                    25   of   33



**U.S. Department of Justice**

Civil Rights Division

PMF:kjc:kt
DJ 144-11-0
1067128

*Criminal Section - PHB*
*950 Pennsylvania Ave, NW*
*Washington, DC 20530*

APR 0 7 2017

Mr. Seavon Pierce
CDC# F-13921
Kern Valley State Prison
Post Office Box 5101
Delano, CA 93216

Dear Mr. Pierce:

    This responds to your letter dated August 4, 2016, to the Attorney General, regarding your complaints that you have presented facts to the Los Angeles Federal Court, and the federal district judge has not referred the fraudulent acts committed by state officials to the appropriate investigative agency. We apologize for our delay in responding to your letter.

    The Criminal Section of the Civil Rights Division has the responsibility of enforcing federal criminal civil rights statutes that pertain to incidents of official misconduct (such as police brutality). In general, in order to show a violation of those laws, there must be evidence that a public official specifically intended to deprive an individual of a constitutionally protected right.

    Our office previously responded to you in 2009 while you were housed at the CCI in Tehachapi, and more recently in a letter dated July 6, 2016, concerning similar appellate issues, and we informed you that this matter did not present prosecutable violations of federal criminal civil rights statutes. Accordingly, we cannot assist you.

    Thank you again for bringing this matter to our attention.

Sincerely,

Paige M. Fitzgerald
Principal Deputy Chief
Criminal Section

By:

Kevin J. Callahan
Paralegal Specialist
Criminal Section

26 of 33







# Kern Valley State Prison - Incoming/Outgoing Legal Mail Record

F-13921    Pierce

Report date:
2/24/2017
11:59:37 AM

## Outgoing Legal Mail

| date | CDC# | inmate name | recipient |
|------|------|-------------|-----------|
| 1/3/2017 | F-13921 | Pierce | US Department of Justice; 950 Pennsylvania Ave NW; Washington, DC 20530 |
| 1/3/2017 | F-13921 | Pierce | USDC, Central Dist; US Cthse; Los Angeles, CA 90012 |
| 1/3/2017 | F-13921 | Pierce | Ofc of US Attorney General; 950 Pennsylvania Ave NW; Washigton, DC 20530 |
| 1/5/2017 | F-13921 | Pierce | K B Burford, aty; Law Revision Commission; 400 Mrak Hall Dr; Davis, CA 95616 |
| 1/5/2017 | F-13921 | Pierce | G C Grunfeld, aty; 50 Fremont St 19 Fl; San Francisco, CA 94105 |
| 1/5/2017 | F-13921 | Pierce | S E Cohen, aty; Law Revision Commission; 400 Mrak Hall Dr; Davis, CA 95616 |
| 1/5/2017 | F-13921 | Pierce | Director of Ombudsman; PO Box 348780; Sacramento, CA 95834 **(box closed)** |
| 1/5/2017 | F-13921 | Pierce | ACLU Southern CA; 1313 W 8 St; Los Angeles, CA 90017 |
| 1/5/2017 | F-13921 | Pierce | B Herbert, Law Revision Commission; 400 Mrak Hall Dr; Davis, CA 95616 |
| 1/5/2017 | F-13921 | Pierce | CA Department of Justice; 501 I St #10-100; Sacramento, CA 95814 |
| 1/5/2017 | F-13921 | Pierce | Attorney General of the United States; 950 Pennsylvania Ave NW; Washington, DC 20530 |
| 1/5/2017 | F-13921 | Pierce | Davis Prison Law Office; PO Box 4745; Davis, CA 95617 |
| 1/5/2017 | F-13921 | Pierce | G C Grunfeld, aty; 315 Montgomery St; San Francisco, CA 94104 |
| 1/5/2017 | F-13921 | Pierce | L E Lynch, Attorney General of the US; 950 Pennsylvania Ave NW; Washington, DC 20530 |
| 1/5/2017 | F-13921 | Pierce | Administrative Office of the Courts; 455 Golden Gate Ave 3 Fl; San Francisco, CA 94102 |
| 1/5/2017 | F-13921 | Pierce | US Attorney General; 312 N Spring St; Los Angeles, CA 90012 |
| 1/5/2017 | F-13921 | Pierce | L E Lynch, Attorney General of the US; 950 Pennsylvania Ave NW; Washington, DC 20530 |
| 1/5/2017 | F-13921 | Pierce | Chief, Inmate Appeals; PO Box 942883; Sacramento, CA 94283 |
| 1/6/2017 | F-13921 | Pierce | USDC, Eastern Dist; 501 I St; Sacramento, CA 95814 |
| 1/9/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 1/10/2017 | F-13921 | Pierce | A DaSilva, DAG; Ofc of Aty Gen; PO Box 85266; San Diego, CA 92186 |
| 1/10/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 1/10/2017 | F-13921 | Pierce | N Bell, CA Department of Justice; 501 I St #12-600; Sacramento, CA 95814 |
| 1/11/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 1/11/2017 | F-13921 | Pierce | Wikileaks Lawyers; Box 4080 Univ of Melbourne Branch, Victoria 3052, Australia |
| 1/11/2017 | F-13921 | Pierce | K L Sager, aty; 865 S Figueroa St #2400; Los Angeles, CA 90017 |
| 1/11/2017 | F-13921 | Pierce | J Comey, Director; Federal Bureau of Investigation; 935 Pennsylvania Ave NW; Washington, DC 20535 |
| 1/11/2017 | F-13921 | Pierce | Kershaw Cutter, atys; 401 Watt Ave; Sacramento, CA 95864 |
| 1/11/2017 | F-13921 | Pierce | US Office of Special Counsel; 1730 M St NW #218; Washington, DC 20036 |
| 1/11/2017 | F-13921 | Pierce | ACLU Southern CA; 1313 W 8 St; Los Angeles, CA 90017 |
| 1/11/2017 | F-13921 | Pierce | US DOJ, Criminal Enforcement Division; 950 Pennsylvania Ave NW; Washington, DC 20530 |
| 1/11/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 1/11/2017 | F-13921 | Pierce | M Marshall, aty; 595 E Colorado Bl #324; Pasadena, CA 91101 |
| 1/12/2017 | F-13921 | Pierce | J L Kessler, aty; PO Box 1582; Manhattan Beach, CA 90267 |
| 1/12/2017 | F-13921 | Pierce | Ofc of Administrative Law; 300 Capitol Mall #1250; Sacramento, CA 95814 |
| 1/12/2017 | F-13921 | Pierce | E G Brown Jr, Governor of CA; State Capitol; Sacramento, CA 95814 |
| 1/12/2017 | F-13921 | Pierce | Ofc of Internal Affairs; PO Box 3009; Sacramento, CA 95812 |
| 1/17/2017 | F-13921 | Pierce | Judicial Watch; 425 Third St SW #800; Washington, DC 20024 |
| 1/17/2017 | F-13921 | Pierce | Congress Watch; 215 Pennsylvania Ave SE; Washington, DC 20003 |
| 1/20/2017 | F-13921 | Pierce | USDC, Northern Dist; 450 Golden Gate Ave; San Francisco, CA 94102 |
| 1/20/2017 | F-13921 | Pierce | USDC, Northern Dist; 450 Golden Gate Ave; San Francisco, CA 94102 |
| 1/20/2017 | F-13921 | Pierce | USDC, Eastern Dist; 2500 Tulare St; Fresno, CA 93721 |
| 1/20/2017 | F-13921 | Pierce | L B Bernstein, aty; Fox Group Legal; PO Box 900; Beverly Hills, CA 90213 |
| 1/20/2017 | F-13921 | Pierce | USDC, Northern Dist; 450 Golden Gate Ave; San Francisco, CA 94102 |
| 1/20/2017 | F-13921 | Pierce | Ofc of Governor of CA; State Capitol; Sacramento, CA 95814 |
| 1/20/2017 | F-13921 | Pierce | UC Berkeley Law Office; 215 Boalt Hall; berkeley, CA 94720 |
| 1/20/2017 | F-13921 | Pierce | US DOJ, Federal Bureau of Investigation; 4500 Orange Grove Ave; Sacramento, CA 95841 |
| 1/20/2017 | F-13921 | Pierce | Georgetown Law Office; 600 New Jersey Ave NW; Washington, DC 20001 |
| 1/20/2017 | F-13921 | Pierce | Hon G H King, USDC Central Dist; 312 N Spring St; Los Angeles, CA 90012 |
| 1/20/2017 | F-13921 | Pierce | Fox Group Legal; PO Box 900; Beverly Hills, CA 90213 |

| | | | |
|---|---|---|---|
| 1/20/2017 | F-13921 | Pierce | Chadbourne Parke, atys; 30 Rockefeller Plaza; New York, NY 10112 |
| 1/20/2017 | F-13921 | Pierce | US DOJ, Federal Bureau of Investigation; 10385 Vista Sorrento Pkwy; San Diego, CA  92121 |
| 1/20/2017 | F-13921 | Pierce | US DOJ, Federal Bureau of Investigation; 450 Golden Gate Ave 13 Fl; San Franciasco, CA  94102 |
| 1/20/2017 | F-13921 | Pierce | S E Seager, aty; PO Box 900; Beverly Hills, CA  90213 |
| 1/23/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA  94119 |
| 1/26/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA  94119 |
| 1/26/2017 | F-13921 | Pierce | US Department of Justice; 950 Pennsylvania Ave NW; Washington, DC  20530 |
| 1/26/2017 | F-13921 | Pierce | K L Sager, aty; 865 S Figueroa St #2400; Los Angeles, CA  90017 |
| 1/26/2017 | F-13921 | Pierce | US Department of Justice; 950 Pennsylvania Ave NW; Washington, DC  20530 |
| 1/26/2017 | F-13921 | Pierce | Judicial Watch; 425 Third St SW #800; Washington, DC  20024 |
| 1/26/2017 | F-13921 | Pierce | Fox Group Legal; PO Box 900; Beverly Hills, CA  90213 |
| 1/26/2017 | F-13921 | Pierce | Human Rights Watch; 350 Fifth Ave 34 Fl; New York, NY 10118 |
| 1/27/2017 | F-13921 | Pierce | K L Sager, aty; 865 S Figueroa St #2400; Los Angeles, CA  90017 |
| 1/27/2017 | F-13921 | Pierce | Human Rights Watch; 350 Fifth Ave 34 Fl; New York, NY 10118 |
| 1/27/2017 | F-13921 | Pierce | Judicial Watch; 425 Third St SW #800; Washington, DC  20024 |
| 1/27/2017 | F-13921 | Pierce | KVSP Appeals; Delano, CA  93216 |
| 1/27/2017 | F-13921 | Pierce | Hon G H King, USDC Central Dist; 312 N Spring St; Los Angeles, CA  90012 |
| 1/27/2017 | F-13921 | Pierce | Fox Group Legal; 2121 Avenue of The Stars; Los Angeles, CA  90067 |
| 1/27/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA  94119 |
| 1/27/2017 | F-13921 | Pierce | M H Tremain, aty; 100 Universal City Plaza; Universal City, CA  91608 |
| 1/27/2017 | F-13921 | Pierce | US Ofc of Special Counsel; 1730 M St NW #218; Washington, DC  20036 |
| 1/31/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA  94119 |
| 2/1/2017 | F-13921 | Pierce | Fox Group Legal; 2121 Avenue of The Stars #700; Los Angeles, CA  90067 |
| 2/1/2017 | F-13921 | Pierce | S E Berkowitz, aty; 100 Universal City Plaza; Universal City, CA  91608 |
| 2/1/2017 | F-13921 | Pierce | Judicial Watch; 425 Third St SW #800; Washington, DC  20024 |
| 2/1/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA  94119 |
| 2/1/2017 | F-13921 | Pierce | Human Rights Watch; 350 Fifth Ave 34 Fl; New York, NY 10118 |
| 2/1/2017 | F-13921 | Pierce | Chadbourne Parke, atys; 30 Rockefeller Plaza; New York, NY 10112 |
| 2/1/2017 | F-13921 | Pierce | US Senate Legal Counsel; US Capitol; Washington, DC  20510 |
| 2/1/2017 | F-13921 | Pierce | Human Rights Watch; 350 Fifth Ave 34 Fl; New York, NY 10118 |
| 2/1/2017 | F-13921 | Pierce | Attorney General of the United States; 950 Pennsylvania Ave NW; Washington, DC  20530 |
| 2/1/2017 | F-13921 | Pierce | S E Seager, aty; Fox Group Legal; PO Box 900; Beverly Hills, CA  90213 |
| 2/1/2017 | F-13921 | Pierce | M H Tremain, aty; 100 Universal City Plaza; Universal City, CA  91608 |
| 2/1/2017 | F-13921 | Pierce | US House Oversight Committee; US Capitol; Washington, DC  20515 |
| 2/3/2017 | F-13921 | Pierce | CDCR Ombudsman; 1515 S St; Sacramento, CA  95811 |
| 2/3/2017 | F-13921 | Pierce | Ofc of Attorney General; 1300 I St; Sacramento, CA  95814 |
| 2/3/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA  94119 |
| 2/9/2017 | F-13921 | Pierce | Fox Group Legal; 2121 Avenue of The Stars #700; Los Angeles, CA  90067 |
| 2/9/2017 | F-13921 | Pierce | Fox Group Legal; 2121 Avenue of The Stars #700; Los Angeles, CA  90067 |
| 2/9/2017 | F-13921 | Pierce | K L Sager, aty; Davis Wright LLP; 865 S Figueroa St #2400; Los Angeles, CA  90017 |
| 2/9/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA  94119 |
| 2/9/2017 | F-13921 | Pierce | US DOJ, Federal Bureau of Investigation; 450 Golden Gate Ave 13 Fl; San Francisco, CA  94102 |
| 2/9/2017 | F-13921 | Pierce | M H Tremain, aty; 100 Universal City Plaza; Universal City, CA  91608 |
| 2/9/2017 | F-13921 | Pierce | Judicial Watch; 425 Third St SW #800; Washington, DC  20024 |
| 2/9/2017 | F-13921 | Pierce | J L Kessler, aty; PO Box 1582; Manhattan Beach, CA  90267 |
| 2/9/2017 | F-13921 | Pierce | US DOJ, Public Corruption Div; 950 Pennsylvania Ave NW; Washington, DC  20530 |
| 2/9/2017 | F-13921 | Pierce | K L Sager, aty; Davis Wright LLP; 865 S Figueroa St #2400; Los Angeles, CA  90017 |
| 2/9/2017 | F-13921 | Pierce | US DOJ, Federal Bureau of Investigation; 10385 Vista Sorrento Pkwy; San Diego, CA  92121 |
| 2/9/2017 | F-13921 | Pierce | J Robinson, aty; Wikileaks; Box 4080; Victoria 3052 Australia |
| 2/9/2017 | F-13921 | Pierce | US DOJ, Public Corruption Div; 950 Pennsylvania Ave NW; Washington, DC  20530 |
| 2/9/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA  94119 |
| 2/9/2017 | F-13921 | Pierce | US DOJ, Public Corruption Div; 312 N Spring St; Los Angeles, CA  90012 |
| 2/9/2017 | F-13921 | Pierce | US DOJ, Federal Bureau of Investigation; 4500 Orange Grove Ave; Sacramento, CA  95841 |
| 2/9/2017 | F-13921 | Pierce | G Crosthwait-Grunfeld, aty; 50 Fremont St 19 Fl; San Francisco, CA  94105 |
| 2/15/2017 | F-13921 | Pierce | KVSP Appeals; Delano, CA  93216 |
| 2/15/2017 | F-13921 | Pierce | Hon G H King, USDC Central Dist; 312 N Spring St; Los Angeles, CA  90012 |
| 2/15/2017 | F-13921 | Pierce | Fox Group Legal; PO Box 900; Beverly Hills, CA  90213 |

| 2/15/2017 | F-13921 | Pierce | D J Trump, President of the United States; The White House; Washington, DC 20500 |
|---|---|---|---|
| 2/15/2017 | F-13921 | Pierce | J L Kessler, aty; PO Box 1582; Manhattan Beach, CA 90267 |
| 2/15/2017 | F-13921 | Pierce | B J Urbina, aty; 100 Universal City Plaza; Universal City, CA 91608 |
| 2/15/2017 | F-13921 | Pierce | Fox Group Legal; 2121 Avenue of The Stars #700; Los Angeles, CA 90067 |
| 2/17/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 2/17/2017 | F-13921 | Pierce | D J Berlin, aty; 1600 Ampitheatre Pkwy; Mountainview, CA 94043 |
| 2/22/2017 | F-13921 | Pierce | US DOJ, Public Corruption & Fraud Div; 312 N Spring St; Los Angeles, CA 90012 |
| 2/22/2017 | F-13921 | Pierce | Fox Group Legal; 2121 Avenue of The Stars #700; Los Angeles, CA 90067 |
| 2/22/2017 | F-13921 | Pierce | Judicial Watch; 425 Third St SW #800; Washington, DC 20024 |
| 2/22/2017 | F-13921 | Pierce | US DOJ, Public Corruption & Fraud Div; 950 Pennsylvania Ave NW; Washington, DC 20530 |
| 2/22/2017 | F-13921 | Pierce | Consulate General of Afghanistan; 633 Third Ave 27-A Floor; New York, NY 10017 |
| 2/22/2017 | F-13921 | Pierce | Fox Group Legal; 2121 Avenue of The Stars #700; Los Angeles, CA 90067 |
| 2/22/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 2/22/2017 | F-13921 | Pierce | D Evans, aty; 10330 Roosevelt Rd #204; Westchester, IL 60154 |
| 2/22/2017 | F-13921 | Pierce | Consulate General of Iran; 622 Third Ave 34 Fl; New York, NY 10017 |
| 2/22/2017 | F-13921 | Pierce | Consulate General of Russia; 136 E 67 St; New York, NY 10065 |
| 2/22/2017 | F-13921 | Pierce | Consulate General of Uniited Kingdom; 885 Second Ave; New York, NY 10017 |
| 2/22/2017 | F-13921 | Pierce | Consulate General of Australia; 150 E 42 St 33 Fl; New York, NY 10017 |
| 2/22/2017 | F-13921 | Pierce | B J Urbina, aty; 100 Universal City Plaza; Universal City, CA 91608 |

Incoming Legal Mail

| date | CDC# | inmate name | sender |
|---|---|---|---|
| 1/3/2017 | F-13921 | Pierce | USDC, Eastern Dist; 501 I St; Sacramento, CA 95814 |
| 1/4/2017 | F-13921 | Pierce | USDC, Eastern Dist; Fresno, CA 93721 |
| 1/9/2017 | F-13921 | Pierce | USDC, US Cthse Rm G-8; Los Angeles, CA 90012 |
| 1/9/2017 | F-13921 | Pierce | USDC, US Cthse Rm G-8; Los Angeles, CA 90012 |
| 1/9/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 1/10/2017 | F-13921 | Pierce | USDC, Northern Dist; 450 Golden Gate Ave; San Francisco, CA 94102 |
| 1/10/2017 | F-13921 | Pierce | USDC, Northern Dist; 450 Golden Gate Ave; San Francisco, CA 94102 |
| 1/10/2017 | F-13921 | Pierce | USDC, Northern Dist; 450 Golden Gate Ave; San Francisco, CA 94102 |
| 1/10/2017 | F-13921 | Pierce | USDC, Eastern Dist; Fresno, CA 93721 |
| 1/10/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 1/13/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 1/17/2017 | F-13921 | Pierce | USDC, US Cthse Rm G-8; Los Angeles, CA 90012 |
| 1/17/2017 | F-13921 | Pierce | USDC, Eastern Dist; Fresno, CA 93721 |
| 1/18/2017 | F-13921 | Pierce | USDC, US Cthse Rm G-8; Los Angeles, CA 90012 |
| 1/18/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 1/18/2017 | F-13921 | Pierce | Judicial Council of CA; 455 Golden Gate Ave; San Francisco, CA 94102 |
| 1/18/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 1/18/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 1/20/2017 | F-13921 | Pierce | USDC, Eastern Dist; 501 I St; Sacramento, CA 95814 |
| 1/23/2017 | F-13921 | Pierce | Cutter Law, atys; 401 Watt Ave; Sacramento, CA 95864 |
| 1/27/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 1/27/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 1/31/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 1/31/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 2/2/2017 | F-13921 | Pierce | Chief, Inmate Appeals; PO Box 942883; Sacramento, CA 94283 |
| 2/3/2017 | F-13921 | Pierce | US Ofc of Special Counsel; 1730 M St NW #218; Washington, DC 20036 |
| 2/7/2017 | F-13921 | Pierce | M W Bien, aty; Rosen Bien LLP; PO Box 390; San Francisco, CA 94104 |
| 2/7/2017 | F-13921 | Pierce | Davis Prison Law Office; PO Box 4745; Davis, CA 95617 |
| 2/9/2017 | F-13921 | Pierce | USDC, US Cthse Rm G-8; Los Angeles, CA 90012 |
| 2/9/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 2/10/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA 94119 |
| 2/13/2017 | F-13921 | Pierce | USDC, US Cthse Rm G-8; Los Angeles, CA 90012 |
| 2/13/2017 | F-13921 | Pierce | Chief, Inmate Appeals; PO Box 942883; Sacramento, CA 94283 |
| 2/14/2017 | F-13921 | Pierce | USDC, US Cthse Rm G-8; Los Angeles, CA 90012 |
| 2/14/2017 | F-13921 | Pierce | USDC, US Cthse Rm G-8; Los Angeles, CA 90012 |

| 2/14/2017 | F-13921 | Pierce | USDC, US Cthse Rm G-8; Los Angeles, CA  90012 |
|-----------|---------|--------|------------------------------------------------|
| 2/14/2017 | F-13921 | Pierce | Georgetown Law; 600 New Jersey Ave NW; Washington, DC  20001 |
| 2/15/2017 | F-13921 | Pierce | Chief, Inmate Appeals; PO Box 942883; Sacramento, CA  94283 |
| 2/16/2017 | F-13921 | Pierce | USDC, US Cthse Rm G-8; Los Angeles, CA  90012 |
| 2/17/2017 | F-13921 | Pierce | USDC, Northern Dist; 450 Golden Gate Ave; San Francisco, CA  94102 |
| 2/17/2017 | F-13921 | Pierce | USDC, Northern Dist; 450 Golden Gate Ave; San Francisco, CA  94102 |
| 2/17/2017 | F-13921 | Pierce | USDC, Northern Dist; 450 Golden Gate Ave; San Francisco, CA  94102 |
| 2/17/2017 | F-13921 | Pierce | 9th Cir US Ct of Appeals; PO Box 193939; San Francisco, CA  94119 |
| 2/21/2017 | F-13921 | Pierce | USDC, Eastern Dist; 501 I St; Sacramento, CA  95814 |

[CDC-119]

ONGOING ACTIONS EXIST TO CONCEAL THE VIOLATIONS, ACTIVE CONCEALMENT OF THE ORIGINAL 42 USC 1983 COMPLAINT PRESENTED TO THE FRESNO FEDERAL COURT, CASE NO. 1:10-00285(JLT), ACTS CONDUCTED BY FEDERAL JUDGE JENIFFER L. THURSTON, MATTERS CONCEALED AS PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114.

  (a)   THE ACTION HELD MULTIPLE CLAIMS, AND STILL HOLDS MULTIPLE CLAIMS NOT CONSIDERED BY THE COURT, AS ALL CLAIMS TO BE DECLARED AS A RULING UPON THE COMPLAINT FILED HOWEVER DEFINED. PARTIES HAVE BEEN REMOVED FROM THE FILED COMPLAINT AFTER THE COMPLAINT WAS FILED.

  THE ACTS CONCEAL THE VIOLATIONS FILED AS A 42 USC 1983 COMPLAINT AND THE EVIDENCE SUBMITTED TO THE FRESNO FEDERAL COURT, EVIDENCE ALSO RECEIVED BY THE PERSON OF JENIFFER L. THURSTON, SEPERATE FACTS OF THE COMPLAINT WHICH ALSO EXIST UPON THE PUBLIC RECORD, EVIDENCE RECEIVED DURING THE " SCREENING " PROCESS, FACTS WHICH TAINT THE PROCEEDINGS AND CONCEAL THE FACTS, SOURCE OF WHOM THESE FACTS HAVE BEEN OFFERED WHICH DISPUTE THE CLAIMS/COMPLAINT.

  THE ACTS CONCEAL THE SIGNED WRITTEN AFFADAVITS OF A CLASS OF PRISONERS AND THE ATTACHED VIOLATIONS, MATTERS OF THE COMPLAINT AGAINST THE DEFENDANTS OF THE ORIGINAL ACTION, ACTS COMMITTED WITH THE DEFENDANTS WHO HAVE PROVIDED THE SEPERATE FACTS AND CONTINUE TO COMMIT FURTHER ACTS OF GOVERNMENTAL INTERFERENCE, ACTS WHICH PREVENT THE VIOLATIONS FROM BEING RESOLVED AS REQUIRED BY LAW AGAINST OFFICIALS, OR PERSONS ASSOCIATED WITH LAW ENFORCEMENT, OFFICERS OF THE COURT OR C.D.C.R..

  EVIDENCE RECEIVED FROM THE DEFENDANTS OUT OF COURT, EVIDENCE HAS BEEN CONCEALED BY THE FRESNO FEDERAL COURT AND ITS OFFICERS AS CONCERTED ACTS AND A PATTERN OF CONDUCT.

  NO DETERMINATION OF A VIOLATION BY THE RESPONDENTS EXIST AGAINST A FEDERAL JUDICIAL OFFICER UPON THE REPORT AND/OR COMPLAINT OF ILLEGAL ACTS !

  (b)   THE PLAINTIFF JOINT WAS LEFT ACTIVELY BLEEDING WITHOUT ANY MEDICAL ATTENTION TO A WOUND WHICH REQUIRED SUTURES WHICH WAS ONLY PROVIDED AFTER MEDICAL WAS DENIED, AND AFTER A EMERGENCY COMPLAINT WAS PARTIALLY GRANTED ADMITTING THAT MEDICAL WAS NOT PROVIDED TO THE INJURY/WOUND WHICH REQUIRED MEDICAL UNDER THE GOVERNMENTS OBLIGATION TO PROVIDE MEDICAL TO PRISONERS, DEFENDANTS REMOVED FROM THE ACTION TO BE CONSIDERED AS A COMPLAINT.

THE PLAINTIFF, AT APPROXIMATELY 7:00 P.M. RECEIVED APPROXIMATELY SEVEN OR MORE SUTURES/STITCHES TO THE EAR.

(c)    THE PLAINTIFF FILED SUIT, see PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114. THE LAWSUIT INCLUDED THE UNITED STATES GOVERNMENT, AND THE HIGHEST EXECUTIVE OFFICER OF THE UNITED STATES AS PRESIDENT BARACK OBAMA AS A CLAIM WHICH THE FEDERAL COURT REFUSES TO CONSIDER AND/OR PROCEED UPON UNDER THE VERBATIM DECLARATIONS OF LAW WHICH DECLARES THAT, " THE GOVERNMENT HAS AN OBLIGATION TO PROVIDE MEDICAL (TREATMENT) TO PRISONERS ".

THE FRESNO FEDERAL COURT, AND THE ATTACHED JUDICIAL OFFICERS HAVE REFUSED TO PROCEED UPON THESE FACTS, TO CONSIDER THESE FACTS AS CLAIMS AND ALLEGATIONS, AND HAVE REMOVED THE UNITED STATES GOVERNMENT, THE PRESIDENT AND SPECIFIC PERSONS FROM THE FILED COMPLAINT, ACTIVELY CONCEALING THE VIOLATIONS FILED, WITH WRITTEN TESTIMONY AND FACTS WHICH ESTABLISH LIABILITY. AFTER THE PLAINTIFF FILED THE EMERGENCY COMPLAINT UPON THE DENIAL OF MEDICAL TREATMENT, THE COMPLAINT WAS GRANTED AND THESE FACTS EXIST AS WRITTEN TESTIMONY, SIGNED ADMISSIONS OF THE DEFENDANTS SUBMITTED TO THE COURT AS WRITTEN DECLARATIONS, AND ALLEGATIONS FROM THE DEFENDANTS THEMSELVES WHICH ESTABLISHES LIABILITY AND ADMITS THE VIOLATIONS SUBMITTED TO THE FRESNO FEDERAL COURT AND THE ATTACHED JUDICIAL OFFICER(S) ACTIVELY CONCEALING THESE FACTS.

THESE FACTS AS WRITTEN ADMISSION BY THE DEFENDANTS THEMSELVES, SIGNED DECLARATIONS BY THE DEFENDANTS THEMSELVES WHICH ADMIT LIABILITY, ARE BEING ACTIVELY CONCEALED BY CONCERTED ACTS WITH C.D.C.R., AND ITS EMPLOYEES.

(d)    THE FACTS AND VIOLATIONS PRESENTED TO THE FRESNO FEDERAL COURT, INCLUDES THE CONCEALMENT OF STAFF MISCONDUCT BY C.D.C.R. AND ITS EMPLOYEES UPON ACTS OF ILLEGALLY CONFISCATING MAIL. MULTIPLE STAFF COMPLAINTS, INMATE APPEALS, SPECIFIC TO THE MATTER OF PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114 HAVE BEEN ILLEGALLY CONFISCATED AS A PATTERN OF CONDUCT BY THE STAFF OF TEHACHAPI 4A DURING 2006-2010.

OVER 100 INDIVIDUAL INMATES COMPLAINED OF STOLEN MAIL, STOLEN STAFF COMPLAINTS BY STAFF OF TEHACHAPI STATE PRISON DURING THIS SAME PERIOD. THE PLAINTIFF STAFF COMPLAINTS, AND SPECIFIC STAFF COMPLAINTS, WERE ALSO STOLEN AS ACTS TO CONCEAL STAFF MISCONDUCT AND/OR VIOLATIONS.

THE PLAINTIFF SENT BY U.S. MAIL, TWO SELF WRITTEN BOOKS, AND UPON THESE BOOKS, TWO SELF WRITTEN MOVIES SENT FOR COPYING AND COPYRIGHT(S). THE ITEMS WERE PREPARED FOR MONETARY GAIN HOWEVER DEFINED. C.D.C.R. ET.AL., STOLE SUCH ITEMS, CAUSED THE LOSS OF SUCH ITEMS PLACED IN THE U.S. MAIL UNDER THE JURISDICTION OF THE UNITED STATES POSTAL OFFICE, OR UNITED STATES.

THE FRESNO FEDERAL COURT, AS REFLECTED BY THE RECORD, DECLARED THAT THE PLAINTIFF HAS SUFFICIENTLY DEMONSTRATED INFRINGEMENTS UPON THE RIGHT(S) TO SEND AND RECEIVE MAIL. THESE FACTS EXIST AS ESTABLISHED AND MANDATES THE COURT TO PROCEED, AND ALLOW PROCEEDINGS UNDER THE APPLICATION OF 42 USC 1983.

UPON FACTS NOT REFLECTED BY THE RECORD, UPON CONSIDERATION OF OTHER FACTS CONSIDERED, THE COURT HAS NOT APPLIED THE APPLICABLE LAW, NOR HAS PROCEEDED AS MANDATED BY LAW. THE SPECIFIC FACTS THAT THE COURT CONSIDERED IS NOT REFLECTED BY THE PUBLIC RECORD BUT STILL EXIST AS FACTS SEPERATE FROM THE FACTS SUBMITTED IN THE 42 USC 1983 COMPLAINT BY THE PLAINTIFF.

UPON ACTS OF C.D.C.R., AND ITS EMPLOYEES, THE PLAINTIFF SUFFERED THE LOSS OF THE WRITTEN MOVIES AND WRITTEN BOOKS PREPARED FOR MONETARY GAIN.

(e)   THE PLAINTIFF ALSO REQUESTED AS RELIEF FROM THE FRESNO FEDERAL COURT, " A FEDERAL BUREAU OF INVESTIGATIONS, INVESTIGATION " . THE FRESNO FEDERAL COURT AND THE ATTACHED JUDICIAL OFFICERS ALSO REFUSE, AND CONTINUE TO REFUSE TO CONSIDER THIS REQUESTED RELIEF UPON THE 42 USC 1983 COMPLAINT FILED IN THE MATTER OF PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114.

THE 42 USC 1983 COMPLAINT ALLOWS FOR THIS RELIEF AND EXIST AS A ENFORCEMENT VEHICLE TO SECURE AN INVESTIGATION UPON THE DEFINED <u>ACTS IN VIOLATION OF FEDERAL LAW WHICH IS ACTIVELY BEING CONCEALED BY THE FRESNO FEDERAL COURT AND THE ATTACHED JUDICIAL OFFICERS, ET.AL.</u>.

THE DEFENDANTS AS C.D.C.R., ET.AL., ARE ALSO UNDER THE AUTHORITY OF THE FEDERAL RECEIVER, AND THE JUDICIAL OFFICERS OF THE FRESNO FEDERAL COURT REFUSE TO CONSIDER THE REQUESTED RELIEF, AND HAVE REMOVED THE FACTS AND ALLEGATIONS TO BE CONSIDERED AGAINST THE SPECIFIC PARTIES LISTED IN THE COMPLAINT.

<u>THE FRESNO FEDERAL COURT HAS REFUSED TO CONSIDER THE SPECIFIC RELIEF REQUESTED, REMOVED THE PERSONS AND ALLEGATIONS AGAINST THE PERSONS, THEN DECLARED THAT THE PLAINTIFF HAS FAILED TO STATE A CLAIM FOR RELIEF UPON THE RECEIPT OF WRITTEN DECLARATIONS, SIGNED ADMISSIONS BY THE DEFENDANTS ADMITTING THE VIOLATIONS SUBMITTED TO THE FRESNO FEDERAL COURT.</u>

THESE FACTS ALSO EXIST UPON DUTY OF THE F.B.I., FEDERAL BUREAU OF INVESTIGATIONS TO INVESTIGATE SPECIFIC ALLEGATIONS REPORTED IN WHICH THE PLAINTIFF MAIL HAS BEEN ILLEGALLY CONFISCATED BY C.D.C.R., AND ITS EMPLOYEES TO WHICH THE COURT HAS FOUND THAT THE PLAINTIFF HAS DEMONSTRATED A SUFFICIENT ISSUE WHICH DEMONSTRATES THE INFRINGEMENT UPON THE PLAINTIFFS RIGHT(S) TO SEND AND RECEIVE MAIL AS REFLECTED BY THE PUBLIC RECORD AND THE FRESNO FEDERAL COURTS AFFIRMATION OF DIRTY LAUNDRY, AN INDICATION AND ACKNOWLEDGEMENT OF GUILT OF THE VIOLATIONS SUBMITTED TO THE FRESNO FEDERAL COURT.

THE FRESNO FEDERAL COURT MUST CONSIDER THE REQUESTED RELIEF, TO DECLARE THAT THE PLAINTIFF HAS FAILED TO STATE A CLAIM FOR RELIEF, AND THIS REQUESTED RELIEF HAS STILL NOT BEEN CONSIDERED UNDER THE APPLICATION OF THE 42 USC 1983 COMPLAINT UPON THE FACTS AND ALLEGATIONS, SIGNED ADMISSION BY THE DEFENDANTS OF THE VIOLATIONS SUBMITTED TO THE FRESNO FEDERAL COURT IN THE COMPLAINT.

(2)    THE DEFENDANTS, C.D.C.R., AND ITS EMPLOYEES, CONTACTED THE PLAINTIFF, SEAVON PIERCE, BY TELEPHONE WITH ITS REPRESENTATIVE(S), AND FEDERAL JUDGE JENIFFER L. THURSTON, IN ATTEMPTS TO SETTLE THE ORIGINAL ACTION OUT-OF-COURT FOR 36 MILLION DOLLARS, AND A UN-DESCRIBED CONTRACT WHILE AT LANCASTER STATE PRISON ON OR ABOUT MAY/JUNE 2012, ( COUNSEL WAS REFLECTED AS DAVID L. SAINE, JENIFFER ESQUIVOL ZAHRY, AND UNKNOWN COUNSEL OF THE DEPARTMENT OF JUSTICE UPON THE DOCUMENTATION HELD BY THE PLAINTIFF ) .

THE PLAINTIFF REFUSED THE OFFER AND PROCEEDED TO FILE PLEADINGS IN THE ACTION IN WHICH THE FEDERAL JUDICIAL OFFICER JENIFFER L. THURSTON ATTEMPTED TO FORCE A VIOLATION OF STATUTORY TIME LIMITATIONS AS INSTRUCTION TO BRING CLAIMS IN A SEPERATE ACTION.

THE JUDICIAL OFFICER DECLARED AS LAW THAT THE PLAINTIFF MAY NOT BRING ALL CLAIMS ALLEGED IN A SINGLE ACTION, INTENTIONAL FALSE STATEMENTS OF LAW UPON KNOWLEDGE AND EXPERTISE. THE PLAINTIFF REFUSED TO SEPERATE THE CLAIMS FULLY AWARE OF THESE FACTS NOT BEING TRUE, AND PRESENTED THE SAME CLAIMS IN THE SAME ACTION AS "A" AND "B".

THE FEDERAL JUDICIAL OFFICER JENIFFER L. THURSTON, THEN PROCEEDED UPON ONLY THE ALLEGATIONS WHICH WAS LISTED IN SECTION "B" AND REFUSED TO PROCEED UPON ALL THE CLAIMS, FACTS AND ALLEGATIONS SUBMITTED IN THE 42 USC 1983 COMPLAINT PRESENTED IN THE MATTER OF PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114.

THE FRESNO FEDERAL COURT THEN CONDUCTED ACTS LEGALLY DEFINED AS A " DISJOINDER " WHICH TAKES PLACE IN A PENDING ACTION, TAKES PLACE UPON A MOTION BY A ACTIVE PARTY OF THE ACTION, OR UPON THE COURTS OWN MOTION UNDER THE CONCLUSION THAT A PARTY IS NOT LIABLE FOR THE DESCRIBED ACTS, OR THE CLAIMS ALLEGED SPECIFICALLY, AND THE COURT WEIGHED LIABILITY AS DEFINED BY A TRIAL UPON THE FACTS AND ALLEGATIONS SUBMITTED TO THE COURT(S).

THE ACTS COMMITTED BY THE COURT AS A " DISJOINDER " REQUIRES PARTICIPATION OF THE PLAINTIFF(S) AND DEFENDANT(S) AND ALLOWS FOR OBJECTIONS. THE COURT MUST ALSO ENTER A LEGALLY SUFFICIENT REASON. EVEN UPON THESE FACTS, THE COURT MAY NOT REMOVE A PARTY FROM THE COMPLAINT, BUT DISMISS CLAIMS OR ALLEGATIONS AGAINST THAT PARTY/PERSON. NO FACTS, OR DESCRIBED LEGAL AUTHORITY EXIST TO REMOVE A PERSON, OR THE ALLEGATIONS MADE AGAINST A PERSON/PARTY.

THE STAFF OF LANCASTER STATE PRISON, UPON KNOWLEDGE OF THE MATTERS OF **PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114,** BEGAN AS OF 2012. TO INITIATE ACTS WHICH ARE MEANT TO ESTABLISH A PATTERN OF CONDUCT WHICH ATTACKS THE PLAINTIFFS CHARACTER, ACTS TO BUILD A PUBLIC PROFILE, A MORAL DEFENSE, A PUBLIC IDENTIFICATION WHICH ESTABLISHES THE PLAINTIFF AS ATTACKING THE JUDICIAL SYSTEM, COURT SYSTEM OR GOVERNMENT UPON INVALID CLAIMS OF INJUSTICE.

C.D.C.R., AND ITS EMPLOYEES, BEGAN TO FORCE THE PLAINTIFF TO FILE UNNECESSARY PAPERWORK, AND COMMIT ACTS TO RENDER THE COMPLAINTS FILED AS UNRELIABLE AND REPEATED UPON THE FAILURES OF THE RESPONDENT(S) TO PROPERLY RESPOND. THESE ACTS COMMITTED WITHOUT CONSIDERATION OF THE FACTS AND ALLEGATIONS SUBMITTED, FACTS WHICH EXIST AS A FAILURE TO PERFORM PROPER INQUIRY.

C.D.C.R., AND ITS EMPLOYEES THEN TRANSFERED THE PLAINTIFF WITHOUT LEGAL CAUSE, OR SUFFICIENT CAUSE AS REQUIRED BY LAW OR REGULATION. TRANSFERRED THE PLAINTIFF TO THE ENHANCED OUTPATIENT PROGRAM FOR PSYCHIATRIC PATIENTS.

THE PLAINTIFF FILED A COMPLAINT UPON THE ILLEGAL ACTS WHICH WAS GRANTED, AND THE PLAINTIFF WAS RETURNED TO THE GENERAL POPULATION.

(a)   UPON RETURN TO THE GENERAL POPULATION, THE PLAINTIFF WAS RESTRICTED FROM ATTENDING THE LAW LIBRARY AND FROM PHYSICAL ACCESS TO THE LAW LIBRARY. NO LEGAL MATERIALS WERE PROVIDED UPON REQUEST FOR LEGAL MATERIALS AS LEGAL INFORMATION TO PERSUE LEGAL MATTERS.

ON 11-13-13, THE PLAINTIFF WAS SEEKING ATTENDENCE OF THE LAW LIBRARY TO PERSUE MATTERS OF LITIGATION, AND REQUESTED TO ADDRESS THE SERGEANT. THE RESPONDING BUILDING STAFF SLAMMED THE PLAINTIFF ON THE GROUND AND INITIATED HIS EMERGENCY RESPONCE BUTTON.

UPON APPROACH AND INQUIRY OF THE EMERGENCY, STAFF INITIATED CONVERSATION(S) REGARDING THE LAW LIBRARY AND MATTERS OF LITIGATION. THE FACTS INITIATED A NEGATIVE RESPONCE FROM PART OF THE RESPONDING GROUP OF STAFF WHO VOICED SEPERATE OPINIONS, AND MULTIPLE REMARKS UPON THE SUBJECT WHICH INCLUDED MATTERS OF LITIGATION AND KNOWLEDGE OF THE MATTER OF **PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114.**

UPON ENTRY INTO THE PROGRAM OFFICE OF B-YARD, STAFF CONFRONTED THE PLAINTIFF, DECLARING WHAT WAS GOING TO TAKE PLACE, WHAT WAS NOT GOING TO TAKE PLACE, AND WHAT WAS NOT GOING TO TAKE PLACE IN REGARDS TO THE ABOVE MATTERS OF LITIGATION, AND THE PLAINTIFFS PRESENCE IN THE CALIFORNIA DEPARTMENT OF CORRECTIONS.

THESE FACTS INCLUDES THREATS, THREATS OF BEING LOST IN THE SYSTEM, DECLARED PAYMENTS TO FEDERAL JUDGES TO CONCEAL EVIDENCE, TO CONCEAL ILLEGAL ACTS AND VIOLATIONS HOWEVER DEFINED, PAYMENT(S) AND/OR SOLICITATION OF FAVOR, A PRIVATE FAVOR FOR OFFICIAL ACTION, see INVESTIGATIVE REPORT NUMBER LAC-BPG-13-11-0017, FACTS CONCEALED UPON THE DECLARATION OF " DEEMED IRRELEVANT ", WHICH IS EVIDENCE OF FRAUD, THE FALSIFICATION OF REPORTS DENYING THE RIGHT TO GATHER EVIDENCE IN PREPARATION OF ONES DEFENSE. THE PROCEDURE DOES NOT EXIST TO INVOLVE A THIRD OFFICER. HOWEVER DEFINED, THESE FACTS ESTABLISH CONCEALMENT OF MATERIAL FACTS ONE IS LEGALLY BOUND TO REPORT, TO REVEAL.

THE PLAINTIFF WAS OFFERED A CELLPHONE, DRUGS, MONEY OUT-OF-COURT, TO CONCEAL THE MATTERS OF LITIGATION, TOLD TO KEEP QUIET UPON THE MATTERS OF LITIGATION OF PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114;1:10-00285(JLT).

THE PLAINTIFF REFUSED THE ILLEGAL OFFERS, OFFERS OF A CELLPHONE etc., IN WHICH A CELLPHONE WAS PRODUCED. I REQUESTED STILL TO CONFER WITH A SERGEANT CONCERNING MY STATUS AND ATTENDING THE LAW LIBRARY.

UPON THE REFUSAL TO EXCEPT THE OFFERS, OR AGREEMENT TO CONCEAL VIOLATIONS BY C.D.C.R., AND ITS EMPLOYEES etc...... STAFF INITIATED ATTACK WITH FIST AND METAL BATONS WHILE THE PLAINTIFF WAS RESTRAINED IN HANDCUFFS, ACTS WHICH CAUSED MULTIPLE INJURIES AND SEVERE PAIN. A SERIOUS BODILY INJURY TO THE NOSE, AND OVER FIFTHTEEN INDIVIDUAL INJURIES, SEPERATE INJURIES ALL ABOVE THE SHOULDERS, TO THE FACE AND HEAD.

THE PLAINTIFF SUFFERED A BROKEN NOSE UPON BEING HIT IN THE FACE WITH A METAL BATON. THE PLAINTIFFS NOSE WAS SPLIT OPEN FROM THE IMPACT OF THE HIT TO THE FACE WHICH CAUSED THE SERIOUS BODILY INJURY AND BROKEN NOSE, A SERIOUS BODILY INJURY ALSO UPON THE SPLIT OF THE NOSE WHICH REQUIRED SUTURES THOUGH BUTTER-FLY TAPE WAS USED. THE PLAINTIFFS NOSE WAS SPLIT OPEN . FROM THE IMPACT OF THE METAL BATON WHICH CAUSED THE BONE FRACTURE; THE NOSE BEGAN TO IMMEDIATELY BLEED, AND WAS STILL ACTIVELY BLEEDING UPON THE TAKING OF PHOTOGRAPHS TO BE TAKEN AS PART OF THE CRIME SCENE, UPON THE CRIME SCENE INVESTIGATION.

UPON THESE FACTS, NO STAFF MEMBER REPORTED ANY INJURIES WHICH INCLUDES THE INJURIES PHOTOGRAPHED, AND C.D.C.R., AND ITS EMPLOYEES WITHOUT INVESTIGATION DECLARES THAT EXCESSIVE FORCE WAS NOT COMMITTED. NO CONCLUSION EXIST AS TO HOW THE PLAINTIFF RECEIVED OVER FIFTHTEEN INDIVIDUAL AND SEPERATE INJURIES, NOR THE BONE FRACTURE TO THE NOSE, ALL THESE INJURIES SUFFERED WHILE IN HANDCUFFS .

(b)    THE PLAINTIFF WAS ACCUSED OF BATTERY UPON A OFFICER UPON THE RECEIPT OF THE MULTIPLE INJURIES, AND THE OFFICERS ALLEGATIONS OF THE PLAINTIFF KICKING A OFFICER AND ATTEMPTING TO SPIT AT A OFFICER. C.D.C.R., AND ITS EMPLOYEES HAVE REFUSED TO CONDUCT AN INVESTIGATION, REPORT THE INJURIES SUFFERED. <u>EVEN UPON AN ALLEGED INQUIRY/INVESTIGATION, THE INJURIES PHOTOGRAPHED HAVE NOT BEEN FOUND TO EXIST AS INJURIES ON 11-13-13. NOR A FALSE REPORT AS NO INJURIES HAVE BEEN REPORTED AS REQUIRED BY LAW UPON THE CRIME/INCIDENT REPORT BY OFFICERS OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS.</u>

THE PLAINTIFF WAS PLACED IN ADMINISTRATIVE SEGREGATION UPON THE ALLEGATIONS BY STAFF AND REQUESTED TO RECEIVE LEGAL DOCUMENTATION, PROPERTY WHICH WAS NOT RETURNED.

<u>DOCUMENTATION HELD BY THE PLAINTIFF REFLECTED THE PRESENCE OF COUNSEL, PARTICIPATION OF COUNSEL AS DAVID L. SAINE, JENIFFER ESQUIVOL ZAHRY AND (UNKNOWN) COUNSEL OF THE DEPARTMENT OF JUSTICE AS PARTICIPANTS IN THE MATTER OF PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114.</u>

(c)    ON 6-24-14, C.D.C.R., AND ITS EMPLOYEES ATTEMPTED TO FORCE THE PLAINTIFF TO SIGN DOCUMENTATION; A WRITTEN STATEMENT WHICH DECLARES THAT THE PLAINTIFF RECEIVED PROPERTY HOWEVER DEFINED, THAT WAS NOT PRESENT, NOR LISTED AS DOCUMENTED UPON THE INVENTORY SHEET AS BEING PRESENT.

THE PLAINTIFF REFUSED TO SIGN THE WRITTEN STATEMENT, REFUSED TO SIGN A DOCUMENT WHICH STATES THAT ALL PROPERTY WAS RETURNED, IN WHICH ITS WAS NOT. REFUSED TO SIGN DOCUMENTATION WHICH WOULD RELIEVE C.D.C.R. AND ITS EMPLOYEES OF LIABILITY UPON THE PREVIOUS CLAIMS AND ALLEGATIONS, AND RELIEVE C.D.C.R. OF LIABILITY OF PROPERTY NOT BEING RETURNED. THESE MATTERS WERE PREVIOUSLY STATED TO THE SAME OFFICERS BEFORE THE DATE OF 6-24-14, UPON THE SAME ACTS OF FORCE.

THE APPLIED SIGNATURE IS EQUIVOLENT TO A LEGAL DOCUMENT, A SIGNED AFFADAVIT WHICH RELIEVES C.D.C.R. AND ITS EMPLOYEES OF ALL, AND ANY LIABILITY OF MISSING PROPERTY OR PROPERTY NOT RETURNED, PROPERTY LOSSED UPON CONDUCT OF STAFF.

THE STAFF OF 6-24-14, ATTEMPTED TO FORCE THE PLAINTIFF TO SIGN A DECLARATION AS CONCEALMENT, ACTIVE CONCEALMENT, AND COMMITTED ACTS TO CONCEAL THE FEDERAL VIOLATIONS AND EVIDENCE OF FEDERAL VIOLATIONS OF THE ILLEGAL CONFISCATION OF MAIL IN THE ORIGINAL ACTION OF PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114 .

THE PLAINTIFFS PROPERTY HELD EVIDENCE OF FEDERAL CRIME(S), THE ILLEGAL CONFISCATION OF MAIL, ORIGINAL EVIDENCE, EVIDENCE HOWEVER DEFINED, EVIDENCE OF THE ORIGINAL ACTION. C.D.C.R., AND ITS EMPLOYEES CONCEALED THESE ILLEGAL ACTS AS CONCERTED ACTS, THE CONCEALMENT OF FEDERAL VIOLATIONS, FEDERAL CRIMES, AND THE ILLEGAL ACTS SUBMITTED TO THE FRESNO FEDERAL COURT IN THE MATTER OF **PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114**, AND ALSO EXIST AS CRIMES AGAINST THE GOVERNMENT, FRAUD UPON THE GOVERNMENT AND THE CONCEALMENT OF THE FALSIFICATION OF FEDERAL DOCUMENTS, AND EVIDENCE OF THE PARTICIPATION OF COUNSEL, THE DEFENDANTS IN THE ORIGINAL ACTION.

UPON THE REFUSAL TO SIGN A LEGAL DOCUMENT WHICH RELIEVES C.D.C.R. AND ITS EMPLOYEES OF LIABILITY OF THE PROPERTY MISSING, NOT RETURNED. THE OFFICERS ALLEGED THAT REGULATION ALLOWED THEM TO DISPOSE OF **ALL** THE PLAINTIFFS PROPERTY UPON THE REFUSAL TO SIGN THE DOCUMENT, AND ILLEGALLY DISPOSED OF THE PLAINTIFFS PROPERTY CONCEALING EVIDENCE TO BE PRESENTED AGAINST THE DEFINED PARTIES OF **PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114**, EVIDENCE OF FEDERAL CRIMES WHICH ALSO CAUSED THE LOSS OF PROPERTY, PERSONAL PROPERTY WHICH WAS PRESENT.

THE PLAINTIFF WAS AWARE OF THE COURT DOCUMENTS WHICH REFLECTED COUNSEL AS **DAVID L. SAINE, JENIFFER ESQUIVOL ZAHRY AND (UNKNOWN)**, LEGAL DOCUMENTS REQUESTED FROM THE STAFF OF LANCASTER STATE PRISON MISSING. INVENTORY ALLOWS FOR THE DOCUMENTATION OF MISSING ITEMS, AND THE OFFICERS REFUSED TO CONDUCT INVENTORY WHICH DOESNT REQUIRE A SIGNATURE.

(d)    AS CONTINUING ACTS, ACTS BEING CONDUCTED SINCE 2012 BY STAFF OF LANCASTER. THE PLAINTIFF HAS BEEN PREVENTED FROM COMMUNICATING WITH, CORRESPONDING WITH, PUBLIC COUNSEL, AN ATTORNEY, PERSONS DEFINED UNDER " **CONFIDENTIAL CORRESPONDENCE** ". THIS INCLUDES THE F.B.I., PUBLIC CORRUPTION INVESTIGATION AGENCIES, ORGANIZATIONS WHICH ARE SEPERATE FROM LAW ENFORCEMENT, THE PRESS, THE MEDIA ...   .

THE PLAINTIFF HAS BEEN PREVENTED FROM COMMUNICATIONS WITH AGENCIES WHO MUST REPORT AND INVESTIGATE AS MANDATED BY LAW OR REGULATION. **THE PLAINTIFF HAS BEEN RESTRICTED TO A FEW LAW ENFORCEMENT** ORGANIZATIONS AND THE COURT(S). C.D.C.R., AND ITS EMPLOYEES, HAVE CONDUCTED ACTS OF CONCEALMENT, CONCERTED ACTS OF ACTIVE CONCEALMENT(RESTRICTED TO PERSONS OF WHOM DOES FAVORS FOR LAW ENFORCEMENT, AND WHO PARTICIPATE IN LAW ENFORCEMENT ACTIVITIES).

P.21

AS CONCERTED ACTS, CONTINUING ACTS, AS ACTIVE CONCEALMENT OF THE VIOLATIONS
AND MATTERS OF PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS
21888 (E.D. CAL. FEB. 17, 2011);13-15114.

C.D.C.R., AND ITS EMPLOYEES HAVE ILLEGALLY CONFISCATED MAIL TO CONCEAL ILLEGAL
ACTS BY C.D.C.R., AND ITS EMPLOYEES, ACTS WHICH HOLDS A NEXUS TO THE ORIGINAL
ACTION, AND EXIST AS A PATTERN OF CONDUCT TO CONCEAL SPECIFIC ILLEGAL ACTS, A
CONTINUOUS PRACTICE CONDUCTED BY C.D.C.R., AND ITS EMPLOYEES, **ALSO DEFINED AS
" THE GREEN WALL ".**

THE SAME PATTERN AND FACTS EXIST AS COMPLAINTS AND FACTS BY MULTIPLE INMATES
OF THE SAME ILLEGAL CONFISCATION OF MAIL TO CONCEAL ILLEGAL ACTS OF C.D.C.R.,
AND ITS EMPLOYEES AS ACTS OF CONCEALMENT.

THE PLAINTIFF HAS ALLEGED FACTS, AND ALLEGATIONS WHICH ARE MANDATED BY LAW TO
BE REPORTED TO THE APPROPRIATE AUTHORITIES, AND INVESTIGATED. THE MATTERS BEING
ACTIVELY CONCEALED AS CONCERTED ACTS BY C.D.C.R., AND ITS EMPLOYEES, WITH THE
FRESNO FEDERAL COURT, ATTACHED FEDERAL JUDGES. ARE MANDATED BY LAW UPON THE
RECEIPT OF AN ALLEGATION, UPON THE RECEIPT OF SPECIFIC INFORMATION ALLEGED, AS
ALLEGATIONS OF A CRIME WHICH INVOLVES THE UNITED STATES PRESIDENT, AS FRAUD,
BRIBERY, PUBLIC CORRUPTION, ALSO RECEIVED AS EVIDENCE 28 USC 1733, AND FACTS
WHICH THE COURT HAS ACCEPTED AS TRUE AS A MATTER OF LAW.

THESE FACTS, WHETHER ONE BELIEVES THEM TO BE TRUE OR NOT, AS FACTS STATED,
AS ALLEGATIONS MADE, AS A REPORT OF SUCH ACTS, **EXIST** AS FACTS WHICH MUST BE
REPORTED AS MANDATED BY LAW. THE DEFENDANTS, ET.AL., HAVE CONCEALED THESE FACTS,
AND ALLEGATIONS, AND HAVE NOT REPORTED THESE FACTS TO THE APPROPRIATE AUTHORITIES
AS MANDATED BY LAW, REGARDLESS OF IF A PERSON, THE OFFICIAL BELEIVES THEM TO BE
TRUE.

C.D.C.R., AND ITS EMPLOYEES, AS CONCERTED ACTS, CONTINUE TO ILLEGALLY
CONFISCATE MAIL, GOVERNMENTAL INTERFERENCE, INTEFERENCE IN MATTERS OF LITIGATION
AS ACTIVE CONCEALMENT, ACTS TO PREVENT LIABILITY AND CAUSE LEGAL DETRIMENT OF
THE ORIGINAL ACTION OF **PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S.
DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114,** AND CONTINUING ACTS TO
CONCEAL THESE VIOLATIONS IN WHICH C.D.C.R. HAS INFLICTED EXCESSIVE FORCE, PREPARED
RECORDS TO RENDER THE CLAIMS AND ASSERTIONS AS UNRELIABLE AND CREATING A PUBLIC
PROFILE TO PRESENT AS A DEFENSE, **WHILE CONTINUING TO** CONCEAL ILLEGAL ACTS BY THE
ILLEGAL CONFISCATION OF MAIL.

P.22

(e)    THE PLAINTIFF REPORTED SUCH ACTS BY MAIL, AND ATTEMPTED TO CONTACT ATTORNEY(S) FOR THE PRESENTATION OF CLAIMS, AND TO SEEK RELIEF UPON THE ILLEGAL ACTS BY THE DEFENDANTS WHICH MANDATES THE COURT GRANT RELIEF AS DEFINED BY MISCONDUCT AND INTERFERENCE IN PENDING MATTERS OF LITIGATION BY THE DEFINED DEFENDANTS UPON THE MATTER OF **PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114,** ACTS ALSO DEFINED AS EXTRINSIC FRAUD, INTRINSIC FRAUD. THESE ACTS ALSO BEING CONDUCTED AS OF 2012 UNTIL PRESENT.

THE PLAINTIFF SUBMITTED BY U.S. MAIL, REPORTS OF THE ILLEGAL ACTS TO THE PRESS, TO THE MEDIA, TO THE F.B.I., THE GOVERNMENT ACCOUNTABILITY OFFICE, THE ATTORNEY GENERALS OFFICE, THE GOVERNORS OFFICE OF CALIFORNIA, PUBLIC OFFICIALS, AND THOSE DEFINED UNDER " **CONFIDENTIAL CORRESPONDENCE** ". THE PLAINTIFF ALSO SUBMITTED TO THE FEDERAL COURT, **THESE SAME FACTS AND EVIDENCE OF FRAUD, BRIBERY, PUBLIC CORRUPTION, CORRUPTION, AND CONCEALMENT.**

**THESE FACTS EXIST AS PRESENTED IN THE VARIOUS " PETITIONS TO COMPEL ",** WHICH REQUEST COMPELMENT OF A UNITED STATES EMPLOYEE TO PERFORM ITS DUTY(S). THE LAW DESCRIBES THE MANDATED ACTS, AND DUTY, TO REPORT ILLEGAL ACTS, TO REPORT ILLEGAL ACTS TO THE APPROPRIATE AUTHORITIES FOR INVESTIGATION etc. .

THE ATTACHED FEDERAL JUDICIAL OFFICERS REFUSE, AND CONTINUE TO REFUSE TO MAKE ANY DETERMINATIONS UPON THE SPECIFIC DUTY, AND APPLY THESE FACTS TO THE LISTED RESPONDENTS. ACTS DEFINED AS CONCEALMENT, ACTIVE CONCEALMENT, FRAUDULENT CONCEALMENT, AND A DENIAL OF THE EQUAL PROTECTIONS OF THE LAW(S) OF THE UNITED STATES. THESE FACTS EXIST WITH EXHIBITS, AS EVIDENECE, THAT MAIL WAS SENT BY U.S. **MAIL TO LAWYERS, AND PUBLIC OFFICIALS MANDATED TO RESPOND AS MANDATED BY LAW BY REPORTING THESE FACTS,** ALLEGATIONS OR INFORMATION TO THE APPROPRIATE AUTHORITIES.

**THE PETITION TO COMPEL,** HOLDS THE RIGHT(S) OF THE PLAINTIFF(S) TO BE JOINED AS PETITIONERS, UPON **THE RIGHT TO JOINT REMEDY WHICH HAS BEEN VIOLATED** UNDER THE EQUAL PROTECTION OF THE LAW(S).

**THE PETITION TO COMPEL,** HOLDS THE RIGHT(S) OF THE PLAINTIFF(S) TO BE JOINED AS PETITIONERS, UPON **THE RIGHT TO JOINT RELIEF WHICH HAS BEEN VIOLATED** UNDER THE EQUAL PROTECTION OF THE LAW(S).

THE JUDICIAL OFFICERS OF THE COURT HAVE ILLEGALLY EXCLUDED LISTED PETITIONERS **AS ACTS OF CONCEALMENT, ACTIVE CONCEALMENT AND FRAUDULENT CONCEALMENT.** THESE FACTS INCLUDES THE FEDERAL RULES OF CIVIL PROCEDURE, RULE 77(d), WHICH DECLARES THAT THE CLERK MUST SERVE NOTICE OF ENTRY OF A JUDGEMENT OR ORDER, TO EACH LISTED PARTY.

P.23

NO LEGAL AUTHORITY, NOR LEGAL REASON EXIST WHICH AUTHORIZES THE COURT TO EXCLUDE THE LISTED PETITIONER(S) AS INDIVIDUAL AND SEPERATE PARTIES WHO ALL HAVE THE SAME RIGHT(S) TO JOINT REMEDY, ALL HAVE THE SAME RIGHT(S) TO JOINT RELIEF.

THE PLAINTIFF(S) AS PETITIONERS ARE BEING PREVENTED FROM COMMUNICATIONS, ACTS IN VIOLATION OF THE 1st AMENDMENT, GOVERNMETAL INTERFERENCE, AS ACTIVE CONCEALMENT OF THOSE ALSO DEFINED UNDER " CONFIDENTIAL CORRESPONDENCE ".

(f)   UPON THESE SAME FACTS, THE FRESNO FEDERAL COURT, AND THE ATTACHED JUDICIAL OFFICERS HAVE COMMITTED FRAUD UPON THE PUBLIC, HAVE FALSIFIED FEDERAL DOCUMENTS AND RECORD AS DEFINED AS FEDERAL VIOLATIONS AND ACTS DEFINED BY 18 USC 4, 1001, 1506, 2071, 2073, ACTS AND FACTS ASSOCIATED WITH THE MATTER OF PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114

P.24

(3)(a) AS CONCERTED ACTS, CONCERTED ACTS BY C.D.C.R., AND ITS EMPLOYEES WITH THE FRESNO FEDERAL COURT AND ATTACHED JUDICIAL OFFICERS. THE DEFENDANTS, HAVE CONCEALED MATERIAL FACTS AND ACTS, ACTS ALSO DEFINED AS THE ILLEGAL CONFISCATION OF MAIL TO OFFICIALS AND PERSONS MANDATED BY LAW TO RESPOND, AND HAVE A DUTY BY LAW TO ACTS UPON THE RECEIPT OF SUCH INFORMATION OR ALLEGATIONS. THE DEFENDANTS HAVE CONCEALED MATERIAL FACTS THAT ONE IS LEGALLY BOUND BY LAW AND DUTY TO REVEAL, REPORT, AND REPORT TO THE APPROPRIATE AUTHORITIES.

AS ACTS OF CONCEALMENT BY THE ILLEGAL CONFISCATION OF MAIL TO SPECIFIC RESPONDENTS. C.D.C.R., HAS CONCEALED MATERIAL FACTS, VIOLATIONS, EVIDENCE, AND THE ACTS BEING REPORTED CONCERNING THE MATTER OF **PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114.**

THE LAW DECLARES THAT CONCEALMENT ESTABLISHES KNOWLEDGE. THESE FACTS ALSO EXIST AS ACTIVE PARTICIPATION OF THE DEFENDANTS IN THE ORIGINAL ACTION, DIRECT KNOWLEDGE OF THE FACTS AND VIOLATIONS, EVIDENCE, AND MATTERS BEING CONCEALED, MATTERS BEING ACTIVELY CONCEALED WHICH INCLUDES ALLEGATIONS OF FRAUD, BRIBERY, PUBLIC CORRUPTION, AND CRIMES AGAINST THE UNITED STATES UPON THE FALSIFICATION OF FEDERAL DOCUMENTS, RECORDS AS DEFINED BY 18.USC 1001, 1506, 1510, 2071, 2073.

(b)   THE FACTS AND ALLEGATIONS ARE TO BE SUBMITTED WITH STATEMENTS, FACTS, OF EACH SEPERATE AND INDIVIDUAL ACTS OF THE ILLEGAL CONFISCATION OF MAIL, AND THE MISCONDUCT OF THE DEFENDANTS HAS PLACED THE PLAINTIFF AS SEAVON PIERCE UNDER THE CIRCUMSTANCES AS DEFINED BY THE DOCTRINE OF CONTRA NON VALTENIEM, AND THE APPLICANT IS UNABLE TO ACT AND GATHER THE FACTS TO BE PRESENTED. C.D.C.R. RETAINING INACCURATE DATA, AND INFORMATION FOR THE PRESENTATION OF SPECIFIC FACTS TO PRESENT THE SEPERATE AND INDIVIDUAL CLAIMS AS VIOLATIONS WHICH EXIST AS SEPERATE AND INDIVIDUAL ACTS.

THE MISCONDUCT DESCRIBED AS CONCEALMENT BY THE ILLEGAL CONFISCATION OF MAIL HAVE PREVENTED THE APPLICANT FROM GATHERING AND PRESENTING THE SPECIFIC FACTS, INDIVIDUAL FACTS AND SEPERATE ACTS AS VIOLATIONS IN THIS ACTION.

ACTS OF CONCEALMENT WHICH EFFECTS BOTH THE SENDER AND RECIPIENT OF THE MAIL SENT AND TO BE RECEIVED BY THE LISTED PARTIES CONJOINED UPON THE RIGHT TO JOINT REMEDY, AND THE RIGHT TO JOINED RELIEF.

THE PARTIES CONJOINED BRINGING THESE CLAIMS ON THEIR OWN BEHALF, IN WHICH THE PLAINTIFF AS SEAVON PIERCE SEEKS JOINT REMEDY AND JOINT RELIEF.

(c)    THE FRESNO FEDERAL COURT AND ATTACHED JUDICIAL OFFICERS OF THE MATTER OF PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114, AS CONCERTED ACTS.

REMOVED THE DEFENDANTS FROM THE 42 USC 1983 COMPLAINT LISTED AS PRESIDENT BARACK OBAMA, THE U.S. GOVERNMENT, THE OFFICE OF THE INSPECTOR GENERAL, THE ADMINISTRATION OF TEHACHAPI STATE PRISON, AND THE LISTED EMPLOYEES OF TEHACHAPI STATE PRISON. THE COURT CONDUCTED ACTS DEFINED AS A " DISJOINDER ".

UPON THE REMOVAL OF THE LISTED PARTIES, THE COURT ALSO REMOVED THE CLAIMS, ALLEGATIONS AND EVIDENCE PRESENTED TO BE CONSIDERED BY THE COURT, THEN ALLEGED THAT THE APPLICANT HAS FAILED TO STATE A CLAIM.

(1)    THE FRESNO FEDERAL COURT, AND ITS OFFICERS, HAVE CONCEALED THE MATERIAL FACTS AND EVIDENCE SUBMITTED TO THE COURT IN THE 42 USC 1983 COMPLAINT. (2) HAVE CONCEALED FACTS AND ACTS BY FRAUD UPON THE ABOVE ACTS OF A DISJOINDER, A EXTRAJUDICIAL DETERMINATION AND PROCEEDING. (3) HAVE TAINTED THE PROCEEDINGS AND THE COMPLAINT FILED AGAINST THE DEFENDANTS UPON ACTS OF FRAUD. (4) HAVE FALSIFIED FEDERAL DOCUMENTS/RECORDS. (5) HAVE COMMITTED FRAUD UPON THE PUBLIC, CONCEALMENT ALSO ESTABLISHING KNOWLEDGE OF GUILT. (6) UPON THE EVIDENCE DEFINED AS A " DISJOINDER " THE COURT HAS PROCEEDED UPON THE ACTION, SEPERATE FROM THE 28 USC 1915A SCREENING OF THE CLAIMS WHICH MANDATES A RESPONCE, A ANSWER, AND HAS SETTLED DISPUTED FACTS WHICH REQUIRES A HEARING TO CONDUCT THE DISJOINDER AND OPPORTUNITY TO BE HEARD.

THE LEGAL CONCLUSIONS IN WHICH THE COURT RELIED, THE FACTS AND EVIDENCE CONSIDERED, WERE WEIGHED OUT-OF-COURT AND MANDATES PARTICIPATION OF A PARTY OF THE ACTION. THE ACTION IS EQUIVOLENT TO SUMMARY JUDGEMENT AND A RULING IN FAVOR OF THE PARTY(S) IN OPPOSITION AND SETTLES DISPUTED FACTS OF THE STANDARDS OF LAW WHICH MUST BE MET TO ENTER A DISJOINDER. THE ACTS CONDUCTED BY THE FRESNO FEDERAL COURT MANDATE A DETERMINATION THAT SUCH LISTED DEFENDANTS WERE IMPROPERLY JOINED AND WHETHER THE DEFENDANTS ARE JOINTLY LIABLE FOR VIOLATIONS.

THE FRESNO FEDERAL COURT WEIGHED LIABILITY, ALSO DEFINED AS SEVERAL LIABILITY, JOINT AND SERVERAL LIABILITY. HOWEVER DEFINED, THE STATE OF BEING ACCOUNTABLE, LEGALLY OBLIGATED (see also VICARIOUS LIABILITY), LIABLE.

THE PLAINTIFF, CONSIDERING THESE FACTS HAS MET ALL REQUIREMENTS OF THE COURT TO WEIGH LIABILITY UPON WHATEVER FACTS AND EVIDENCE THE COURT OFFICERS DID WEIGH AND CONSIDER, SUCH MATERIAL FACTS WHICH ARE ALSO BEING CONCEALED.

(4)

THE PLAINTIFF, HAS FILED A 42 USC 1983 COMPLAINT UPON THE DEFINED ACTS AND CLAIMS INDIVIDUALLY PRESENTED IN THIS ACTION, A PROTECTED ACTIVITY, PROTECTED CONDUCT, IN WHICH THE PLAINTIFF HAS SUFFERED A " INJURY IN FACT ".

THE PLAINTIFF HAS BEEN ATTACKED, ATTEMPTS TO FORCE THE APPLICANT FROM ENGAGING IN SUCH PROTECTED ACTS OF THE EXERCISE OF CONSTITUTIONAL RIGHTS DEFINED.

THE ACTS OF FORCE, THE ACTS OF THE ILLEGAL CONFISCATION OF MAIL, ACTS WHICH HAVE ILLEGALLY CONFISCATED PROPERTY, HAVE BEEN INFLICTED AS ACTS TO PREVENT AND DENY THE RIGHTS TO EXERCISE RIGHTS AS DEFINED, RIGHTS TO SEEK RELIEF UPON VIOLATIONS OF THE CONSTITUTION.

THESE FACTS EXIST AS CONTINUING VIOLATIONS, ACTS TO CAUSE LEGAL INJURY, ACTS TO MISLEAD ONE BY INTENTIONAL FALSE DECLARATIONS, ACTS TO " DUMB DOWN " VALID ISSUE AND CLAIMS DESCRIBED AND DEFINED AS VIOLATIONS, ACTS WHICH EXIST AS CONCERTED ACTS AND A PATTERN OF CONDUCT, BY THE DEFENDANTS ET.AL..

P.27

## 5 USC 702 ;   RIGHT TO REVIEW

THE RIGHT TO REVIEW IS HERE INVOKED UPON THE FACTS AND ACTS PRESENTED AND ALLEGED
IN THIS ACTION. THESE FACTS, ACTS AND ALLEGATIONS HAVE BEEN SUBMITTED TO THE
DEFINED ATTORNEY GENERALS, ATTORNEY GENERALS OFFICE, AS ONGOING ACTS, CONTINUING
ACTS, ACTS WHICH DENY ACCESS TO THE COURTS, ALSO DEFINED AS OBSTRUCTING ACCESS
TO COUNSEL, OR PREVENTING THE OBTAINING OF COUNSEL TO PRESENT THESE FACTS, ACTS
AND ALLEGATIONS WITH EVIDENCE.

THE RIGHT TO REVIEW, UNDER THE U.S. CODE DEFINES STANDING TO INVOKE THE
**RIGHT TO REVIEW** OF A PERSON SUFFERING A LEGAL WRONG BECAUSE OF AN AGENCY ACTION,
AND THAT ONE IS ENTITLED TO JUDICIAL REVIEW THEREOF.

THE AGENCY AND/OR AN OFFICER OR EMPLOYEE THEREOF ACTED, OR FAILED TO ACT IN
AN OFFICIAL CAPACITY OR UNDER COLOR OF LEGAL AUTHORITY. THE LISTED AGENCY(S)
AS THE FEDERAL BUREAU OF INVESTIGATIONS, THE OFFICE OF THE INSPECTOR GENERAL,
THE DEPARTMENT OF JUSTICE AND ITS EMPLOYEES. UPON SUFFICIENT INFORMATION, FACTS,
ALLEGATIONS OR INFORMATION. HAS A DUTY AND STATUTORY OBLIGATION TO INVESTIGATE
CRIMES, THE ILLEGAL ACTS DEFINED AS **FRAUD, BRIBERY, PUBLIC CORRUPTION AND
CONCEALMENT**. THESE FACTS BEING PRESENT AND SUBMITTED AS FACTS ASSOCIATED WITH
THE MATTER OF PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST.
LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114, AS ILLEGAL ACTS OF PUBLIC
FEDERAL OFFICIALS.

COMPLIANCE EXIST UPON THE AGENCY AND ITS EMPLOYEES TO BE CONDUCTED, PERFORMED
AS AN INVESTIGATION SPECIFIC TO THE ACTS AND FACTS ALLEGED AND DESCRIBED IN
THIS ACTION. THE RIGHT TO REVIEW INCLUDES ALL DETERMINATIONS AND CONCLUSIONS
TO HAVE BEEN REACHED UPON COMPLAINT, REPORT AND/OR ALLEGATION OF A CRIME,
CRIME AS DEFINED BY THE UNITED STATES, ILLEGAL ACTS OF A PUBLIC OFFICIAL.

THE FAILURE(S) TO ACT HAS CAUSED LEGAL INJURY, MONETARY INJURY, PAIN AND
SUFFERING AS CONTINUING PAIN AND SUFFERING UNDER THE PHYSICAL INJURIES SUSTAINED
AND REPORTED AS EXCESSIVE FORCE AND THE ACTS OF 11-13-13 TO FORCEFULLY
CONCEAL THE VIOLATIONS WITHIN THE ABOVE MATTER.

THESE FACTS EXIST UPON EACH SEPERATE AND INDIVIDUAL CLAIM, THIS ACTION
ALSO BEING PROVIDED TO THE SAME PARTIES DEFINED AS DEFENDANTS/RESPONDENTS.

THE LEGAL WRONG EXIST UPON THE SEPERATE FACTS RECEIVED BY THE COURT UPON THE
COMPLAINT SUBMITTED, WHICH DEFINES A RESPONCE FROM THE DEFENDANTS, AND THE
APPLICANT HAS SUFFERED A WRONG AS THE RIGHT TO A FAIR TRIAL UPON THE JUDGEMENT
ENTERED IN FAVOR OF THE OPPOSING PARTIES WITHOUT A TRIAL.

THESE FACTS ALSO EXIST UPON THE ALLEGED FEDERAL VIOLATIONS OF ILLEGALLY
CONFISCATING MAIL BETWEEN THE PLAINTIFF, THE PRESS, THE MEDIA, PERSONS DEFINED
UNDER " CONFIDENTIAL CORRESPONDENCE ", AND THE ILLEGAL ACTS OF JUDICIAL OFFICERS
OF THE COURT UPON THE ALLEGED PAYMENTS TO FEDERAL JUDGES TO ENTER JUDGEMENTS IN
FAVOR OF LAW ENFORCEMENT ASSOCIATIONS, PERSONS, EMPLOYEES OF THE CALIFORNIA
DEPARTMENT OF CORRECTIONS.

AS DEFINED BY STATUTE, THE ALLEGATIONS ARE MANDATED TO BE INVESTIGATED OF
VIOLATIONS WHICH INVOLVE THE UNITED STATES PRESIDENT, 28 USC 535, 591. AND
CONTINUING ACTS, CONTINUING VIOLATIONS EXIST AS ACTIVE CONCEALMENT, WITH EVIDENCE
PRESENTED TO THE DEPARTMENT OF JUSTICE AND THE CALIFORNIA DEPARTMENT OF
CORRECTIONS. THE EMPLOYEES OF C.D.C.R. ARE NOT AUTHORIZED TO CONDUCT AN
INVESTIGATION OF A FEDERAL CRIME, AND REFUSE, IN VIOLATION OF REGULATION, TO
CONTACT AND REPORT THE FACTS, ACTS OR ALLEGATIONS TO THE APPROPRIATE AUTHORITIES
AS CONCERTED ACTS HERE PRESENTED UNDER THE RIGHT OF REVIEW AGAINST THE CALIFORNIA
DEPARTMENT OF JUSTICE AS SEPERATE INDIVIDUAL AGENCIES, SACRAMENTO, LOS ANGELES,
FRESNO .

THE MANDATE STILL EXIST UPON THE FACTS, ACTS ALLEGATIONS OF THE ALLEGED
PAYMENTS TO FEDERAL JUDGES, BRIBERY, FAVOR, PUBLIC CORRUPTION, FRAUD AND
CONCEALMENT, VIOLATIONS CRIMINAL ACTS WHICH INVOLVE THE UNITED STATES PRESIDENT.
A LEGAL OBLIGATION AND STATUTORY DUTY EXIST AS MANDATED BY LAW TO CONDUCT A
INVESTIGATION UPON THESE FACTS AND ILLEGAL ACTS.

(1)

A CONSTITUTIONAL CHALLENGE TO A GOVERNMENTAL ACTION ; THE GOVERNMENT AND ITS OFFICERS, THE FRESNO FEDERAL COURT et.al.. HAVE RECEIVED THE CIVIL COMPLAINT OF PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114, PRESENTED UPON THE ADMISSIONS, THE AGREEMENT OF THE VIOLATION(S) AGAINST A CLASS OF PRISONERS. THE VIOLATION IS DEFINED AS BLOCKING ACCESS TO THE COURTS, THE MAINTAINING OF A INADEQUATE LAW LIBRARY.

UPON THESE FACTS AND EVIDENCE OF AN AGREEMENT OF THE VIOLATION AGAINST A CLASS OF PRISONERS. THE DEFINED PARTIES INITIATED OUT-OF-COURT ACTIONS TO SETTLE AND CONCEAL THE VIOLATION BY CONTRACT, AND DENY THE MANDATED RELIEF WHICH EXIST UPON THE VIOLATION TO THE CLASS OF PRISONERS AS CONCERTED ACTS AND CONTINUING VIOLATIONS, ACTS WHICH ALLOWS FOR THE ILLEGAL INCARCERATION OF INMATES WHO'S CONSTITUTIONAL RIGHTS HAVE BEEN VIOLATED UPON THE ACTS WHICH BLOCK ACCESS TO THE COURTS AND PREVENTS RELIEF TO THE PRISONER(S) UNDER 28 USC 2254 OF APPEAL MATTERS.

AS DEFINED BY F.R.C.P. 23(b)(2) : THE PARTY(S) OPPOSING THE CLASS HAVE ACTED, (HAVE VIOLATED THE CONSTITUTION, A VIOLATION OF THE PRISONERS RIGHTS AS A CLASS) AND REFUSE TO ACT, AS THE GOVERNMENT, UPON A VIOLATION ESTABLISHED AND AGREED UPON AS VIOLATED AND PRESENETED TO THE COURT(S) UNDER 42 USC 1983, AND REFUSE TO ACT ON GROUNDS THAT APPLY GENERALLY TO THE CLASS (TO ALLOW FOR THE FAIRLY AND ADEQUATE PROTECTIONS OF THE INTREST OF THE CLASS), SO THAT FINAL INJUNCTIVE RELIEF OR CORRESPONDING DECLARATORY RELIEF IS APPROPRIATE RESPECTING THE CLASS AS A WHOLE ..., see F.R.C.P. 23.

THE DEFINITION OF LAW DECLARES THAT " PRISONERS " MUST BE PROVIDED WITH A ADEQUATE LAW LIBRARY. THE CLASS AS PRISONERS RIGHTS HAVE BEEN VIOLATED, AND THE VIOLATION ALLOWS ACCESS TO THE FEDERAL COURTS FOR A FAIR HEARING UNDER HABEAS OF THOSE WHO HAVE NOT FILED THE FEDERAL HABEAS WITHIN THE ONE YEAR LIMITATION.

THESE FACTS EXIST UPON THE AGREED TO VIOLATION(S) OF BLOCKING ACCESS TO THE COURTS BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS UPON THE 42 USC 1983 COMPLAINT SUBMITTED TO THE GOVERNMENT FOR RELIEF. INSTEAD, THE FEDERAL JUDICIAL OFFICERS OF THE GOVERNMENT ARE PARTICIPATING IN PERSONAL JUSTICE AGAINST THE INMATES UPON THE ADMITTED VIOLATION(S) OF BLOCKING ACCESS TO THE COURTS, APPEAL NUMBER(S) CCI-09-00550/CCI-09-00868, OF MAY 27th 2009.

AS A ACTION OF THE GOVERNMENT AND ITS OFFICERS, THESE ACTS ARE UNCONSTITUTIONAL AS A GOVERNMENTAL ACTION BEING CHALLENGED.

CERTIFICATION UPON THIS VIOLATION IS REQUESTED AS RELIEF AS DEFINED BY FRCP 23, AND THE ENTRY OF A VIOLATION INTO THE RECORD UPON THE ABOVE FACTS.

UPON THE MERITS OF THE " CLASS CERTIFICATION ", A TRIAL UPON THE MERITS IS MADE UPON THE RIGHTS TO TRIAL. CLASS CERTIFICATION EXIST UPON THE DENIAL OF " PRISONERS RIGHTS ", A VIOLATION AGREED TO HAVE BEEN COMMITTED AND EXIST AS ESTABLISHED FACTS UNDER THE ALLEGATIONS TO THIS COURT.

THE RIGHT TO JOINT REMEDY IS HERE ASSERTED OF ALL LISTED AND UNLISTED PLAINTIFFS.

WRITTEN TESTIMONY, STATEMENTS BY THE DEFENDANTS/AFFIDAVITS
SIGNED AND DATED AS FACTS; FACTS AGREED TO BY DEFENDANTS
AS DEFINED BY GRANTED  WHICH INCLUDES THE FULL APPEAL

THESE FACTS, STATEMENTS, DECLARATIONS, ARE ENTERED AS EVIDENCE, DECLARATIONS, AN AFFIDAVIT OF THE DEFENDANTS ADMITTING THE CONSTITUTIONAL VIOLATION(S) AND ACTS AGAINST THE PLAINTIFF(S) AND DEFINED CLASS MEMBERS AS PRISONERS.

THESE ADMISSIONS ADMIT THE VIOLATION AS FACTS AND DECLARATIONS, 28 USC 1733, UPON THE DEFENDANTS OWN WILL. THESE FACTS OF MAY 27th 2009, AS APPEAL NUMBER CCI-09-00868/CCI-09-00550, ARE SIGNED AND DATED BY,  M. HEASLIP-THOMAS AND M. CARRASCO, AS GRANTED, AN AGREEMENT OF THE VIOLATION AS DEFINED BY LAW, AND ADMITS THE VIOLATION AS FACTS, AS ALLEGATIONS AS A VIOLATION IN THIS ACTION HOWEVER DEFINED HERE OR ELSEWHERE.

THIS ADMISSIONS, ADMIT A VIOLATION UPON THE APPLICANT AND A CLASS OF PRISONERS, ACTS WHICH ARE BEING CONCEALED AS A VIOLATION, CONTINUING VIOLATIONS AS CONCERTED ACTS OF THE DEFINED PARTIES WHICH IS EVIDENCE OF, FRCP 23 (b)(2) ;  THE PARTY OPPOSING THE CLASS HAS ACTED (HAVE VIOLATED THE RIGHTS OF THE CLASS/PLAINTIFF) AND REFUSE TO ACT ON GOUNDS THAT APPLY GENERALLY TO THE CLASS (TO PROVIDE RELIEF UPON THE VIOLATION OF THE CONSTITUTION IN A COURT, ALLOW FOR THE ACTS OF CONCEALMENT TO BE PRESENTED IN A HEARING OR PROCEEDING) SO THAT FINAL INJUNCTIVE RELIEF OR CORRESPONDING DECLARATORY RELIEF IS APPROPRIATE RESPECTING THE CLASS AS A WHOLE ...

JUDICIAL NOTICE/MOTION
    THIS COURT IS TO NOTE THAT C.D.C.R., AND ITS LAW ENFORCEMENT ASSOCIATED PERSONS HAVE CONTACTED THE PLAINTIFFS FAMILY, FAMILY MEMBERS AS ACTS TO CONTAIN THESE MATTERS AND CONTROL THE OUTCOME OF THE PROCEEDINGS, OFFERING COUNSEL, AND DECLARING THAT THE COURTS AND DEFENDANTS HAVE SPECIFIC ATTORNEYS TO WORK ON BEHALF OF THE DEFENDANTS TO MANIPULATE THE JUSTICE SYSTEM.

THESE FACTS ARE SUBMITTED UPON JUDICIAL MOTION TO THE CHIEF JUDGE OF CONCERTED ACTS OF THE DEFENDANTS, AS A GOVERNMENTAL ACTION. THAT THE DEFENDANTS HAVE CONTACTED THE PLAINTIFFS FAMILY MEMBERS, AND HAVE DECLARED TO HAVE IN PLACE, LAWYERS AND JUDGES TO CONDUCT PROCEEDINGS IN FAVOR OF THE DEFENDANTS, AND THAT THIS IS A GOAL OF THE DEFENDANTS.

ACTION IS REQUESTED AS A FULL HEARING UPON THE FACTS AND THE MERITS OF THE ACTS WHICH CONCEAL THIS VIOLATION, PREVENT THESE FACTS FROM BEING CONSIDERED IN A HEARING OR PROCEEDING, ACTS TO CONCEAL VIOLATIONS OF THE ORIGINAL ACTION.

## CALIFORNIA CORRECTIONAL INSTITUTION
### FIRST LEVEL APPEAL RESPONSE

DATE:               May 27, 2009

NAME/NUMBER:        PIERCE, F-13921

APPEAL LOG NUMBER: CCI-0-09-00550

APPEAL DECISION:    PARTIALLY GRANTED

APPEAL ISSUE: LEGAL

Appellant alleges several issues in this appeal and requests that they be resolved.
1. Appellant demands that the law library be brought up to date with the necessary tools to address his pending Federal court deadline.
2. Appellant demands that while waiting that he be provided with legal assistance
3. Appellant demands that he be provided with a declaration of the current state of the law library and computers to provide to a judge verifying his assumption that the material he needs is inaccessible to him.

**APPEAL RESPONSE:**

All relevant documents and information submitted in writing have been carefully reviewed and considered. A thorough review has been conducted and evaluated in accordance with departmental policies and institutional procedures.

The appellant was interviewed on May 27, 2009, by M. Heaslip-Thomas, Supervisor of Academic Instruction as was H. Stanford, Senior Librarian of the 4A law library.

1. In October 2008 the Law library computers were updated. New discs have been received for the recent updates. These discs were surrendered to the AISA's office for installation. According to the Assistant Information Systems Analyst office, they are currently working on the process to install hard drives in the 4A library. This is being coordinated with the 4A librarian.
Based upon the evidence presented this part of the appeal is GRANTED.

2. According to the California Code of Regulations, Title 15, Section 3405 Legal Assistance to Inmates and Parolees: "Employees must not assist an inmate or parolee in the preparation of any legal document, or give any form of legal advice or service ..." In other words, the appellant will not receive legal assistance.
Based upon the evidence presented this part of the appeal is DENIED.

P.33

PIERCE F-13921
CCI-0-09-00550
   page 2

   

3. The third issue regards the declaration of the current state of the law library and the computers to provide to a judge verification of the appellant's assumption that the material he needs is inaccessible to him.
Based upon the evidence presented this part of the appeal is DENIED.

Three issues were presented in this appeal by the appellant, and carefully considered.

Based upon the evidence presented this appeal is PARTIALLY GRANTED

If dissatisfied, appellant may request a Second Level Review by following the instructions printed on the appeal form.


M. HEASLIP-THOMAS                               5-27-09
SAI                                             DATE


M. CARRASCO                                     6-8-09
AWBS                                            DATE

(2)

A CONSTITUTIONAL CHALLENGE TO A GOVERNMENTAL ACTION  ;  A UNCONSTITUTIONAL ACT IN VIOLATION OF THE 8th AMENDMENT AS A DENIAL OF THE 8th AMENDMENT OF THE UNITED STATES GOVERNMENT UPON ITS LAW WHICH DECLARES, " AN OBLIGATION " TO PROVIDE MEDICAL TO PRISONERS BY THE UNITED STATES GOVERNMENT AND ITS EMPLOYEES.

THESE FACTS EXIST UPON THE ORIGINAL ACTION, AND CONTINUOUS VIOLATIONS TO CONCEAL THE VIOLATIONS OF THE MATTER OF PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 21888 (E.D. CAL. FEB. 17, 2011);13-15114.

UNDER THE GOVERNMENTS OBLIGATION, THE PLAINTIFF HAS SUFFERED A LOSS UPON THE DEFINED FAILURE(S), THE DENIAL OF MEDICAL. THE CONSTITUTIONAL OBLIGATION HAS NOT BEEN ALLOWED TO BE PROCEEDED UPON AGAINST THE GOVERNMENT AS FACTS OR A CLAIM UNDER 42 USC 1983 UNDER THE DEFINED CONSTITUTIONAL OBLIGATION.

THE GOVERNMENT AND ITS OFFICERS, THEN REMOVED THE GOVERNMENTAL EMPLOYEES FROM THE ACTION AS THE U.S. GOVERNMENT , PRESIDENT BARACK OBAMA, AND REFUSE TO PROCEED UPON THE COMPLAINT AS A GOVERNMENT ACTION WHICH DENIES A CLAIM TO BE PRESENTED, THE FACTS TO BE DISPUTED, **AND DENIES THE FEDERAL INVESTIGATION REQUESTED AS RELIEF,** THE CALIFORNIA DEPARTMENT OF CORRECTIONS BEING UNDER THE JURISDICTION OF THE FEDERAL RECEIVER.

THE GOVERNMENT AND ITS OFFICERS, HAVE REFUSED TO ALLOW THE COMPLAINT TO BE HELD AGAINST SUCH DEFINED PARTIES UPON THE 8th AMENDMENT VIOLATION, OBLIGATION OF THE 8th AMENDMENT TO PROVIDE MEDICAL TO PRISONERS UPON THE LOSS OF A BODY PART AND DENIED MEDICAL WHICH LEFT THE PLAINTIFF ACTIVELY BLEEDING DENIED MEDICAL WITH A PIECE OF EAR IN HAND, AND A WOUND WHICH REQUIRED SERGERY/SUTURES.

THE GOVERNMENT HAS REFUSED TO APPLY ITS OWN LAWS AS DEFINED, UNCONSTITUTIONAL ACTIONS WHICH DENY, AND/OR PREVENT THE EXERCISE OF RIGHTS AS DEFINED BY THE CONSTITUTION TO ADDRESS SUCH VIOLATIONS.

ACTION IS REQUESTED AS A FULL HEARING UPON THE FACTS AND THE MERITS OF THE 8th AMENDMENT OBLIGATION. IF NOT FOR THE OBLIGATION OF THE GOVERNMENT, THE 8th AMENDMENT RIGHTS DO NOT EXIST, AND CHALLENGE IS HERE MADE UPON THE ACTIONS WHICH DENY AND PREVENT A 42 USC 1983 COMPLAINT UPON THESE FACTS AND ACTS UNDER THE OBLIGATION OF THE GOVERNMENT, AND THE REFUSAL TO CONSIDER THE CLAIM AGAINST THE GOVERNMENT AND ITS OFFICERS COMPARABLE TO A ACTION AGAINST A MUNICIPALITY.

THE FEDERAL BUREAU OF INVESTIGATIONS RELIEF AS REQUESTED STILL EXIST BUT FOR THE ACTIONS OF THE GOVERNMENT AND ITS OFFICERS.

A TRIAL UPON THE MERITS OF THIS CHALLENGE IS MADE UPON A RIGHT TO TRIAL.

WRITTEN TESTIMONY. STATEMENTS BY THE DEFENDANTS/AFFIDAVITS
SIGNED AND DATED AS FACTS: FACTS AGREED TO BY DEFENDANTS
AS DEFINED BY GRANTED WHICH INCLUDES THE FULL APPEAL

THESE FACTS EXIST AS ADMISSION OF THE CONSTITUTIONAL VIOLATION OF THE DENIAL OF MEDICAL TREATMENT UNDER THE UNITED STATES GOVERNMENTS OBLIGATION TO PROVIDE MEDICAL TREATMENT TO PRISONERS. ONLY MONETARY DAMAGES/COMPENSATION, HAS BEEN DENIED, THESE FACTS SUBMITTED IN THE ORIGINAL ACTION AS EXHIBITS, DECLARATIONS OF THE DEFENDANTS.

UPON THE GRANT, THE DEFENDANTS ADMIT THE CONSTITUTIONAL VIOLATION, AND THE FACTS OF THE ORIGINAL ACTION WHICH INCLUDES FACTS OF A " EMERGENCY MEDICAL RESPONCE " . AS DEFINED BY THE REGULATION OF C.D.C.R., TITLE 15, THE PLAINTIFF WAS TRANSFERED TO OFF SITE MEDICAL, CCR 3350.2 (c) ... IN AN EXTREME EMERGENCY WHEN A PHYSICIAN IS NOT ON DUTY ... CCR, 3350(b)(1) ... MEDICALLY NECESSARY ... TO BE REASONABLE AND NECESSARY TO PROTECT LIFE, PREVENT SIGNIFICANT ILLNESS OR DISABILITY, OR ALLEVIATE SEVERE PAIN ... .

THIS " GRANTED " COMPLAINT WHICH ONLY DENIES MONETARY COMPENSATION, ADMITS THE FACTS AGREES TO THE FACTS, ALLEGATIONS OF THE COMPLAINT, AND IS SUBMITTED AS FALSE STATEMENTS, A FALSE DOCUMENT UPON ONE OF THE DECLARATIONS OF ;
... APPELLANT WAS TRANSPORTED TO MERCY HOSPITAL ON 11-13-09, FOR FURTHER EVALUATION... .

THESE FACTS ARE ALSO CONTRADICTED BY OTHER INFORMATION, BUT ADMITS THE FACTS OF THE DENIAL OF MEDICAL, AND THE FACTS WHICH ALLEGE A DENIAL OF MEDICAL AS DEFINED BY THE 8th AMENDMENT RIGHT. THESE FACTS ARE ALSO PRESENTED AS STATEMENTS OF THE DEFENDANTS WHICH ESTABLISH THE VIOLATION AS A CLAIM, AS CONCEALMENT OF A CONSTITUTIONAL VIOLATION AS CONCERTED ACTS OF THE ATTACHED FEDERAL JUDICIAL OFFICERS, THE DEFENDANTS ALSO DEFINED AS THE UNITED STATES GOVERNMENT AND ITS OFFICERS.

UPON A DENIAL OF MEDICAL, THE GOVERNMENT AND ITS OFFICERS REFUSE TO CONSIDER THIS VIOLATION UNDER THE DEFINED " OBLIGATION " OF THE U.S. GOVERNMENT AS LIABLE PARTIES, AND HAVE COMMITTED ACTS WHICH ALTER THE FILED COMPLAINT, ILLEGALLY REMOVED THE DEFINED DEFENDANTS AND THE CLAIMS TO BE CONSIDERED AGAINST THE DEFENDANTS ET.AL., UNCONSTITUTIONAL ACTS BY THE GOVERNMENT.

A TRIAL, THE RIGHT TO TRIAL UPON THE GOVERNMENTAL ACTIONS ARE HERE INVOKED. THESE FACTS AND VIOLATIONS BEING ACTIVELY CONCEALED BY CONTINUING VIOLATIONS.

## CALIFORNIA CORRECTIONAL INSTITUTION
## SECOND LEVEL APPEAL RESPONSE

**DATE:**                 November 17, 2009

**NAME/NUMBER:**          Pierce, F13921

**APPEAL LOG NUMBER:**    CCI-03-09-13911

**APPEAL DECISION:**      Partially Granted

**APPEAL ISSUE:**         **Medical**

*C-FILE*

The appellant states that he was involved in an incident on November 12, 2009, during which a piece of his ear was bitten off. Appellant states he was denied "proper meaningful professional care." Appellant requests that he be examined by an outside doctor to fix his ear; that he receive all documentation and a report regarding his ear; damages for all seen/unseen harm to his ear; immediate contact with his family; and monetary damages.

**APPEAL RESPONSE:**

All relevant documents and information submitted in writing have been carefully considered. A thorough review of the appellant's medical file and this appeal has been conducted in accordance with departmental policies and institutional procedures.

Appellant's appeal was received on November 13, 2009, and, based upon the California Code of Regulations, Title 15, Section 3084.7(a)(1), was determined to meet the criteria of an emergency appeal. As such, appellant was seen by Dr. Vu on November 13, 2009, regarding his appeal and medical issues. A review of appellant's UHR reflects that appellant was seen and treated by medical staff on November 12, 2009, shortly after the incident, and seen again by Dr. Vu on November 13, 2009. Appellant was transported to Mercy Hospital on November 13, 2009, for further evaluation. Appellant may submit a CDC 7362 form requesting an Olsen Review at which time he can obtain copies of documentation as requested. Compensation/damages are not within the scope of the appeal process and are therefore, Denied. Appellant's request to contact his family is not a medical issue and will not be addressed herein. Appellant has and will continue to receive treatment as medically indicated and appropriate.

Based on the above, this appeal is Partially Granted.

If dissatisfied, the appellant may request a Director's Level review by following the instructions on the appeal form.

_signature_

M. Vu, MD

P.37

(3)

A CONSTITUTIONAL CHALLENGE TO A GOVERNMENTAL ACTION ; THE GOVERNMENT AND ITS OFFICERS, HAVE DENIED THE EXCHANGE OF INFORMATION, DATA, THE SENDING AND RECEIVING OF INFORMATION TO THE PRESS, TO THE MEDIA, TO THE LISTED PLAINTIFFS WHO HAVE SUFFERED INJURY UPON A VIOLATION OF THE 1st AMENDMENT AS DEFINED BY GOVERNMENTAL INTERFERENCE.

THE GOVERNMENT AND ITS OFFICERS, HAVE PROHIBITED, PREVENTED, IMPEDED, THE EXCHANGE OF FACTS, DATA, AND INFORMATION OF THE MATTERS OF PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011); 13-15114. A UNCONSTITUTIONAL GOVERNMENTAL ACTION OF GOVERNMENTAL INTERFERENCE IN MATTERS OF LITIGATION, DENYING THE ASSERTION AND EXERCISE OF RIGHTS IN A HEARING OR PROCEEDING BY ALL EFFECTED PARTIES WHO HAVE SUFFERED INJURY AS THE PRESS, AS THE MEDIA, AND LISTED PARTIES OF THIS JOINT ACTION.

THE GOVERNMENT AND ITS OFFICERS HAVE DENIED A FULL HEARING, AND/OR A DETERMINATION OF THESE FACTS UPON CONSIDERATION OF EVIDENCE AS ESTABLISHED FACTS FOR A LEGAL DETERMINATION TO EXIST. HAVE DENIED A FULL HEARING UPON ITS ACTS TO EXCUDE THE PRESS AND THE MEDIA FROM SUCH ACTIONS OF THE MATTERS ABOVE, UNCONSTITUTIONAL ACTIONS BY THE GOVERNMENT AND ITS OFFICERS WHICH INTERFERES IN MATTERS OF LITIGATION, INSTEAD OF SETTLING DISPUTES, THE GOVERNMENT HAS PARTICIPATED IN THE ACTION(S) AS DEFENDANTS, AND A GOVERNMENTAL ACTION IS BEING CHALLENGED.

A FULL HEARING OF ALL LISTED PARTIES UPON THE FACTS AND THE MERITS OF THESE DEFINED ACTS IS REQUESTED AS RELIEF UPON NOTICE AND SUMMONS OF ALL LISTED PLAINTIFFS WHO HAVE BEEN EFFECTED BY THESE ACTIONS OF THE GOVERNMENT AND ITS OFFICERS UPON THIS CHALLENGE.

THE RIGHT TO TRIAL UPON THE MERITS OF THIS CHALLENGE TO A GOVERNMENTAL ACTION IS HERE MADE OF ALL PLAINTIFFS LISTED AND UNLISTED.

(4)

A CONSTITUTIONAL CHALLENGE TO A GOVERNMENTAL ACTION  ;   THE GOVERNMENT AND ITS OFFICERS, (1) HAVE VIOLATED THE RIGHT TO FILE A JOINT ACTION FOR REMEDY WITH THE MEDIA, WITH THE PRESS, WITH THE LISTED PLAINTIFFS. (2) HAVE VIOLATED THE RIGHT TO FILE A JOINT ACTION FOR REMEDY OR RELIEF WITH THE MEDIA, WITH THE PRESS, WITH THE LISTED PLAINTIFFS, UNCONSTITUTIONAL ACTS BY THE GOVERNMENT AND ITS OFFICERS UPON THE MATTERS OF PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114.

A GOVERNMENTAL ACTION IS BEING CHALLENGED AS UNCONSTITUTIONAL, THE ABOVE ACTS WHICH DENY THE FILING OF A JOINT ACTION, AND DENYING SUCH ACTS WITHOUT A LEGAL DETERMINATION OR DECISION AS A DECISION UPON THE ACTION WHICH INTERFERES IN THE MATTERS OF LITIGATION, IS PARTICIPATION IN THE MATTERS OF LITIGATION, ACTS CONDUCTED SEPERATE FROM SETTLING A DISPUTE BETWEEN THE PLAINTIFFS AND DEFENDANTS BY THE GOVERNMENT AND ITS OFFICERS.

THE ACTS DENIES THE ASSERTION OF RIGHTS IN A HEARING OR PROCEEDING BY ALL INJURED/EFFECTED PARTIES AS THE PRESS, THE MEDIA, AND THE LISTED PLAINTIFFS OF THIS JOINT ACTION UPON THE ABOVE MATTERS. THESE ACTS HAVE BEEN COMMITTED WITHOUT LEGAL AUTHORITY, AND DENY THE PROTECTIONS OF THE CONSTITUTION, AND A CONSTITUTIONAL CHALLENGE IS BEING MADE OF ALL EFFECTED PARTIES SUFFERING UNDER THE ACTS OF THE GOVERNMENT AND ITS OFFICERS WHICH DENY THE ASSERTIONS AND THE EXERCISE OF RIGHTS IN A HEARING OR PROCEEDING UPON THE FACTS OF THIS ACTION, CONSOLIDATED ACTION SUBMITTED TO THE COURTS, AND ACTIONS OF THE MATTERS ABOVE.

TO HAVE THESE MATTERS FILED AS REFLECTED UPON THE RIGHT TO BE JOINED FOR REMEDY, JOINT FOR RELIEF, AND THAT ANY   LEGAL DETERMINATIONS WHICH DENY THESE RIGHTS BE CHALLENGE UNDER THIS CHALLENGE AS A GOVERNMENTAL ACTION AGAINST ALL DEFINED PLAINTIFFS WHO HAVE THE RIGHT TO BE JOINED UPON THE SAME ACTS AND FACTS WHICH HAVE CAUSED INJURY AS DEFINED BY LAW, IS HERE BEING REQUESTED AS RELIEF UPON A HEARING, FULL HEARING OF ALL PARTIES TO PROTECT THE RIGHTS AS PLAINTIFFS.

A CHALLENGE EXIST UPON THE DENIAL OF THE RIGHTS OF PERSONS TO BE JOINED WITHOUT PROCESS, A HEARING OF ALL PERSONS OF WHOM RIGHTS HAVE BEEN DENIED WITHOUT THE PROTECTION OF THE LAWS AS DEFINED BY THE CONSTITUTION.

A TRIAL UPON THE MERITS, A RIGHT TO A TRIAL UPON THE MERITS IS HERE MADE TO THIS CHALLENGE OF ALL PLAINTIFFS LISTED AND UNLISTED.

(5)

**A CONSTITUTIONAL CHALLENGE TO A GOVERNMENTAL ACTION**, A UNCONSTITUTIONAL ACT IN VIOLATION OF THE 14th AMENDMENT AS A DENIAL OF THE EQUAL PROTECTION OF THE LAWS BY THE GOVERNMENT, UPON THE FACTS, ACTS, CLAIMS, AND ALLEGATIONS PRESENTED UNDER THE GOVERNMENTS MANDATE.

THESE FACTS, CLAIMS, SEPERATE AND INDIVIDUAL ACTS, ALLEGATIONS OF THIS CONSOLIDATED COMPLAINT PRESENTED, EXIST AS CONCEALMENT AND EXIST AS A LAWSUIT CLAIMING THAT A LAW OR GOVERNMENTIAL ACTION IS UNCONSTITUTIONAL, AS DEFINED BY A " CONSTITUTIONAL CHALLENGE ". A CONSTITUTIONAL CHALLENGE OF THE EQUAL PROTECTION OF THE LAWS UPON THESE SEPERATE, INDIVIDUAL ACTS AND FACTS ALSO DEFINED AS : **PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114.**

(1)    A CONSTITUTIONAL CHALLENGE TO THE GOVERNMENTAL ACTION EXIST UPON THE EQUAL PROTECTION OF LAW UPON APPLICATION OF A 42 USC 1983 COMPLAINT WHICH REQUEST A " FEDERAL BUREAU OF INVESTIGATION " INVESTIGATION AS RELIEF UPON THE FACTS AND ALLEGATIONS OF THE ORIGINAL ACTION, AND THESE FACTS WHICH CONCEAL THE VIOLATIONS AND EVIDENCE PRESENTED TO THE COURTS UNDER 42 USC 1983.

AS RELIEF IS DEFINED, THE GOVERNMENT UPON ITS MANDATE TO PROVIDE THE EQUAL PROTECTION OF THE LAWS AS DEFINED BY THE 14th AMENDMENT. HAS UNCONSTITUTIONALLY DENIED THE EQUAL PROTECTION OF THE LAWS WHICH ARE HERE BEING CHALLENGED.

UPON THE FACTS, ACTS AND ALLEGATIONS ALLEGED, THE PLAINTIFF REQUESTED AS RELIEF AN INVESTIGATION FROM THE FEDERAL BUREAU OF INVESTIGATIONS, AND THE PLAINTIFF HAS BEEN UNCONSTITUTIONALLY DENIED THE AVAILIBLE RELIEF UNDER THE STATUTE OF 42 USC 1983, 14th AMENDMENT EQUAL PROTECTION OF THE LAWS AND CONSTITUTIONAL CHALLENGE IS MADE, RELIEF ALSO BEING DEFINED AS AID, ASSISTANCE, ENFORCEMENT OR THE SPECIFIC REQUESTED RELIEF AS AN INVESTIGATION.

RELIEF AS AN INVESTIGATION FROM THE FEDERAL BUREAU OF INVESTIGATIONS EXIST UPON REPORTED VIOLATIONS OF FEDERAL LAW BY MULTIPLE INDIVIDUAL PRISONERS AS ACTS TO CONCEAL STAFF MISCONDUCT BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS OF TEHACHAPI STATE PRISON. ACTS BEING CONCEALED UPON THE FACTS ALLEGED AS A LAWSUIT CLAIMING THAT A GOVERNMENTAL ACTION IS UNCONSTITUTIONAL.

RELIEF IS HERE REQUESTED UNDER THIS CHALLENGE AS A F.B.I. INVESTIGATION UPON THE DEFINED ILLEGAL ACTS OF THE ORIGINAL ACTION OF THE FEDERAL VIOLATIONS, AND A FULL HEARING UPON THE FACTS AND MERITS OF THIS CHALLENGE.

(6)

A CONSTITUTIONAL CHALLENGE TO A GOVERNMENTAL ACTION ; THE GOVERNMENT, AND ITS OFFICERS, THE FRESNO FEDERAL COURT et.al., THE U.S. GOVERNMENT AS DEFENDANTS, HAVE COMMITTED CONCERTED ACTS OF EXTRINSIC FRAUD, AND (b) CONCERTED ACTS OF INTRINSIC FRAUD, ACTS COMMITTED UPON THE ORIGINAL ACTION OF PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011); 13-15114. THESE FACTS PRESENTED ALSO (c) AS ACTS OF MISCONDUCT BY THE DEFENDANTS.

THE ACTS AND FACTS EXIST AS CONCERTED ACTS, UPON EXTRAJUDICIAL FACTS CONSIDERED AND DETERMINED TO PREVENT AND DENY THE APPLICANT FROM ASSERTING RIGHTS IN A HEARING OR PROCEEDING. THE FACTS AND EVIDENCE OF THE RECORD, 28 USC 1733, REFLECTS DISPUTED FACTS BY THE JUDICIAL OFFICER OF JENIFFER L. THURSTON OF FRESNO, AND UPON THESE DISPUTED FACTS, ENTERED A JUDGEMENT IN FAVOR OF THE DEFENDANTS WITHOUT A JURY TRIAL. THE JUDICIAL OFFICER RECEIVED FACTS OUT-OF-COURT WHICH HAS CAUSED INJURY. UPON THESE SAME FACTS, HAVE COMMITTED THE DEFINED ACTS WHICH PREVENT THE INJURED PERSONS, PLAINTIFF(S) FROM ASSERTING RIGHTS IN A HEARING OR PROCEEDING UPON KNOWLEDGE OF THE VIOLATIONS EXISTING AT THE TIME THE COURT OFFICER, THE U.S. GOVERNMENT TOOK ITS ACTIONS AS DEFENDANTS AND AS A GOVERNMENTAL ACTION TO DENY RELIEF UPON THE DEFINED CONSTITUTIONAL VIOLATIONS OF THE ORIGINAL ACTION.

UPON THESE FACTS AS CONCERTED ACTS, AS A CONTINUING VIOLATION, THE U.S. GOVERNMENT REFUSES TO CONSIDER OR PROCEED UNDER FRCP 60 OF THE ORIGINAL ACTION DENYING ILLEGALLY, THE RELIEF AVAILIBLE TO ALL PERSONS UPON THE DEFINED ACTS WHICH MANDATE RELIEF AS ACTS AND/OR FACTS OF A PARTY TO THE ACTION. THE APPLICANT HAS BEEN PREVENTED FROM ASSERTING RIGHTS IN A PROCEEDING, ACTS WHICH DENY FULL PARTICIPATION COLLATERAL TO THE ISSUES BEING CONSIDERED IN THE CASE.

THE GOVERNMENT AND ITS OFFICERS, HAVE NOT ALLOWED THE EXERCISE OF CONSTITUTIONAL RIGHTS UPON EXTRAJUDICIAL FACTORS AND VIOLATIONS MANDATED TO BE REPORTED AND INVESTIGATED AS A STATUTORY DUTY UPON ALLEGATIONS OF BRIBERY, PUBLIC CORRUPTION OF A PUBLIC OFFICIAL IN OFFICE.

THE U.S. GOVERNMENT, UPON FACTS NOT REFLECTED BY THE RECORD, HAVE REFUSED TO ADHERE TO THE STATUTORY MANDATE OF THE UNITED STATES, AND HAVE PREVENTED A PUBLIC INVESTIGATION AS ACTS OF CONCEALMENT BY THE U.S. GOVERNMENT AND ITS OFFICERS AS DEFENDANTS.

REMEDY, 28 USC 2201, OF A PUBLIC INVESTIGATION OF CONCEALMENT OF CONSTITUTIONAL VIOLATIONS IS REQUESTED AS REMEDY, AND (2) FOR THE ACTS OF CONCEALMENT ALSO DEFINED AS FRAUD BE ENTERED INTO THE RECORD AS INJURY.

(7)

A CONSTITUTIONAL CHALLENGE TO A GOVERNMENTAL ACTION ;  UPON THE FILING OF A 42 USC 1983 ACTION AGAINST THE UNITED STATES GOVERNMENT, THE UNITED STATES PRESIDENT BARACK OBAMA, et.al., THE MATTER OF PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114.

THE U.S. GOVERNMENT AND ITS OFFICERS REMOVED ITSELF FROM THE COMPLAINT, AND REMOVED THE NAMED PRESIDENT AS PRESIDENT BARACK OBAMA, AS ACTS TO PREVENT THE SUPERVISION OF THE UNITED STATES ATTORNEY GENERAL AS STATUTORILY DEFINED BY 28 USC 521, 528. AS CONCERTED ACTS, THIS SUPERVISION MANDATED BY LAW MUST STILL BE CONDUCTED.

THESE FACTS EXIST AS EVIDENCE OF CONCEALMENT OF THE FACTS AND VIOLATIONS OF THE ORIGINAL ACTION. THE CHALLENGE TO THE GOVERNMENTAL ACTION EXIST UPON THE ALTERATION OF THE FILED COMPLAINT, ACTS DEFINED AS A " DISJOINDER " HAS BEEN CONDUCTED WHICH TAKES PLACE IN A ACTIVE ACTION. UPON THIS LEGAL DETERMINATION, LIABILITY HAS BEEN DETERMINED WITHOUT A TRIAL, UNCONSTITUTIONAL ACTS WHICH VIOLATES THE RIGHTS TO TRIAL OF ALL EFFECTED PARTIES.

UPON THESE SAME FACTS, THE GOVERNMENT AND ITS OFFICERS REFUSE TO ALLOW FOR THE EXERCISE OF RIGHTS TO SETTLE DISPUTES UPON THESE ACTS WHICH HAS CAUSED LEGAL INJURY, AND HAVE PREVENTED THE ASSERTION OF RIGHTS AS DEFINED BY EXTRINSIC FRAUD, INTRINSIC FRAUD, AND EXTRAJUDICIAL DETERMINATIONS WHICH TAINT THE PROCEEDINGS UPON PREJUDICE, HOWEVER DEFINED.

THE PLAINTIFFS HAVE SUFFERED LEGAL PREJUDICE, AND THE MERITS OF THESE FACTS AND INJURIES ARE TO BE DECIDE BY TRIAL , A TRIAL UPON THE MERITS, A TRIAL OF THE UNCONSTITUTIONAL ACTS WHICH PREVENT ONE FROM EXERCISING THE RIGHTS OF THE CONSTITUTION.

(8)

A CONSTITUTIONAL CHALLENGE TO A GOVERNMENTAL ACTION  ;   UPON THE DEFINED ACTS OF THIS COMPLAINT, CONTINUING VIOLATIONS TO CONCEAL THE VIOLATIONS OF THE ORIGINAL ACTION OF PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114.

THE GOVERNMENT AND ITS OFFICERS, UPON APPLICATION OF 28 USC 591 TO THE FEDERAL COURTS. HAVE REFUSED TO PROCEED UPON, OR APPLY THE STATUTORY MANDATE TO THE RESPONDENTS, LEGAL DETERMINATIONS NOT REFLECTED BY THE RECORD, EXTRAJUDICIAL DETERMINATIONS.

THE ETHICS IN GOVERNMENT ACT, 28 USC 591, CONTEMPLATES THAT THE ATTORNEY GENERAL'S REFUSAL TO INVESTIGATE SPECIFIC INFORMATION OF SUSPECTED CRIMINAL CONDUCT BY HIGH FEDERAL OFFICIALS COVERED BY THE ACT MAY BE REVIEWED BY A DISTRICT COURT ON APPLICATION OF PERSONS SUPPLYING SUCH INFORMATION ... HAVE STANDING TO INVOKE PROCEDURES MANDATED BY THE ACT AND THE DISTRICT COURT HAS JURISDICTION TO ENFORCE THOSE PROCEDURES, NATHAN V. A.G. OF U.S. (1983, D.C. DIST. COL.) 557 F. SUPP. 1186.

THE GOVERNMENT AND ITS OFFICERS, UPON A JOINT ACTION OF ALL LISTED PLAINTIFFS, ET.AL., UPON ACTION OF EFFECTED PARTIES INJURED, THE PARTIES HAVE BEEN DENIED THE RIGHT TO BRING A JOINT ACTION IN THE FEDERAL COURT UPON EXTRAJUDICIAL DETERMINATIONS AND CONCERTED ACTS ALLEGED IN THIS CONSOLIDATED ACTION. ACTS IN VIOLATION OF THE 1st AMENDMENT BY THE GOVERNMENT AND ITS OFFICERS AS DEFENDANTS OF THE ORIGINAL ACTION WHICH DENY THE RIGHT TO EXERCISE THE RIGHTS DEFINED BY THE CONSTITUTION WHICH HAS CAUSED INJURY, LEGAL INJURY, ACTS WHICH PREVENT ONE FROM ASSERTING RIGHTS IN A PROCEEDING OR HEARING, UNCONSTITUTIONAL ACTS.

AS DEFINED BY LAW, ACTION IS REQUESTED UPON " THE RIGHT OF ACTION " AS DEFINED BY LAW AND THE RIGHT TO JOINT REMEDY AND RELIEF. THAT A TRIAL UPON THE MERITS, ALLEGATIONS, UPON A RIGHT TO TRIAL BE CONDUCTED AS OF RIGHT.

UPON THE RIGHT OF ACTION INVOKED, AND REQUESTED AS RELIEF TO ALLOW FOR ACTIONS TO BE PURSUED AS JOINT AGAINST THE DEFENDANTS. RELIEF IS REQUESTED TO BRING THE DEFINED ACTION(S) AGAINST THE DEFENDANTS, ACTION TO REMEDY THE 1st AMENDMENT VIOLATIONS AND PROVIDE FOR RELIEF.