# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE PIERCE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. CV 17-07267-R (RAO)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint (Dkt. No. 1), all of the other records and files herein, and the Magistrate Judge's Report and Recommendation ("Report"). The time for filing objections to the Report has passed and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, IT IS ORDERED that this action is DISMISSED.

DATED: February 27, 2018

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE