UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE PIERCE, et al., <br> Plaintiffs, <br> v. <br> DONALD J. TRUMP, et al., <br> Defendants. | Case No. CV 17-07267-R (RAO) <br><br> JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed.

DATE: February 27, 2018  _____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE