UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE PIERCE, et al.,<br>　　　　　Plaintiffs,<br>　　v.<br>DONALD J. TRUMP, et al.,<br>　　　　　Defendants. | Case No. CV 17-07267-R (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATE: March 6, 2018

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE